# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL ACTION NO. 3:24-CR-0250-S |
| § | |
| KEITH J. GRAY (1) § | |

## ORDER

Before the Court is the Government's Motion to Unseal Search Warrants, Applications, and Affidavits ("Motion") [ECF No. 19]. The Court has reviewed the Motion and finds that the search warrants, applications, and affidavits in Case Nos. 3:22-MJ-887-BK and 3:22-MJ-888-BK should be unsealed. The Court hereby **GRANTS** the Motion.

Accordingly, it is **ORDERED** that the search warrants, applications, and affidavits in Case Nos. 3:22-MJ-887-BK and 3:22-MJ-888-BK be **UNSEALED**.

**SO ORDERED.**

SIGNED August 29, 2024.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE