# EXHIBIT B

| | |
|---|---|
| **From:** | Jay Reyero |
| **Sent:** | Tue 2/22/2022 7:21:01 PM (UTC) |
| **To:** | David Frankel |
| **Cc:** | Keith Gray                    Scott Wohrman |
| **Subject:** | Kingdom Health/AHS; 913.001 |

[CAUTION: This email was NOT sent from a Parameno Employee. If you do not recognize the senders address do not open links or attachments.]

David,

I just wanted to follow-up on our conversation from Friday. As we discussed, we are in the process of updating the documentation that was never executed to get it into place to reflect AHS's ownership in Kingdom Health Labs. I just spoke with our client and some of the basic assumptions that influenced how the deal was originally structured changed so I am having to do some additional modifications. Regardless, the fact still remains that AHS has 1% ownership in Kingdom Health Labs and that is how the parties have operated since Jan. 1, 2021. I anticipate having the documents updated and delivered to our client for final review later this week so we should have fully executed versions at the end of the week or early next week for you to supplement to the government.

Let me know if you have any questions.
Thanks
Jay

**Jay D. Reyero** Attorney



[byrdadatto.com](byrdadatto.com)



The information transmitted in this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited. Unless expressly stated in this e-mail, nothing in this message should be construed as a digital or electronic signature. If you received this in error, please contact the sender and delete the material from any computer.