IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | No. 3:24-CR-00250-S |
|---|---|
| v. | |
| KEITH J. GRAY (01) | |

### UNITED STATES OF AMERICA'S EXHIBIT LIST

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| **Medicare Documents and Claims Data** | | | | |
| 1 | Kingdom Health Laboratory LLC Medicare Claims Data | DOJGRAYS_00051609 | | |
| 2 | Kingdom Health Laboratory LLC Medicare Enrollment Application (CMS-855B) | DOJGRAYS_00051776 – DOJGRAYS_00051895 | | |
| 2A | Business Record Affidavits – Qlarant and Novitas – GX 1 and 2 | DOJGRAYS_00051610 - DOJGRAYS_00051611; DOJGRAYS_00051615 - DOJGRAYS_00051616 | | |
| 3 | Axis Professional Labs LLC Medicare Claims Data | DOJGRAYS_00051177 | | |
| 3A | Business Record Affidavit – Qlarant – GX 3 | DOJGRAYS_00051175 – DOJGRAYS_00051176 | | |
| 4 | Axis Professional Labs LLC Medicare Enrollment Application (CMS-855B) | DOJGRAYS_00051002 – DOJGRAYS_00051011 | | |
| 4A | Medicare Enrollment Application – Web Certification Statement | DOJGRAYS_00051029 - DOJGRAYS_00051032 | | |
| 4B | Business Record Affidavit – Novitas – GX 4 and 4A | DOJGRAYS_00051033 – DOJGRAYS_00051034 | | |
| 5 | Parameno TDS LLC Medicare Enrollment Application (CMS-855B) | DOJGRAYS_00052329 – DOJGRAYS_00052453 | | |
| 5A | Business Record Affidavit – Novitas – GX 5 | DOJGRAYS_00052323 – DOJGRAYS_00052324 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 6 | Local Coverage Determination (LCD) – Biomarkers Overview (L35062) (For services performed on or after 07/01/2020) | DOJGRAYS_00054687 – DOJGRAYS_00054708 | | |
| 7 | Local Coverage Determination (LCD) – Genetic Testing for Cardiovascular Disease (L39082) (For services performed on or after 1/30/2022) | DOJGRAYS_00054676 – DOJGRAYS_00054686 | | |
| 8 | LCD Reference Article – Billing and Coding: Genetic Testing for Cardiovascular Disease (A58795) (Original Effective Date 1/30/2022) | DOJGRAYS_00054669 – DOJGRAYS_00054675 | | |
| **Summary Charts** | | | | |
| 101 | Axis Professional Labs & Kingdom Health Labs Medicare Billed Amount for Matched Beneficiaries | DOJGRAYS_00054851 | | |
| 102 | Axis Professional Labs & Kingdom Health Labs Medicare Paid Amount for Matched Beneficiaries | DOJGRAYS_00054852 | | |
| 103 | Axis Professional Labs & Kingdom Health Labs Medicare Billed and Paid Amounts for Matched Beneficiaries | DOJGRAYS_00054853 | | |
| 104 | Axis Professional Labs & Kingdom Health Labs Medicare Billed and Paid Amount by Procedure Code | DOJGRAYS_00054854 | | |
| 105 | Axis Professional Labs & Kingdom Health Labs Medicare Paid Amount by Number of Procedure Codes per Claim | DOJGRAYS_00054855 | | |
| 106 | Example Claim 1 | DOJGRAYS_00054856 | | |
| 107 | Example Claim 2 | DOJGRAYS_00054857 | | |
| 108 | Accounts Reviewed | DOJGRAYS_00054858 | | |
| 109 | Axis Professional Labs & Kingdom Health Labs Payments to American Health Screening | DOJGRAYS_00054859 | | |
| 110 | Count 2: Wire Transfer from Axis Labs to American Health Screening – January 29, 2021 | DOJGRAYS_00054860 – DOJGRAYS_00054862 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 111 | Count 3: Wire Transfer from Axis Labs to American Health Screening – May 6, 2021 | DOJGRAYS_00054863 – DOJGRAYS_00054864 | | |
| 112 | Count 4: Wire Transfer from Kingdom Health Labs to American Health Screening – November 12, 2021 | DOJGRAYS_00054865 – DOJGRAYS_00054866 | | |
| 113 | Count 5: Wire Transfer from Kingdom Health Labs to American Health Screening – December 23, 2021 | DOJGRAYS_00054867 – DOJGRAYS_00054868 | | |
| 114 | Count 6: Wire Transfer from Kingdom Health Labs to American Health Screening – March 24, 2022 | DOJGRAYS_00054869 – DOJGRAYS_00054870 | | |
| 115 | Kingdom Health Labs – Medicare Paid Amount | DOJGRAYS_00054871 | | |
| 116 | Count 7: Payment to Texas Vehicle Exchange – February 28, 2022 | DOJGRAYS_00054872 – DOJGRAYS_00054875 | | |
| 117 | Count 8: Payment to Texas Vehicle Exchange – March 4, 2022 | DOJGRAYS_00054876 – DOJGRAYS_00054879 | | |
| 118 | Count 9: Payment to Sewell Lexus – June 16, 2022 | DOJGRAYS_00054880 – DOJGRAYS_00054883 | | |
| 119 | Cardiovascular Genetic Testing Procedure Codes | DOJGRAYS_00054884 | | |
| 120 | Demonstrative Flow Chart | DOJGRAYS_00054885 | | |
| **Bank Records** | | | | |
| 201 | Bank of America ("BoA") Account x2168 – Kingdom Health Laboratory | DOJGRAYS_00005564 – DOJGRAYS_00005655; DOJGRAYS_00008712 – DOJGRAYS_00008782; DOJGRAYS_00036100; DOJGRAYS_00042283 – DOJGRAYS_00042299; DOJGRAYS_00042351; DOJGRAYS_00043682; DOJGRAYS_00044011 – DOJGRAYS_00044016; DOJGRAYS_00044021 – DOJGRAYS_00044150; DOJGRAYS_00044187; DOJGRAYS_00048359 – DOJGRAYS_00049065 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 201A | Business Record Affidavits – Bank of America – GX 201 | DOJGRAYS_00000003 – DOJGRAYS_00000005; DOJGRAYS_00043669 | | |
| 201B | Count 4 – BoA Wire Transactions x2168 including November 2021 | DOJGRAYS_00005655 | | |
| 201C | Count 4 – BoA Statement x2168 – November 2021 | DOJGRAYS_00044129 – DOJGRAYS_00044134 | | |
| 201D | Count 5 – BoA Statement x2168 – December 2021 | DOJGRAYS_00044117 – DOJGRAYS_00044128 | | |
| 201E | Count 5 – BoA Wire Transactions x2168 December 2021 | DOJGRAYS_00043682 | | |
| 201F | Count 6 –  BoA Statement x2168 – March 2022 | DOJGRAYS_00044083 – DOJGRAYS_00044094 | | |
| 201G | Count 6 – BoA Wire Transactions x2168 including March 2022 | DOJGRAYS_00036100 | | |
| 202 | Hancock Whitney Bank ("HWB") Account x6498 – Axis Professional Labs LLC | DOJGRAYS_00001686 – DOJGRAYS_00001733; DOJGRAYS_00001785 – DOJGRAYS_00001884; DOJGRAYS_00003610 – DOJGRAYS_00003612 DOJGRAYS_00004298 – DOJGRAYS_00004435 DOJGRAYS_00039457 – DOJGRAYS_00039517; DOJGRAYS_00042229 – DOJGRAYS_00042240 DOJGRAYS_00046107 – DOJGRAYS_00046124; DOJGRAYS_00046913 – DOJGRAYS_00046921 | | |
| 202A | Business Record Affidavits – Hancock Whitney Bank – GX 202 | DOJGRAYS_00039272 ; DOJGRAYS_00003741; DOJGRAYS_00046093 | | |
| 202B | Count 2 – HWB Statement x6498 – January 2021 | DOJGRAYS_00004342 – DOJGRAYS_00004347 | | |
| 202C | Count 2 – HWB Wire Transaction from Axis Professional Labs to | DOJGRAYS_00001807 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|
| | American Health Screening LLC – 1/29/2021 | | | |
| 202D | Count 3 - HWB Statement x6498 – May 2021 | DOJGRAYS_00004376 – DOJGRAYS_00004385 | | |
| 202E | Count 3 – HWB Wire Transaction from Axis Professional Labs to American Health Screening – 5/6/2021 | DOJGRAYS_00001850 | | |
| 203 | Bank of the West ("BoW") Account x6377 – American Health Screening LLC | DOJGRAYS_00028671 – DOJGRAYS_00028817; DOJGRAYS_00047981 – DOJGRAYS_00048295 | | |
| 203A | Business Record Affidavits – BoW – GX 203 | DOJGRAYS_00047980; DOJGRAYS_00000010 | | |
| 203B | Count 2 – BoW Statement January 2021 | DOJGRAYS_00028759 – DOJGRAYS_00028762 | | |
| 203C | Count 3 – BoW Statement May 2021 | DOJGRAYS_00028775 – DOJGRAYS_00028778 | | |
| 203D | Count 4 – BoW Statement November 2021 | DOJGRAYS_00028807 – DOJGRAYS_00028810 | | |
| 203E | Count 5 – BoW Statement December 2021 | DOJGRAYS_00048273 – DOJGRAYS_00048278 | | |
| 203F | Count 6 – BoW Statement March 2022 | DOJGRAYS_00048289 – DOJGRAYS_00048294 | | |
| 204 | Bank of America ("BoA") Account x7720 – KJ Gray Holdings LLC | DOJGRAYS_00007742 – DOJGRAYS_00008143; DOJGRAYS_00010234 – DOJGRAYS_00010353 | | |
| 204A | Business Record Affidavits – BoA – GX 204 | DOJGRAYS_00000003 – DOJGRAYS_00000005; DOJGRAYS_00000073 | | |
| 204B | "For Me" Payment from AHS to KJ Gray Holdings – 2/1/2021 – $2,400.00 | DOJGRAYS_00008017 | | |
| 204C | "For Me" Payment from AHS to KJ Gray Holdings – May 6, 2021 – $21,200.00 | DOJGRAYS_00008051 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 204D | "For Me" Payment from AHS to KJ Gray Holdings – November 12, 2021 - $77,200.00 | DOJGRAYS_00008119 | | |
| 204E | "For Me" Payment from AHS to KJ Gray Holdings – December 23, 2021 - $78,200.00 | DOJGRAYS_00008132 | | |
| 204F | "For Me" Payment from AHS to KJ Gray Holdings – March 24, 2022 - $66,800 | DOJGRAYS_00036061 | | |
| 204G | Count 7 – Check from KJ Gray Holdings to Texas Vehicle Exchange – 2/26/2022 - $142,884.46 | DOJGRAYS_00036101- DOJGRAYS_00036102 | | |
| 204H | Count 8 – Check from KJ Gray Holdings to Texas Vehicle Exchange – 3/2/2022 - $119,274.68 | DOJGRAYS_00036103- DOJGRAYS_00036104 | | |
| 204I | Count 9 – Check from KJ Gray Holdings to Sewell Lexus – 6/11/2022 - $80,612.39 | DOJGRAYS_00036107- DOJGRAYS_00036108 | | |
| 205 | Bank of America Account x6403 – Genesys Health Services LLC | DOJGRAYS_00007326 – DOJGRAYS_00007369; DOJGRAYS_00036100 – DOJGRAYS_00036100; DOJGRAYS_00042344 – DOJGRAYS_00042351; DOJGRAYS_00053753 – DOJGRAYS_00053780 | | |
| 205A | Business Record Affidavits – Bank of America – GX 205 | DOJGRAYS_00000003 – DOJGRAYS_00000005 | | |
| 206 | JP Morgan Chase Bank Account x2777 - Axis Professional Labs LLC | DOJGRAYS_00035226 – DOJGRAYS_00035240; DOJGRAYS_00035247 – DOJGRAYS_00035250; DOJGRAYS_00035303 – DOJGRAYS_00035594 | | |
| 206A | JP Morgan Chase Business Record Affidavit – GX 206 | DOJGRAYS_00035208 | | |
| 207 | JP Morgan Chase Bank Account x0212 - American Health Screening LLC | DOJGRAYS_00033058; DOJGRAYS_00033065 – DOJGRAYS_00033074 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 207A | JP Morgan Chase Business Record Affidavit – GX 207A | DOJGRAYS_00033060 | | |
| **Emails** | | | | |
| 301 | 2020.11.16 Email from Gizman Omar to Keith Gray -- Completed Please DocuSign | DOJGrayR_0000616133-DOJGrayR_0000616134 | | |
| 301A | 2020.11.16 Email from Gizman Omar to Keith Gray Attachment – Business Associate Agreement | DOJGrayR_0000616135-DOJGrayR_0000616142 | | |
| 301B | 2020.11.16 Email from Gizman Omar to Keith Gray Attachment – Marketing Services Agreement | DOJGrayR_0000616143-DOJGrayR_0000616166 | | |
| 302 | 2020.12.28 Email from Keith Gray to Richard Straight, Betsy Armstrong, et al -- RE Invoice 477 American Health Screenings | DOJGrayR_0000355280-DOJGrayR_0000355281 | | |
| 303 | 2021.01.16 Email from Scott Wohrman to Dave Heneghan -- AHS Sample Report 1.15.21 | DOJGrayR_0000120613-DOJGrayR_0000120614 | | |
| 303A | 2021.01.16 Email from Scott Wohrman to Dave Heneghan -- AHS Sample Report 1.15.21 - Attachment | DOJGrayR_0000120615 | | |
| 304 | 2021.01.18 Email from Keith Gray to Betsy Armstrong - AHS Invoice 488 | DOJGrayR_0000662865-DOJGrayR_0000662866 | | |
| 305 | 2021.03.10 Email from Trevor Farr to Keith Gray, CC Bryan Wright - FWD AHS | DOJGrayR_0000524915 | | |
| 305A | 2021.03.10 Email from Trevor Farr to Keith Gray, CC Bryan Wright - FWD AHS - Attachment | DOJGrayR_0000524916-DOJGrayR_0000524939 | | |
| 306 | 2021.03.25 Email from Betsy Armstrong to Keith Gray - Loan Payment to AHS 03.25.2021 | DOJGrayR_0000549442 | | |
| 307 | 2021.04.07 Email from Scott Wohrman to Dave Heneghan - FWD Updated Report with Summary | DOJGrayR_0000163418 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE ADMIT | N/ADM |
|---|---|---|---|---|
| 307A | 2021.04.07 Email from Scott Wohrman to Dave Heneghan - FWD Updated Report with Summary - Attachment | DOJGrayR_0000163419 | | |
| 308 | 2021.04.13 Email from Keith Gray to Bryan Wright - March 2021 Sales Bonus | DOJGrayR_0000381700 | | |
| 308A | 2021.04.13 Email from Keith Gray to Bryan Wright - March 2021 Sales Bonus - Attachment | DOJGrayR_0000381701 | | |
| 309 | 2021.06.17 Email from Betsy Armstrong to Keith Gray -- AHS Loan Payment 6.17.2021 | DOJGrayR_0000643260-DOJGrayR_0000643261 | | |
| 310 | 2021.07.07 Email from Aaron Kaufman to Keith Gray, CC Ron Pearl, Michael Thomas, et al -- RE Family History | DOJGrayR_0000529273-DOJGrayR_0000529274 | | |
| 311 | 2021.08.06 Email from Keith Gray to Joey Cienfuegos -- RE Medicare LCD Question | DOJGrayR_0000661784-DOJGrayR_0000661785 | | |
| 312 | 2021.08.12 Email from Betsy Armstrong to Keith Gray -- RE AHS Loan Payment 8.12.2021 Corrected | DOJGrayR_0000590030-DOJGrayR_0000590031 | | |
| 313 | 2021.08.19 Email from Betsy Armstrong to Keith Gray -- RE AHS Loan Payment 8.19.2021 | DOJGrayR_0000594461-DOJGrayR_0000594462 | | |
| 314 | 2021.09.21 Email from Scott Wohrman to Keith Gray, CC Bea Moore, David Heneghan - RE Provider Complaint Possibly AHS | DOJGrayR_0000367718-DOJGrayR_0000367719 | | |
| 314A | 2021.09.21 Email from Scott Wohrman to Keith Gray, CC Bea Moore, David Heneghan - RE Provider Complaint Possibly AHS - Attachment | DOJGrayR_0000367720 | | |
| 315 | 2021.10.01 Email from Scott Wohrman to Bea Moore, CC Keith Gray and Dave Heneghan - RE Family Member Complaint 9.29.21 | DOJGrayR_0000126148-DOJGrayR_0000126149 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 316 | 2021.10.08 Email from Keith Gray to Tara Allen, CC Bea Moore and Corey Dudley - Cardio Corrections 10.8.2021 | DOJGrayR_0000650480 | | |
| 317 | 2021.10.13 Email from Corey Dudley to Keith Gray, CC Tara Allen, Bea Moore, Kristen Waller - - RE Cardio Corrections 10.8.2021 | DOJGrayR_0000558114- DOJGrayR_0000558117 | | |
| 318 | 2021.10.13 Email from Keith Gray to Tara Allen, CC Bea Moore, Corey Dudley, and Kristen Waller - - RE Cardio Corrections 10.8.2021 | DOJGrayR_0000649623- DOJGrayR_0000649626 | | |
| 319 | 2021.11.11 Email from Corey Dudley to Keith Gray and Bea Moore, CC Tara Allen - Medicare Molecular Billing Policy | DOJGrayR_0000563411 | | |
| 319A | 2021.11.11 Email from Corey Dudley to Keith Gray, CC Tara Allen -- Medicare Molecular Billing Policy - Attachment | DOJGrayR_0000563412- DOJGrayR_0000563437 | | |
| 320 | 2021.11.23 Email from Corey Dudley to Keith Gray - Updated PGx Article | DOJGrayR_0000602530 | | |
| 320A | 2021.11.23 Email from Corey Dudley to Keith Gray - Updated PGx Article - Attachment | DOJGrayR_0000602531 – DOJGrayR_0000602555 | | |
| 321 | 2021.12.21 Email from Sneha Patel to Anil Virani, John Feeney, Matthew Segedy, CC Keith Gray, Sneha Patel - Trends in Genetic Tests... | DOJGrayR_0000536163- DOJGrayR_0000536167 | | |
| 321A | 2021.12.21 Email from Sneha Patel to Anil Virani, John Feeney, Matthew Segedy, CC Keith Gray, Sneha Patel - Trends in Genetic Tests... - Attachment | DOJGrayR_0000536168- DOJGrayR_0000536188 | | |
| 322 | 2021.12.28 Email from Scott Wohrman to Dave Heneghan - DOJ Stuff | DOJGrayR_0000314234 | | |
| 322A | 2021.12.28 Email from Scott Wohrman to Dave Heneghan - DOJ Stuff - Attachment | DOJGrayR_0000314235 – DOJGrayR_0000314253 | | |
| 323 | 2021.12.31 KJ Gray Holdings LLC 1120-S Income Tax Return 2021 | DOJGrayR_0000003479- DOJGrayR_0000003490 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 324 | 2022.01.06 Email from Betsy Armstrong to Keith Gray - RE AHS Loan Payment 01.06.2021 | DOJGrayR_0000557149 | | |
| 325 | 2022.01.19 Email from Keith Gray to Keith Gray - Article - Billing and Coding Genetic Testing for Cardiovascular Disease (A58795) | DOJGrayR_0000580879 | | |
| 326 | 2022.02.08 Email from David Frankel to Scott Wohrman and Dave Heneghan - Attorney-Client Privilege Communication | DOJGrayR_0000319472-DOJGrayR_0000319473 | | |
| 327 | 2022.02.10 Email from Keith Gray to Michael Singleton, CC Eddie Geraghty and Mark Levine - 1% Owner of Kingdom Health Laboratory | DOJGrayR_0000657871-DOJGrayR_0000657873 | | |
| 328 | 2022.02.11 Email from Michael Singleton to Keith Gray, CC Mark Levine - 1% Owner of Kingdom Health Laboratory | DOJGrayR_0000564804-DOJGrayR_0000564808 | | |
| 329 | 2022.02.21 Email from Scott Wohrman to Dave Heneghan - FWD Operating Agreement for Kingdom Health Laboratory | DOJGrayR_0000112651-DOJGrayR_0000112652 | | |
| 329A | 2022.02.21 Email from Scott Wohrman to Dave Heneghan - FWD Operating Agreement for Kingdom Health Laboratory - Attachment | DOJGrayR_0000112653-DOJGrayR_0000112708 | | |
| 330 | 2022.03.13 Email from Power Bi Reports to Yesterday's Sample Volume Report - FW Yesterday's Sample Volume | DOJGrayR_0000513758-DOJGrayR_0000513759 | | |
| 330A | 2022.03.13 Email from Power Bi Reports to Yesterday's Sample Volume Report - FW Yesterday's Sample Volume - Attachment | DOJGrayR_0000513760 | | |
| 331 | 2022.03.15 Email from Danielle Nies to Monique Nathan, Hannah Johnson, Betsy Armstrong, et al, CC Keith Gray - Team Meeting Deck | DOJGrayR_0000554535 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 331A | 2022.03.15 Email from Danielle Nies to Monique Nathan, Hannah Johnson, Betsy Armstrong, et al, CC Keith Gray - Team Meeting Deck - Attachment | DOJGrayR_0000554536 | | |
| 331B | 2022.03.15 Email from Danielle Nies to Monique Nathan, Hannah Johnson, Betsy Armstrong, et al, CC Keith Gray - Team Meeting Deck - Attachment | DOJGrayR_0000554537 | | |
| 332 | 2022.03.24 Email from Keith Gray to Betsy Armstrong - AHS Distribution 3.24.2022 | DOJGrayR_0000510878 | | |
| 333 | 2022.04.05 Email from Danielle Nies to Bryan Wright, Hannah Johnson, and Monique Nathan, et al, CC Keith Gray re Team Meeting Deck | DOJGrayR_0000541575 | | |
| 333A | 2022.04.05 Email from Danielle Nies to Bryan Wright, Hannah Johnson, and Monique Nathan, et al, CC Keith Gray re Team Meeting Deck - Attachment | DOJGrayR_0000541576 | | |
| 333B | 2022.04.05 Email from Danielle Nies to Bryan Wright, Hannah Johnson, and Monique Nathan, et al, CC Keith Gray re Team Meeting Deck - Attachment | DOJGrayR_0000541577 | | |
| 333C | 2022.04.05 Email from Danielle Nies to Bryan Wright, Hannah Johnson, and Monique Nathan, et al, CC Keith Gray re Team Meeting Deck - Attachment | DOJGrayR_0000541578 | | |
| 334 | 2022.04.26 Email from Bea Moore to Bryan Wright and Richard Straight, CC Keith Gray and Margaret Flowers - AHS Invalid Medicare ID's | DOJGrayR_0000530716-DOJGrayR_0000530718 | | |
| 335 | 2022.04.29 Email from Bea Moore to Keith Gray, Bryan Wright, and Richard Straight - 4.28 Final Numbers | DOJGrayR_0000644422-DOJGrayR_0000644423 | | |
| 336 | 2022.05.09 Email from Betsy Armstrong to Keith Gray - RE AHS Vs. KHL | DOJGrayR_0000527263 –DOJGrayR_0000527265 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 337 | 2022.07.18 Email from Richard Straight to Brad Sewell - Parameno Genetics | DOJGrayR_0000697428 | | |
| 337A | 2022.07.18 Email from Richard Straight to Brad Sewell - Parameno Genetics - Attachment | DOJGrayR_0000697429 | | |
| 338 | 2022.07.27 Email from Bryan Wright to Keith Gray - AHS Agreement | DOJGrayR_0000599902 | | |
| 338A | 2022.07.27 Email from Bryan Wright to Keith Gray - AHS Agreement - Attachment | DOJGrayR_0000599903 – DOJGrayR_0000599910 | | |
| 338B | 2022.07.27 Email from Bryan Wright to Keith Gray - AHS Agreement - Attachment | DOJGrayR_0000599911 – DOJGrayR_0000599934 | | |
| 339 | 2022.08.20 Email from Corey Dudley to Keith Gray - FW 1 Reports | DOJGrayR_0000562633- DOJGrayR_0000562634 | | |
| 339A | 2022.08.20 Email from Corey Dudley to Keith Gray - FW 1 Reports - Attachment | DOJGrayR_0000562635 | | |
| 340 | 2022.11.08 Email from Betsy Armstrong to Michael Singleton, CC Keith Gray and Mark Levine -- RE Revised Axis & KHL for AHS 1% | DOJGrayS_00053248 – DOJGrayS_00053251 | | |
| 341 | 2022.11.21 Email from Keith Gray to Mark Levine and Board Members -- Axis Full Number for Distribution | DOJGrayR_0000004696 | | |
| 342 | 2022.11.22 Email from Michael Singleton to Brad Sewell, Trevor Farr, Keith Gray, et al CC Mark Levine -- Parameno KHH Tax Meeting | DOJGrayR_0000019276- DOJGrayR_0000019277 | | |
| 343 | 2022.11.22 Email from Michael Singleton to Mark Levine - Tax Meeting 2021 Summary and Action Items | DOJGrayR_0000019847- DOJGrayR_0000019848 | | |
| 344 | 2022.11.28 Email from Keith Gray to Michael Singleton and Betsy Armstrong, CC Trevor Farr, Brad Sewell, and Mark Levine - Reports Update | DOJGrayR_0000019565- DOJGrayR_0000019567 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 345 | 2022.12.02 Email from Brad Sewell to Michael Singleton, Betsy Armstrong, and Keith Gray, CC Trevor Farr, Mark Levine, et al - Parameno KHH Tax Returns | DOJGrayR_0000004708-DOJGrayR_0000004715 | | |
| 346 | 2022.12.31 KJ Gray Holdings LLC 1120-S Income Tax Return 2022 | DOJGrayR_0000003264-DOJGrayR_0000003298 | | |
| 347 | 2023.01.11 Email from Michael Singleton to Mark Levine - FW AXIS Kingdom Health Parameno Returns | DOJGrayR_0000018265-DOJGrayR_0000018268 | | |
| 347A | 2023.01.11 Email from Michael Singleton to Mark Levine - FW AXIS Kingdom Health Parameno Returns - Attachment | DOJGrayR_0000018269 | | |
| 348 | 2023.02.06 Email from Howard Sewell to Michael Singleton, CC Brad Sewell and Mark Levine - Transaction Structure | DOJGrayR_0000004737-DOJGrayR_0000004747 | | |
| 348A | 2023.02.06 Email from Howard Sewell to Michael Singleton, CC Brad Sewell and Mark Levine - Transaction Structure - Attachment | DOJGrayR_0000004748 | | |
| 348B | 2023.02.06 Email from Howard Sewell to Michael Singleton, CC Brad Sewell and Mark Levine - Transaction Structure - Attachment | DOJGrayR_0000004749 | | |
| 348C | 2023.02.06 Email from Howard Sewell to Michael Singleton, CC Brad Sewell and Mark Levine - Transaction Structure - Attachment | DOJGrayR_0000004750 | | |
| 348D | 2023.02.06 Email from Howard Sewell to Michael Singleton, CC Brad Sewell and Mark Levine - Transaction Structure - Attachment | DOJGrayR_0000004751 | | |
| 349 | 2023.02.07 Email from Michael Singleton to Betsy Armstrong, Keith Gray, CC Trevor Farr, Brad Sewell, et al - Update Address for Texas Comptroller | DOJGrayR_0000028613-DOJGrayR_0000028619 | | |
| 350 | 2023.09.29 Email from Michael Singleton to Mark Levine - Kingdom Health KJ Gray Timeline | DOJGrayR_0000018733 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 350A | 2023.09.29 Email from Michael Singleton to Mark Levine - Kingdom Health KJ Gray Timeline - Attachment | DOJGrayR_0000018734 | | |
| 351 | 2023.10.13 Email from Keith Gray to Michael Singleton, CC Shane Wheeler - RE Tax Return Update & Questions | DOJGrayR_0000002603-DOJGrayR_0000002677 | | |
| 352 | 2023.10.15 Letter from Clifton Larson Allen LLP to Keith Gray - Keith J. Gray Holdings LLC | DOJGrayR_0000002482-DOJGrayR_0000002490 | | |
| 353 | 2023.10.16 Email from Michael Singleton to Keith Gray, CC Shane Wheeler and Mark Levine - KJ Gray Questions & Return Updates | DOJGrayR_0000019543-DOJGrayR_0000019546 | | |
| 354 | 2023.10.25 Shareholder's Copy of KJ Gray Holdings 2021 Tax Return | DOJGrayR_0000003194-DOJGrayR_0000003208 | | |
| 355 | 2021.05.13 Email from Keith Gray to Corey Dudley – 1 of 6 | DOJGrayR_0000661962 | | |
| 355A | 2021.05.13 Email from Keith Gray to Corey Dudley – 1 of 6 – Attachment | DOJGrayR_0000661963 | | |
| 356 | 2021.05.13 Email from Keith Gray to Corey Dudley – 2 of 6 | DOJGrayR_0000660509 | | |
| 356A | 2021.05.13 Email from Keith Gray to Corey Dudley – 2 of 6 - Attachment | DOJGrayR_0000660510 | | |
| 357 | 2021.05.13 Email from Keith Gray to Corey Dudley – 3 of 6 | DOJGrayR_0000662657 | | |
| 357A | 2021.05.13 Email from Keith Gray to Corey Dudley – 3 of 6 - Attachment | DOJGrayR_0000662658 | | |
| 358 | 2021.05.13 Email from Keith Gray to Corey Dudley – 4 of 6 | DOJGrayR_0000658041 | | |
| 358A | 2021.05.13 Email from Keith Gray to Corey Dudley – 4 of 6 - Attachment | DOJGrayR_0000658042 | | |
| 359 | 2021.05.13 Email from Keith Gray to Corey Dudley – 5 of 6 | DOJGrayR_0000662982 | | |
| 359A | 2021.05.13 Email from Keith Gray to Corey Dudley – 5 of 6 – Attachment | DOJGrayR_0000662983 | | |
| 360 | 2021.05.13 Email from Keith Gray to Corey Dudley – 6 of 6 | DOJGrayR_0000652294 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 360A | 2021.05.13 Email from Keith Gray to Corey Dudley – 6 of 6 – Attachment | DOJGrayR_0000652295 | | |
| 361 | 2022.04.20 Email from Keith Gray to Bea Moore – Longer Call | DOJGrayR_0000650171 | | |
| 361A | 2022.04.20 Email from Keith Gray to Bea Moore – Longer Call - Attachment | DOJGrayR_0000650172 | | |
| 362 | 2022.07.15 Email from Richard Straight to Keith Gray – FW Doctor Call –   Important | DOJGrayR_0000603801 | | |
| 362A | 2022.07.15 Email from Richard Straight to Keith Gray – FW Doctor Call –   Important - Attachment 1 | DOJGrayR_0000603807 | | |
| 362B | 2022.07.15 Email from Richard Straight to Keith Gray – FW Doctor Call –   Important – Attachment 2 | DOJGrayR_0000603808 | | |
| 363 | Business Record Affidavit – for GX 323, 341, 342, 343, 344, 345, 346, 347, 347A, 348, 348A, 348B, 348C, 348D, 349, 350, 350A, 351, 352, 353, 354 | DOJGRAYS_00053782 | | |
| **Text Messages, Signal, and WhatsApp Communications** | | | | |
| 401 | Wohrman-Straight WhatsApps | DOJGrayR_0000708996 – DOJGrayR_0000709010 | | |
| 401A | 2020.10.14 WhatsApp From Wohrman to Straight | DOJGrayR_0000708996 | | |
| 401B | 2020.10.15 WhatsApp From Wohrman to Straight | DOJGrayR_0000708996 | | |
| 401C | 2020.10.19 WhatsApp From Straight to Wohrman | DOJGrayR_0000708996 | | |
| 401D | 2020.11.10 WhatsApp From Straight to Wohrman | DOJGrayR_0000709004 | | |
| 401E | 2020.11.10 WhatsApp From Straight to Wohrman | DOJGrayR_0000709004 | | |
| 401F | 2020.11.12 WhatsApp From Wohrman to Straight | DOJGrayR_0000709005 | | |
| 401G | 2020.11.12 WhatsApp From Straight to Wohrman | DOJGrayR_0000709005 | | |
| 401H | 2020.11.16 WhatsApp From Straight to Wohrman | DOJGrayR_0000709005 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 401I | 2020.11.18 WhatsApp From Wohrman to Straight | DOJGrayR_0000709005 | | |
| 401J | 2020.11.24 WhatsApp From Straight to Wohrman | DOJGrayR_0000709006 | | |
| 401K | 2020.11.24 WhatsApp From Straight to Wohrman | DOJGrayR_0000709006 | | |
| 401L | 2020.11.25 WhatsApp From Straight to Wohrman | DOJGrayR_0000709006 | | |
| 401M | 2020.12.08 WhatsApp From Straight to Wohrman | DOJGrayR_0000709006 | | |
| 401N | 2020.12.29 WhatsApp From Wohrman to Straight | DOJGrayR_0000709010 | | |
| 401O | 2020.12.31 WhatsApp From Wohrman to Straight | DOJGrayR_0000708997 | | |
| 401P | 2021.01.11 WhatsApp From Straight to Wohrman | DOJGrayR_0000708998 | | |
| 401Q | 2021.01.13 WhatsApp From Straight to Wohrman | DOJGrayR_0000708998 | | |
| 401R | 2021.01.14 WhatsApp From Straight to Wohrman | DOJGrayR_0000708998 | | |
| 401S | 2021.02.26 WhatsApp From Straight to Wohrman | DOJGrayR_0000709001 | | |
| 401T | 2021.02.26 WhatsApp From Straight to Wohrman | DOJGrayR_0000709001 | | |
| 401U | 2021.02.26 WhatsApp From Straight to Wohrman | DOJGrayR_0000709001 | | |
| 401V | 2021.03.02 WhatsApp From Wohrman to Straight | DOJGrayR_0000709001 | | |
| 401W | 2021.03.11 WhatsApp From Straight to Wohrman | DOJGrayR_0000709002 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE ADMIT | N/ADM |
|---|---|---|---|---|
| 402 | Wohrman-Straight Signal | DOJGrayR_0000710267 – DOJGrayR_0000710281 | | |
| 402A | 2021.07.15 Signal From Wohrman to Straight | DOJGrayR_0000710273 | | |
| 402B | 2021.07.22 Signal From Straight to Wohrman | DOJGrayR_0000710274 | | |
| 403 | Wohrman-Straight Texts | DOJGrayR_0000708880 – DOJGrayR_0000708882 | | |
| 403A | 2020.10.13 Text From Wohrman to Straight | DOJGrayR_0000708880 | | |
| 404 | Wohrman-Gray WhatsApp | DOJGrayR_0000708992 – DOJGrayR_0000708995 | | |
| 404A | 2021.01.26 WhatsApp From Gray to Wohrman | DOJGrayR_0000708992 | | |
| 404B | 2021.01.28 WhatsApp From Gray to Wohrman | DOJGrayR_0000708992 | | |
| 404C | 2021.01.29 WhatsApp From Gray to Wohrman | DOJGrayR_0000708992 | | |
| 404D | 2021.02.01 WhatsApp From Gray to Wohrman | DOJGrayR_0000708992 | | |
| 404E | 2021.02.02 WhatsApp From Gray to Wohrman | DOJGrayR_0000708992 | | |
| 404F | 2021.02.05 WhatsApp From Gray to Wohrman | DOJGrayR_0000708992 | | |
| 404G | 2021.02.08 WhatsApp From Gray to Wohrman | DOJGrayR_0000708992 | | |
| 404H | 2021.02.10 WhatsApp From Gray to Wohrman | DOJGrayR_0000708992 | | |
| 404I | 2021.02.11 WhatsApp From Wohrman to Gray | DOJGrayR_0000708993 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 404J | 2021.02.19 WhatsApp From Gray to Wohrman | DOJGrayR_0000708994 | | |
| 404K | 2021.02.23 WhatsApp From Gray to Wohrman | DOJGrayR_0000708994 | | |
| 404L | 2021.02.25 WhatsApp From Gray to Wohrman | DOJGrayR_0000708994 | | |
| 404M | 2021.03.01 WhatsApp From Wohrman to Gray | DOJGrayR_0000708994 | | |
| 404N | 2021.03.01 WhatsApp From Gray to Wohrman | DOJGrayR_0000708995 | | |
| 404O | 2021.03.04 WhatsApp From Gray to Wohrman | DOJGrayR_0000708995 | | |
| 404P | 2021.03.05 WhatsApp From Gray to Wohrman | DOJGrayR_0000708995 | | |
| 404Q | 2021.03.11 WhatsApp From Wohrman to Gray | DOJGrayR_0000708995 | | |
| 405 | Wohrman-Gray Signal | DOJGrayR_0000710239 – DOJGrayR_0000710260 | | |
| 405-1 | 2021.03.18 Signal From Gray to Wohrman | DOJGrayR_0000710239 | | |
| 405-2 | 2021.03.25 Signal From Gray to Wohrman | DOJGrayR_0000710239 | | |
| 405-3 | 2021.04.01 Signal From Wohrman to Gray | DOJGrayR_0000710239 | | |
| 405-4 | 2021.04.06 Signal From Wohrman to Gray | DOJGrayR_0000710239 | | |
| 405-5 | 2021.04.08 Signal From Gray to Wohrman | DOJGrayR_0000710240 | | |
| 405-6 | 2021.04.16 Signal From Gray to Wohrman | DOJGrayR_0000710240 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 405-7 | 2021.04.22 Signal From Wohrman to Gray | DOJGrayR_0000710240 | | |
| 405-8 | 2021.04.26 Signal From Gray to Wohrman | DOJGrayR_0000710241 | | |
| 405-9 | 2021.04.29 Signal From Gray to Wohrman | DOJGrayR_0000710241 | | |
| 405-10 | 2021.04.29 Signal From Wohrman to Gray | DOJGrayR_0000710241 | | |
| 405-11 | 2021.05.05 Signal from Wohrman to Gray | DOJGrayR_0000710241 | | |
| 405-12 | 2021.05.13 Signal From Gray to Wohrman | DOJGrayR_0000710241 | | |
| 405-13 | 2021.05.20 Signal From Wohrman to Gray | DOJGrayR_0000710242 | | |
| 405-14 | 2021.05.20 Signal From Gray to Wohrman | DOJGrayR_0000710242 | | |
| 405-15 | 2021.05.27 Signal From Gray to Wohrman | DOJGrayR_0000710242 | | |
| 405-16 | 2021.06.03 Signal From Gray to Wohrman | DOJGrayR_0000710242 | | |
| 405-17 | 2021.06.10 Signal From Gray to Wohrman | DOJGrayR_0000710243 | | |
| 405-18 | 2021.06.10 Signal From Wohrman to Gray | DOJGrayR_0000710243 | | |
| 405-19 | 2021.06.17 Signal From Gray to Wohrman | DOJGrayR_0000710243 | | |
| 405-20 | 2021.06.22 Signal From Wohrman to Gray | DOJGrayR_0000710243 | | |
| 405-21 | 2021.06.23 Signal From Wohrman to Gray | DOJGrayR_0000710243 | | |
| 405-22 | 2021.06.23 Signal From Wohrman to Gray | DOJGrayR_0000710243 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 405-23 | 2021.06.23 Signal From Wohrman to Gray | DOJGrayR_0000710243 | | |
| 405-24 | 2021.06.24 Signal From Gray to Wohrman | DOJGrayR_0000710243 | | |
| 405-25 | 2021.07.01 Signal From Gray to Wohrman | DOJGrayR_0000710244 | | |
| 405-26 | 2021.07.08 Signal From Gray to Wohrman | DOJGrayR_0000710244 | | |
| 405-27 | 2021.07.21 Signal From Wohrman to Gray | DOJGrayR_0000710244 | | |
| 405-28 | 2021.07.15 Signal From Gray to Wohrman | DOJGrayR_0000710244 | | |
| 405-29 | 2021.07.16 Signal From Wohrman to Gray | DOJGrayR_0000710244 | | |
| 405-30 | 2021.07.23 Signal From Gray to Wohrman | DOJGrayR_0000710246 | | |
| 405-31 | 2021.07.29 Signal From Gray to Wohrman | DOJGrayR_0000710246 | | |
| 405-32 | 2021.07.29 Signal From Gray to Wohrman | DOJGrayR_0000710246 | | |
| 405-33 | 2021.08.05 Signal From Gray to Wohrman | DOJGrayR_0000710246 | | |
| 405-34 | 2021.08.12 Signal From Gray to Wohrman | DOJGrayR_0000710247 | | |
| 405-35 | 2021.08.21Signal From Wohrman to Gray | DOJGrayR_0000710247 | | |
| 405-36 | 2021.08.19 Signal From Gray to Wohrman | DOJGrayR_0000710247 | | |
| 405-37 | 2021.08.25 Signal From Gray to Wohrman | DOJGrayR_0000710248 | | |
| 405-38 | 2021.08.26 Signal From Gray to Wohrman | DOJGrayR_0000710248 | | |
| 405-39 | 2021.09.02 Signal From Gray to Wohrman | DOJGrayR_0000710248 | | |
| 405-40 | 2021.09.09 Signal From Gray to Wohrman | DOJGrayR_0000710248 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 405-41 | 2021.09.16 Signal From Gray to Wohrman | DOJGrayR_0000710249 | | |
| 405-42 | 2021.09.16 Signal From Wohrman to Gray | DOJGrayR_0000710249 | | |
| 405-43 | 2021.09.16 Signal From Wohrman to Gray | DOJGrayR_0000710250 | | |
| 405-44 | 2021.09.23 Signal From Gray to Wohrman | DOJGrayR_0000710251 | | |
| 405-45 | 2021.09.29 Signal From Gray to Wohrman | DOJGrayR_0000710252 | | |
| 405-46 | 2021.09.29 Signal From Gray to Wohrman | DOJGrayR_0000710252 | | |
| 405-47 | 2021.09.29 Signal From Wohrman to Gray | DOJGrayR_0000710252 | | |
| 405-48 | 2021.09.30 Signal From Gray to Wohrman | DOJGrayR_0000710252 | | |
| 405-49 | 2021.10.07 Signal From Gray to Wohrman | DOJGrayR_0000710253 | | |
| 405-50 | 2021.10.14 Signal From Gray to Wohrman | DOJGrayR_0000710253 | | |
| 405-51 | 2021.10.14 Signal From Gray to Wohrman | DOJGrayR_0000710253 | | |
| 405-52 | 2021.10.21 Signal From Gray to Wohrman | DOJGrayR_0000710256 | | |
| 405-53 | 2021.10.28 Signal From Wohrman to Gray | DOJGrayR_0000710256 | | |
| 405-54 | 2021.11.04 Signal From Gray to Wohrman | DOJGrayR_0000710256 | | |
| 405-55 | 2021.11.04 Signal From Wohrman to Gray | DOJGrayR_0000710257 | | |
| 405-56 | 2021.11.12 Signal From Gray to Wohrman | DOJGrayR_0000710257 | | |
| 405-57 | 2021.11.12 Signal From Wohrman to Gray | DOJGrayR_0000710257 | | |
| 405-58 | 2021.11.18 Signal From Gray to Wohrman | DOJGrayR_0000710257 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 405-59 | 2021.11.18 Signal From Gray to Wohrman | DOJGrayR_0000710257 | | |
| 405-60 | 2021.11.26 Signal From Gray to Wohrman | DOJGrayR_0000710258 | | |
| 405-61 | 2021.12.02 Signal From Gray to Wohrman | DOJGrayR_0000710258 | | |
| 405-62 | 2021.12.09 Signal From Gray to Wohrman | DOJGrayR_0000710258 | | |
| 405-63 | 2021.12.16 Signal From Gray to Wohrman | DOJGrayR_0000710258 | | |
| 405-64 | 2021.12.23 Signal From Gray to Wohrman | DOJGrayR_0000710259 | | |
| 405-65 | 2021.12.23 Signal From Gray to Wohrman | DOJGrayR_0000710259 | | |
| 405-66 | 2021.12.30 Signal From Gray to Wohrman | DOJGrayR_0000710259 | | |
| 405-67 | 2022.01.06 Signal From Gray to Wohrman | DOJGrayR_0000710259 | | |
| 405-68 | 2022.01.11 Signal From Wohrman to Gray | DOJGrayR_0000710259 | | |
| 405-69 | 2022.01.11 Signal From Wohrman to Gray | DOJGrayR_0000710259 | | |
| 405-70 | 2022.01.12 Signal From Gray to Wohrman | DOJGrayR_0000710260 | | |
| 405-71 | 2022.01.12 Signal From Wohrman to Gray | DOJGrayR_0000710260 | | |
| 405-72 | 2022.01.13 Signal From Gray to Wohrman | DOJGrayR_0000710260 | | |
| 405-73 | 2022.01.13 Signal From Wohrman to Gray | DOJGrayR_0000710260 | | |
| 405-74 | 2022.01.20 Signal From Gray to Wohrman | DOJGrayR_0000710260 | | |
| 405-75 | 2022.01.27 Signal From Gray to Wohrman | DOJGrayR_0000710260 | | |
| 405-76 | 2022.02.03 Signal From Gray to Wohrman | DOJGrayR_0000710261 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 405-77 | 2022.02.10 Signal From Gray to Wohrman | DOJGrayR_0000710261 | | |
| 405-78 | 2022.02.10 Signal From Wohrman to Gray | DOJGrayR_0000710261 | | |
| 405-79 | 2022.02.19 Signal From Wohrman to Gray | DOJGrayR_0000710261 | | |
| 405-80 | 2022.02.19 Signal From Wohrman to Gray | DOJGrayR_0000710261 | | |
| 405-81 | 2022.02.19 Signal From Gray to Wohrman | DOJGrayR_0000710261 | | |
| 405-82 | 2022.02.21 Signal From Wohrman to Gray | DOJGrayR_0000710261 | | |
| 405-83 | 2022.02.21 Signal From Gray to Wohrman | DOJGrayR_0000710262 | | |
| 405-84 | 2022.02.21 Signal From Wohrman to Gray | DOJGrayR_0000710262 | | |
| 405-85 | 2022.02.21 Signal From Gray to Wohrman | DOJGrayR_0000710262 | | |
| 405-86 | 2022.02.24 Signal From Gray to Wohrman | DOJGrayR_0000710262 | | |
| 405-87 | 2022.03.03 Signal From Gray to Wohrman | DOJGrayR_0000710263 | | |
| 405-88 | 2022.03.10 Signal From Gray to Wohrman | DOJGrayR_0000710263 | | |
| 405-89 | 2022.03.17 Signal From Gray to Wohrman | DOJGrayR_0000710263 | | |
| 405-90 | 2022.03.22 Signal From Wohrman to Gray | DOJGrayR_0000710263 | | |
| 405-91 | 2022.03.24 Signal From Gray to Wohrman | DOJGrayR_0000710264 | | |
| 405-92 | 2022.03.31 Signal From Gray to Wohrman | DOJGrayR_0000710264 | | |
| 405-93 | 2022.04.07 Signal From Gray to Wohrman | DOJGrayR_0000710264 | | |
| 405-94 | 2022.04.14 Signal From Gray to Wohrman | DOJGrayR_0000710264 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 405-95 | 2022.04.21 Signal From Gray to Wohrman | DOJGrayR_0000710265 | | |
| 406 | Wohrman-Gray Texts | DOJGrayR_0000708876 – DOJGrayR_0000708992 | | |
| 406A | 2021.01.15 Text From Gray to Wohrman | DOJGrayR_0000708876 | | |
| 406B | 2020.12.30 Text From Gray to Wohrman | DOJGrayR_0000708876 | | |
| 406C | 2021.01.22 Text From Gray to Wohrman | DOJGrayR_0000708878 | | |
| 406D | 2021.02.23 Text From Gray to Wohrman | DOJGrayR_0000708878 | | |
| 406E | 2022.01.20 Text From Wohrman to Gray | DOJGrayR_0000708878 | | |
| 407 | Wohrman-Decker Signal | DOJGrayR_0000710286 – DOJGrayR_0000710294 | | |
| 407A | 2021.02.01 Text From Decker to Wohrman | DOJGrayR_0000710286 | | |
| 407B | 2021.02.10 Text From Wohrman to Decker | DOJGrayR_0000710286 | | |
| 407C | 2021.02.25 Text From Decker to Wohrman | DOJGrayR_0000710286 | | |
| 407D | 2021.03.01 Text From Decker to Wohrman | DOJGrayR_0000710288 | | |
| 407E | 2021.03.10 Text From Decker to Wohrman | DOJGrayR_0000710288 | | |
| 407F | 2021.03.24 Text From Wohrman to Decker | DOJGrayR_0000710289 | | |
| 407G | 2021.03.30 Text From Decker to Wohrman | DOJGrayR_0000710290 | | |
| 407H | 2021.04.07 Text From Wohrman to Decker | DOJGrayR_0000710291 | | |
| 407I | 2021.04.11 Text From Wohrman to Decker | DOJGrayR_0000710291 | | |
| 407J | 2021.04.13 Text From Wohrman to Decker | DOJGrayR_0000710292 | | |
| 407K | 2021.04.14 Text From Decker to Wohrman | DOJGrayR_0000710292 | | |
| 407L | 2021.04.14 Text From Wohrman to Decker | DOJGrayR_0000710293 | | |
| 407M | 2021.04.28 Text From Decker to Wohrman | DOJGrayR_0000710294 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE ADMIT | N/ADM |
|---|---|---|---|---|
| 407N | 2021.05.02 Text From Decker to Wohrman | DOJGrayR_0000710294 | | |
| 408 | Wohrman-Decker Texts | DOJGrayR_0000710295 – DOJGrayR_0000710306 | | |
| 408A | 2021.10.15 Text From Decker to Wohrman | DOJGrayR_0000710304 | | |
| 408B | 2021.10.17 Text From Wohrman to Decker | DOJGrayR_0000710304 | | |
| 408C | 2020.11.20 Text From Wohrman to Decker | DOJGrayR_0000710304 | | |
| 408D | 2021.10.18 Text From Decker to Wohrman | DOJGrayR_0000710304 | | |
| 408E | 2021.10.18 Text From Wohrman to Decker | DOJGrayR_0000710305 | | |
| 408F | 2021.12.06 Text From Wohrman to Decker | DOJGrayR_0000710306 | | |
| 408G | 2021.12.06 Text From Decker to Wohrman | DOJGrayR_0000710306 | | |
| 408H | 2021.12.10 Text From Decker to Wohrman | DOJGrayR_0000710306 | | |
| 408I | 2021.12.28 Text From Decker to Wohrman | DOJGrayR_0000710306 | | |
| 408J | 2021.12.29 Text From Decker to Wohrman | DOJGrayR_0000710296 | | |
| 408K | 2021.12.29 Text From Decker to Wohrman | DOJGrayR_0000710296 | | |
| 408L | 2022.01.03 Text From Decker to Wohrman | DOJGrayR_0000710296 | | |
| **Medical Records** | | | | |
| 501 | Breaux, Celinda Requisition | DOJGrayR_0000090436 | | |
| 502 | Breaux, Celinda Test Results | DOJGrayR_0000108449 – DOJGrayR_0000108451 | | |
| 503 | Clowney, Dennis Requisition | DOJGrayR_0000089898 | | |
| 504 | Clowney, Dennis Test Results | DOJGrayR_0000109234 – DOJGrayR_0000109236 | | |
| 505 | Cooper, Earle Requisition | DOJGrayR_0000105317 – DOJGrayR_0000105319 | | |
| 506 | Cooper, Earle Test Results | DOJGrayR_0000109343 – DOJGrayR_0000109345 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 507 | Davis, Judy Requisition | DOJGrayR_0000106466 – DOJGrayR_0000106468 | | |
| 508 | Davis, Judy Test Results | DOJGrayR_0000086810 – DOJGrayR_0000086812 | | |
| 509 | Duckwiler, Douglas Requisition | DOJGrayR_0000578991 – DOJGrayR_0000578993 | | |
| 510 | Duckwiler, Douglas Test Results | DOJGrayR_0000578994 – DOJGrayR_0000578996 | | |
| 511 | Fenner, Ann Requisition | DOJGrayR_0000092468 – DOJGrayR_0000092469 | | |
| 512 | Fenner, Ann Test Results | DOJGrayR_0000087460 – DOJGrayR_0000087462 | | |
| 513 | Foster, Tanya Requisition | DOJGrayR_0000578943 – DOJGrayR_0000578945 | | |
| 514 | Foster, Tanya Test Results | DOJGrayR_0000578946 – DOJGrayR_0000578956 | | |
| 515 | Frazier, James Requisition | DOJGrayR_00000105573 – DOJGrayR_00000105575 | | |
| 516 | Frazier, James Test Results | DOJGray_0000087652 – DOJGray_0000087654 | | |
| 517 | Harvey, Emily Requisition | DOJGrayR_0000091477 – DOJGrayR_0000091478 | | |
| 518 | Harvey, Emily Test medical records | DOJGRAYS_00053845 – DOJGRAYS_00053865 | | |
| 519 | Hobson, Patricia Requisition | DOJGrayR_0000092765 – DOJGrayR_0000092766 | | |
| 520 | Hobson, Patricia Test Results | DOJGrayR_0000088674 – DOJGrayR_0000088676 | | |
| 521 | McCuin, Terry Requisition | DOJGrayR_0000092942 – DOJGrayR_0000092944 | | |
| 522 | McCuin, Terry Medical records | DOJGRAYS_00032775 – DOJGRAYS_00032802 | | |
| 522A | Business Record Affidavit – for GX 522 | DOJGRAYS_00032774 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 523 | Mrosz, Barbara Requisition | DOJGrayR_0000090136 | | |
| 524 | Mrosz, Barbara Test Results | DOJGray_0000094445 – DOJGray_0000094447 | | |
| 525 | Murrell, Carita Cardiac Care Plan + Requisition | DOJGrayR_0000206289 – DOJGrayR_0000206292 | | |
| 526 | Naylor, Amy Requisition | DOJGrayR_0000099127 – DOJGrayR_0000099129 | | |
| 527 | Naylor, Amy Medical records | DOJGRAYS_00032725 – DOJGRAYS_00032766 | | |
| 527A | Business Record Affidavit – for GX 527 | DOJGRAYS_00032724 | | |
| 528 | Nuckols, Herbert Requisition | DOJGrayR_0000092424 – DOJGrayR_0000092425 | | |
| 529 | Nuckols, Herbert Test Results | DOJGrayR_0000094701 – DOJGrayR_0000094703 | | |
| 530 | Rutherford, Dannie Requisition | DOJGrayR_0000105017 – DOJGrayR_0000105018 | | |
| 531 | Rutherford, Dannie Test Results | DOJGrayR_0000095878 – DOJGrayR_0000095880 | | |
| 532 | Schofield, Timothy Requisition | DOJGrayR_0000097319 – DOJGrayR_0000097320 | | |
| 533 | Schofield, Timothy Test Results | DOJGrayR_0000096108 – DOJGrayR_0000096111 | | |
| 534 | Spiars, Joanne Requisition | DOJGrayR_0000093447 – DOJGrayR_0000093449 | | |
| 535 | Spiars, Joanne Medical records | DOJGrayS_00032682 – DOJGRAYS_00032719 | | |
| 535A | Business Record Affidavit – for GX 535 | DOJGRAYS_00032681 | | |
| 536 | Tejada, Odulia Requisition | DOJGrayR_0000092531 – DOJGrayR_0000092532 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 537 | Tejeda, Odulia Test Results | DOJGrayR_0000101661 – DOJGrayR_0000101663 | | |
| 538 | Washington, Evelyn Requisition | DOJGrayR_0000104801 – DOJGrayR_0000104803 | | |
| 539 | Washington, Evelyn Test Results | DOJGrayR_0000102271 – DOJGrayR_0000102273 | | |
| 540 | Wierzbowski, John Requisition | DOJGrayR_0000093426 – DOJGrayR_0000093427 | | |
| 541 | Wierzbowski, John Test Results | DOJGrayR_0000102524 – DOJGrayR_0000102526 | | |
| 542 | Wiggins, Weldon Requisition | DOJGrayR_0000089857 | | |
| 543 | Wiggins, Weldon Test Results | DOJGrayR_0000102527 | | |
| 544 | Windham, Judy Requisition | DOJGrayR_0000091858 – DOJGrayR_0000091859 | | |
| 545 | Windham, Judy medical records | DOJGRAYS_00032669 – DOJGRAYS_00032672 | | |
| 545A | Business Record Affidavit – for GX 545 | DOJGRAYS_00032661 | | |
| 546 | Arsenault, Aline Requisition | DOJGrayR_0000442535- DOJGrayR_0000442536 | | |
| 547 | White, Charles Requisition | DOJGrayR_0000473431- DOJGrayR_0000473432 | | |
| 548 | Muyskens, Jack Requisition | DOJGrayR_0000368710 | | |
| 549 | Business Record Affidavit – for GX 502, 503, 504, 505, 506, 507, 508, 511, 512, 515, 517, 520, 521, 526, 528, 529, 531, 532, 533, 534, 536, 537, 538, 539, 540, 541, 542, 543, 544 | DOJGRAYS_00053969 | | |
| 550 | Business Record Affidavit – for GX 302, 308, 308A, 546, 547, 548, 803 | DOJGRAYS_00053967 | | |
| **Emails with AHS Invoice Attachments** | | | | |
| 601 | 2020.11.25 Email from Scott Wohrman to Richard Straight, CC | DOJGrayR_0000121286 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| | Keith Gray and Dave Heneghan – AHS Invoice 000464 | | | |
| 601A | 2020.11.25 Email from Scott Wohrman to Richard Straight, CC Keith Gray and Dave Heneghan – AHS Invoice 000464_attachment | DOJGrayR_0000121287 | | |
| 602 | *Intentionally Left Blank* | | | |
| 603 | 2020.12.09 Email from Scott Wohrman to Richard Straight, CC Keith Gray and Dave Heneghan – Invoice 471 | DOJGrayR_0000121124 | | |
| 603A | 2020.12.09 Email from Scott Wohrman to Richard Straight, CC Keith Gray and Dave Heneghan – Invoice 471_attachment | DOJGrayR_0000702831 | | |
| 604 | 2020.12.23 Email from Scott Wohrman to Richard Straight and Dave Heneghan – Invoice 477 | DOJGrayR_0000121301 | | |
| 604A | 2020.12.23 Email from Scott Wohrman to Richard Straight and Dave Heneghan – Invoice 477_attachment | DOJGrayR_0000605629 | | |
| 605 | 2021.01.05 Email from Scott Wohrman to Richard Straight, CC Dave Heneghan – Invoice 482 | DOJGrayR_0000120661 | | |
| 605A | 2021.01.05 Email from Scott Wohrman to Richard Straight, CC Dave Heneghan – Invoice 482_attachment | DOJGrayR_0000575569 | | |
| 606 | 2021.01.15 Email from Richard Straight to Betsy Armstrong and Keith Gray – FW: AHS Invoice 000488 | DOJGrayR_0000622481 | | |
| 606A | 2021.01.15 Email from Richard Straight to Betsy Armstrong and Keith Gray – FW: AHS Invoice 000488_attachment | DOJGrayR_0000701282 | | |
| 607 | 2021.01.22 Email from Scott Wohrman to Keith Gray, CC Dave Heneghan – AHS Invoice 000492 | DOJGrayR_0000119291 | | |
| 607A | 202021.01.22 Email from Scott Wohrman to Keith Gray, CC Dave Heneghan – AHS Invoice 000492_attachment | DOJGrayR_0000609940 | | |

**United States' Exhibit List—Page 29**

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 608 | 202021.01.26 Email from Scott Wohrman to Keith Gray, CC Dave Heneghan – AHS Invoice 000496 | DOJGrayR_0000119574 | | |
| 608A | 202021.01.26 Email from Scott Wohrman to Keith Gray, CC Dave Heneghan – AHS Invoice 000496_attachment | DOJGrayR_0000654 736 | | |
| 609 | 2021.01.29 Email from Scott Wohrman to Keith Gray, CC Dave Heneghan – AHS Invoice 000498 (Count 2) | DOJGrayR_0000119960 | | |
| 609A | 2021.01.29 Email from Scott Wohrman to Keith Gray, CC Dave Heneghan – AHS Invoice 000498 _attachment (Count 2) | DOJGrayR_0000618234 | | |
| 610 | 2021.02.02 Email from Scott Wohrman to Keith Gray, CC Dave Heneghan – AHS Invoice 000501 Revised | DOJGrayR_0000119361 | | |
| 610A | 2021.02.02 Email from Scott Wohrman to Keith Gray, CC Dave Heneghan – AHS Invoice 000501 Revised_attachment | DOJGrayR_0000608530 | | |
| 611 | 2021.02.05 Email from Scott Wohrman to Keith Gray, CC Dave Heneghan – AHS Invoice 000507 | DOJGrayR_0000165328 | | |
| 611A | 2021.02.05 Email from Scott Wohrman to Keith Gray, CC Dave Heneghan – AHS Invoice 000507_attachment | DOJGrayR_0000554440 | | |
| 612 | 2021.02.11 Email from Scott Wohrman to Keith Gray, CC Dave Heneghan – AHS Invoice 511 | DOJGrayR_0000164556 | | |
| 612A | 2021.02.11 Email from Scott Wohrman to Keith Gray, CC Dave Heneghan – AHS Invoice 511_attachment | DOJGrayR_0000664598 | | |
| **Vehicle Records** | | | | |
| 701 | Sewell Lexus of Dallas - Keith Gray Records (Count 9) | DOJGRAYS_00046966 – DOJGRAYS_00047023 | | |
| 701A | Sewell Lexus of Dallas Business Records Affidavit signed 12/19/2022 – for GX 701 | DOJGRAYS_00000062 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 702 | Texas Vehicle Exchange 2.26.22 (Count 7) | DOJGRAYS_00046922 – DOJGRAYS_00046938 | | |
| 703 | Texas Vehicle Exchange 3.2.22 (Count 8) | DOJGRAYS_00046939 – DOJGRAYS_00046959 | | |
| 704 | Texas Vehicle Exchange Business Records Affidavit signed 2/6/2023 | DOJGRAYS_00000061 | | |
| 705 | Photographs of 2022 Dodge Ram 1500 TRX | DOJGRAYS_00055922 – DOJGRAYS_00055935 | | |
| 706 | Photographs of 2022 Lexus LS500 | DOJGRAYS_00055936 – DOJGRAYS_00055954 | | |
| 707 | Photographs of 2021 Mercedes-Benz AMG G 63 | DOJGRAYS_00055955- DOJGRAYS_00055968 | | |
| **Miscellaneous** | | | | |
| 801 | Marketing Services Agreement signed by Keith Gray on 11/16/2020 | DOJGrayR_0000166294 - DOJGrayR_0000166313 | | |
| 802 | Financial Terms, Business Associate Agreement, and Compliance Certificate dated 11/16/2020 | DOJGrayR_0000166314 - DOJGrayR_0000166317 | | |
| 803 | Parameno Health Services LLC – General Ledger – Summit dated 10/26/2022 | DOJGrayR_0000345427 | | |
| 804 | 2022.10.07 Kingdom Health Lab CMS Rebuttal Response | DOJGrayS_00054763 – DOJGrayS_00054766 | | |
| 805 | 2022.10.07 Axis Professional Labs CMS Rebuttal Response | DOJGrayS_00054709 – DOJGrayS_00054711 | | |
| 806 | 2022.08.19 Axis Professional Labs CMS Payment Suspension Letter | DOJGrayS_00054713 – DOJGrayS_00054715 | | |
| 807 | 2022.08.19 Kingdom Health Lab CMS Payment Suspension Letter | DOJGrayS_00054768 – DOJGrayS_00054770 | | |
| 808 | 2022.09.02 Axis Professional Labs Rebuttal Statement Regarding Notification of Suspension of Medicare Payments | DOJGrayS_00054723 – DOJGrayS_00054725 | | |

| GX | DESCRIPTION | PRODUCTION BATES | DATE | |
|---|---|---|---|---|
| | | | ADMIT | N/ADM |
| 809 | 2022.09.02 Kingdom Health Laboratory Rebuttal Statement Regarding Notification of Suspension of Medicare Payments | DOJGrayS_00054780 –<br><br>DOJGrayS_00054782 | | |

Respectfully submitted,

CHAD MEACHAM
ACTING UNITED STATES ATTORNEY

GLENN S. LEON
CHIEF, FRAUD SECTION

/s/ *Brynn A. Schiess*
Brynn A. Schiess, Assistant Chief
Adam Tisdall, Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1100 Commerce, Suite 300
Dallas, Texas 75242
Schiess: (202) 374-3484
Tisdall: (202) 674-5653
Brynn.Schiess@usdoj.gov
Adam.Tisdall@usdoj.gov