IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3:24-cr-00250-S |
| KEITH J. GRAY | |

## THE UNITED STATES OF AMERICA'S EXPERT WITNESS DISCLOSURE FOR SHAUNA SCHWARM (HULL) AND DR. RAJAT DEO

The United States of America, by and through the undersigned counsel, files this expert witness disclosure as **Exhibit A**, previously provided to defense counsel in this matter on November 1, 2024, as well as signed disclosures for anticipated witnesses Shauna Schwarm (Hull) (**Exhibit B**) and Dr. Rajat Deo (**Exhibit C**), in accordance with Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703, and 705. The government may choose not to elicit the testimony outlined in this Notice but provides this information out of abundance of caution and in order to comply with the applicable rules.

(Continued on the next page.)

Respectfully submitted,

CHAD MEACHAM
ACTING UNITED STATES ATTORNEY

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION

By:     *s/ Brynn A. Schiess*
Adam Tisdall, Trial Attorney
Brynn A. Schiess, Assistant Chief
Fraud Section, Criminal Division
U.S. Department of Justice
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: (202) 374-3484 (Schiess)
Telephone: (713) 567-9513 (Tisdall)
Brynn.Schiess@usdoj.gov
Adam.Tisdall@usdoj.gov