Exhibit A



**U.S. Department of Justice**

Criminal Division | Fraud Section

*1100 Commerce Street, Third Floor, Dallas, Texas 75242-1699*
*Main: 214-659-8600 | Fax: 214-659-8802*

November 1, 2024

**VIA ELECTRONIC MAIL**

**Scottie Allen**
Scottie D Allen
Scottie D Allen & Associates
4144 N Central Expwy Suite 650
Dallas, TX 75204
scottiedallen@scottiedallenlaw.com

**RE:** *United States v. Keith Gray*, 3:24-cr-00250-S

Dear Counsel:

The United States of America provides this notice and a written summary of the expected testimony of the witnesses described below, whom the Government currently intends to call at trial during its case-in-chief ("Notice"), in compliance with its obligations under Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence ("FRE") 702, 703, and 705. The Government may choose not to attempt to elicit the testimony outlined in this Notice but provides this information out of abundance of caution and in order to comply with the applicable rules.

Each of the witnesses described below may also testify as a fact witness in this case regarding matters of which they have personal knowledge under FRE 602 and about which they may opine under FRE 701.

The Government provides notice of the testimony of Dr. Rajat Deo, who will provide expert testimony at trial under FRE 702. Out of an abundance of caution, the Government also provides notice of the testimony of Shauna Hull and Marylee Robinson, even though the Government believes that Ms. Hull and Ms. Robinson's anticipated testimony described herein is factual such that it should be received as lay opinion pursuant to FRE 701.

Each of these witnesses may testify pursuant to a trial subpoena, and where the Government has executed an expert agreement or provided remuneration for their time in consulting and testifying, it is so indicated. Each witness may also receive coverage of regular expenses, which the Government or the witness's employing agency may pay or reimburse for all witnesses, expert or non-expert.

The Government acknowledges its continuing duty to disclose evidence or material obtained before or during trial pursuant to Federal Rule of Criminal Procedure 16(c). Should unexpected events arise between now and trial which might require additional or different expert testimony, the Government will promptly seek the Court's permission to offer the testimony of additional or alternative expert witnesses.

## A. **Dr. Rajat Deo**

The government intends to call Dr. Rajat Deo to testify regarding cardiovascular disease, the nature of genetic testing for cardiovascular diseases, and the medically appropriate and medically inappropriate uses of these tests. The government also intends to elicit opinion testimony regarding the same as applied to the above-captioned case. Dr. Deo's qualifications, training, publications, and experience are summarized in his curriculum vitae, which is incorporated by reference. The government will compensate Dr. Deo for his work in this case at the rate of $500 per hour for case analysis and trial preparation and $5,000 per day for out-of-state testimony or trial preparation meetings. As of the date of this correspondence, Dr. Deo has received approximately $50,382.84 from the Fraud Section, Criminal Division, U.S. Department of Justice, for his expert witness services in other cases.

Dr. Deo may create expert reports, which will be provided to you. The Government may supplement any of Dr. Deo's reports as necessary as trial approaches, including by asking Dr. Deo to opine on additional requisition orders or patient files for beneficiaries that the Defendant's labs billed for.

Dr. Deo holds an S.B. from MIT, an M.D from the University of Michigan Medical School, and a Masters of Science in Translational Research from the University of Pennsylvania School of Medicine. Currently, Dr. Deo serves as the Director of the Penn Arrhythmia Genetics Program at the University of Pennsylvania, where he has also served as a Cardiologist for the Department of Athletics since 2013. Dr. Deo is board certified in Internal Medicine, Cardiovascular Disease, and Clinical Cardiac Electrophysiology. He is licensed in California, Maryland, and Pennsylvania. Dr. Deo is a member of multiple professional and scientific societies, and has held editorial positions for numerous medical journals, including serving as a reviewer for the American Journal of Cardiology since 2006. Dr. Deo has held multiple academic appointments and lectured on cardiology issues multiple times. Dr. Deo has authored dozens of publications on cardiology, including publications pertaining to cardio genetic testing. A copy of Dr. Deo's curriculum vitae ("CV") is included as **Attachment A.**

In the last four years, Dr. Deo has testified as an expert witness in three trials. He testified for the United States in *United States v. Carver et al.*, 22-80022-CR-CANNON/REINHART (S.D. Fl. 2023), a criminal case, and for the plaintiff in *Joellen McHugh v. Gloria Chen,* No. 2019-L-008034 (Circuit Court of Cook County, First Municipal District, Ill. 2019), a medical malpractice case. He also has been deposed in *Proton-Pump Inhibitor Products Liability Litigation*, No. 2:17-MD-2789 (D.N.J. 2017), a multi-district products liability case, as a witness for the defendant AstraZeneca.

As a result of his extensive experience, Dr. Deo has become familiar with cardio genetic testing, including the purposes, clinical uses, and medically appropriate and inappropriate uses of these tests.

The Government anticipates that Dr. Deo's testimony may cover the following topics and include the following opinions:

## 1. Background on Cardiac Disease and Cardio Genetic Testing

- Dr. Deo will explain what cardiac diseases are and what cardio genetic testing is. Namely, cardio genetic testing looks for genes or genetic mutations associated with certain inherited cardiac diseases.

- As a general matter, it is not appropriate to use these tests as a routine screening tool in the general population. Instead, the tests should be used for a medical decision-making purpose. Thus, it is essential that the tests be ordered by a medical professional who is knowledgeable about the proper uses of cardio genetic tests, who actually is treating the patient and uses the results in the patient's treatment, and who can appropriately counsel the patient about the benefits and risks of these tests.

## 2. Medically Appropriate & Inappropriate Uses of Cardio Genetic Tests

- In a patient where an inherited cardiac syndrome is suspected, a cardio genetic test may be indicated as a tool to assist treating physicians, gather information, discuss treatment options and assist patients with making informed decisions about their care. Cardio genetic testing should only be ordered to compliment a complete care program managed by one or more physicians or appropriately trained health care providers with the expertise to treat the patient. Managed by a physician treating these patients, the information obtained from cardio genetic testing can play a meaningful role in providing quality care. It can also assist family members in determining whether they are likely to have a gene or mutation associated with an inherited cardiac disease, and therefore assist in early treatment or risk management.

- A primary care physician or other non-specialist physician should not normally order cardio genetic testing; instead, such testing is typically ordered after referral to a specialist.

- Cardio genetic testing typically should not be the first step in managing a patient's cardiac-related illness, particularly for a patient with no diagnosed first-degree familial cardiac genetic mutation. Cardio genetic testing should be used on a highly selective patient population. Patients whose sole diagnosis is essential hypertension or chronic ischemic heart disease generally should not receive cardio genetic testing as a matter of routine treatment.

- Dr. Deo will answer hypothetical questions, including hypothetical questions drawn from the facts of this case, to further explain what would be, in his opinion, medically appropriate and inappropriate uses of these tests.

- Dr. Deo will contrast cardio genetic testing with other forms of tests which are diagnostic in nature and designed to identify the existence of cardiac disease, for example, electrocardiograms, echocardiograms, stress tests, cardiac catheterization, CT scans, and cardiac MRIs. Common cardiac diseases such as essential hypertension or chronic ischemic heart disease generally should be evaluated through routine imaging or other traditional diagnostic tools in the first instance.

- Cardio genetic testing results are frequently complex and inconclusive in nature such that they require the skills of a properly trained physician or other properly trained and certified health care providers to accurately interpret them in a manner that is useful to the patient. Absent involvement by a competent treating physician, there is unreasonable risk that patients could misinterpret cardio genetic testing results which could lead them to make premature and unwarranted medical decisions, or conversely to take an apathetic approach to their health based upon a false sense of security. Information revealed by cardio testing can also exact psychological tolls on patients absent proper management, including pre- and post-testing genetic counseling, by a trained professional.

- Dr. Deo will explain that cardio testing results can also be misleading. For example, a negative result does not mean that a particular patient will not develop cardiac disease, nor does it mean that the patient has a reduced overall risk for the future development of cardiac disease during the course of his or her lifetime. Absent comprehensive genetic counseling, a patient could misinterpret a negative test result to their future detriment.

- Dr. Deo will testify that the potential benefits of cardio genetic testing outweigh risks and that such testing is medically indicated in a limited number of high-

risk patients such as those with a first-degree family member who has a known diagnosis of an inherited cardiac disease. Patients having relatives with a vague history of cardiac disease do not qualify as suggestive inherited cardiac syndrome; indeed, some form of cardiac disease is quite common in the general population but does not by itself necessarily warrant cardio genetic testing. In addition, patients with certain unique clinical presentations, such as a very young patient experiencing cardiac arrest, are referred to sub-specialty care and may also warrant cardio genetic testing.

- Dr. Deo will testify that, when a treating physician decides that it is in his or her patient's best interest to receive cardio genetic testing and subsequently orders it, the testing should be accompanied by comprehensive pre- and post-testing genetic counseling provided by a genetic counselor, physician, or health care provider with appropriate training and experience in the area of genetics. Genetic counseling is a service provided by a properly credentialed medical provider who helps to explain the purpose of a genetic test, how the test will be done, what the results will look like, what different results might mean, and what the implications of those results might be in terms of how they might affect treatment. Genetic counseling is also useful to explain to patients what impacts if any, cardio genetic testing results might have on other immediate family members, especially children.

- Dr. Deo will testify that, as a treating physician, he is familiar with the importance of thoroughly documenting patients' medical charts. Dr. Deo will testify that the purpose of a medical chart is to document the patient encounter, record the information reviewed and document a future plan of care for the patient. Proper charting is vital to continued care of patients because health care providers see patients in episodes over a short period of time. When it comes to cardio genetic testing, patients' medical charting should thoroughly document the bases for ordering cardio genetic testing, which cardio genetic test was deployed, as well as contain information about how the decision to conduct genetic testing fits into the referring physician's treatment plan for the patient.

### 3. Specific Opinions about Cardio Genetic Testing in this Case

- Dr. Deo may also review documents produced to the defense and offer opinions on those documents based on his extensive relevant training and experience as described in his CV (see **Attachment A**).

- For example, Dr. Deo may offer opinions on the testing purportedly conducted on specific patients in this case, including opinions regarding whether testing of specific patients was medically appropriate, based on his experience and the principles discussed herein.

- Dr. Deo may also create or refer to summary exhibits.

The United States has provided Dr. Deo with requisition orders and associated documents for Medicare beneficiaries (including patient files received from PCPs), including documents identified by production Bates labels,[1] and other documents and records obtained through the investigation, all of which have been produced to you.  Dr. Deo may review other documents produced to the Defendant and offer opinions on those documents based on his extensive relevant training and experience as described in his CV and this Notice.

## B. Shauna Hull

The United States intends to call Shauna Hull, or another witness, to explain how Medicare works, Medicare's coverage for laboratory testing (including the cardio genetic testing conducted in this case), Medicare's coverage for telemedicine, the fact that Medicare does not cover claims based on kickbacks or bribes, the representations that providers, including owners of laboratories, must make to enroll with Medicare, and the claims submitted by the Defendant's laboratories to Medicare.  Ms. Hull is not being specifically compensated for her testimony in this case; instead, trial testimony is part of her ordinary duties as set forth below.

Ms. Hull has worked for several Medicare contractors primarily in fraud investigations. She is currently employed by Qlarant Quality Solutions ("Qlarant") and supports the Southwest Unified Program Integrity Contractor ("UPIC"). In her current role, Ms. Hull is responsible for support and education for federal law enforcement agencies, training and development of staff, outreach activities relating to fraud and abuse, and coordinating and sharing information with the Centers for Medicare and Medicaid Services

---

[1] Materials include Bates ranges: FLGT_AXIS_0003352, FLGT_AXIS_0007661 – FLGT_AXIS_0007663, FLGT_AXIS_0003652, FLGT_AXIS_0021665 – FLGT_AXIS_0021667, FLGT_AXIS_0003114, FLGT_AXIS_0022450 – FLGT_AXIS_0022452, FLGT_AXIS_0000676 – FLGT_AXIS_0000678, FLGT_AXIS_0005684 – FLGT_AXIS_00005685, FLGT_AXIS_0001890 – FLGT_AXIS_0001892, FLGT_AXIS_0005981 – FLGT_AXIS_0005982, FLGT_AXIS_0005639 – FLGT_AXIS_0005641, FLGT_AXIS_0007917 – FLGT_AXIS_0007919, FLGT_AXIS_0009324 – FLGT_AXIS_0009327, FLGT_AXIS_0010535 – FLGT_AXIS_0010536, FLGT_AXIS_0005747 – FLGT_AXIS_0005748, FLGT_AXIS_00014877 – FLGT_AXIS_0014879, FLGT_AXIS_0006642 – FLGT_AXIS_0006643, FLGT_AXIS_0015740 – FLGT_AXIS_0015742, FLGT_AXIS_0003073, FLGT_AXIS_0015743 – FLGT_AXIS_0015745, FLGT_AXIS_018533 – FLGT_AXIS_0018535, FLGT_AXIS_0022559 – FLGT_AXIS_0022561, FLGT_AXIS_0000026 – FLGT_AXIS_0000028, FLGT_AXIS_0019682 – FLGT_AXIS_0019684, FLGT_AXIS_0000868 – FLGT_AXIS_0000870, FLGT_AXIS_0018789 – FLGT_AXIS_0018791, FLGT_AXIS_0009094 – FLGT_AXIS_0009096, FLGT_AXIS_0018233 – FLGT_AXIS_0018235, FLGT_AXIS_0015487 – FLGT_AXIS_0015489, FLGT_AXIS_0018017 – FLGT_AXIS_0018019, DOJGRAYS_00032659 – DOJGRAYS_00032672, DOJGRAYS_00032682 – DOJGRAYS_00032725, DOJGRAYS_00032766, DOJGRAYS_00032775 – DOJGRAYS_00032802, DOJGRAYS_00053845 – DOJGRAYS_00053865, FLGT_AXIS_0004693 – FLGT_AXIS_0004694, FLGT_AXIS_005074 – FLGT_AXIS_0005075, FLGT_AXIS_0006157 – FLGT_AXIS_0006160, FLGT_AXIS_0006662 – FLGT_AXIS_0006665, FLGT_AXIS_0012342 – FLGT_AXIS_0012345.

("CMS"), other contractors, and law enforcement agencies. Ms. Hull has a decade of experience working with Medicare contractors. In addition, she has experience analyzing claims for payment to Medicare. In the course of her years in this industry, Ms. Hull has become familiar with Medicare's coverage for laboratory services and has overseen fraud investigations for Medicare contractors. She is also familiar with analyzing voluminous claims data. She has testified about Medicare and Medicare coverage in approximately nine federal criminal trials throughout Louisiana and Texas. Her CV is attached hereto as **Attachment B.**

In the last four years, Ms. Hull has testified in the following cases:
- November 2020, Beaumont, TX, No. 1:20-CR-33
- March 2022, Houston, TX, No. 4:17-cr-00197
- April 2022, Sherman, TX, No. 4:20-cr-358 ALM
- April 2022, Houston, TX, No. 4:19-cr-00633
- October 2022, Houston, TX, No. 4:20-cr-00619
- March 2023, Lafayette, LA, No. 6:21-cr-00312
- October 2023, New Orleans, LA, No. 2:21-cr-00098
- February 2024, Dallas, TX, No. 3:22-cr-00259-S
- February 2024, McAllen, TX, No. 7:22-cr-01311

Ms. Hull's opinions will be based on her knowledge, training, skill, and experience working with the Medicare program, including its rules and regulations, as well as her review and analysis of documents and claims data, which have been provided as discovery to the Defendant in this case.

The Government anticipates that Ms. Hull's testimony may cover the following topics and include the following opinions:

## 1. Background on Medicare

- Ms. Hull will testify that Medicare is a federally funded program that provides below-cost health care benefits to people age 65 years or older, the blind, and the disabled. The Centers for Medicare & Medicaid Services ("CMS"), a unit of the Department of Health and Human Services ("HHS") is responsible for the administration of Medicare. Ms. Hull will explain that individuals who receive benefits under Medicare are referred to as Medicare "beneficiaries." Beneficiaries are eligible to receive a variety of services, including hospital and physician services ("Part B"). Part B covers outpatient physician services, such as office visits, minor surgical procedures, and laboratory services, when certain criteria are met.

- Ms. Hull will explain what a claim for payment from Medicare is, and what must be included to submit a claim for payment from Medicare, including the following: (1) the claim must pertain to a patient who was properly enrolled as

a Medicare beneficiary; (2) the healthcare provider who furnished the services to the patient must be licensed in the state in which they practice and be properly enrolled with Medicare; (3) the services claimed must have been actually provided as reported on the claim; (4) the services claimed must be medically necessary and eligible for reimbursement under any applicable rules, regulations, or policies; and (5) the claim must be properly reported and properly documented with a supporting medical record.

- Ms. Hull will testify to the claims adjudication process, including the time in which Medicare processes claims and the extent to which claims are, or are not, reviewed by Medicare. She will testify that it is a physical impossibility for every claim to be reviewed before it is paid by Medicare. Instead, Medicare relies on the provider's representation that claims are true and accurate.

## 2. Medicare Enrollment and Form 855

- Ms. Hull will explain that "providers" include clinical laboratories, physicians, and other health care providers who provide services to beneficiaries. In order to bill Medicare, a provider must submit an enrollment application to Medicare. The enrollment application contains certification statements that the provider must agree to before enrolling with Medicare. Specifically, the certification statement sets forth, in part, that the provider agrees to abide by the Medicare laws, regulations, and program instructions, including the Federal Anti-Kickback Statute, and will not knowingly present or cause to be presented a false or fraudulent claim for payment by Medicare.

- Ms. Hull will explain the representations that providers make regarding their ownership and management structure.

- Ms. Hull will explain that Medicare providers receive a "provider number," which they use to file claims with, or "bill" Medicare to obtain reimbursement for services rendered to beneficiaries. When submitting claims to Medicare for reimbursement, providers certify that: (1) the contents of the forms are true, correct, and complete; (2) the forms are prepared in compliance with the laws and regulations governing Medicare; and (3) the services purportedly provided, as set forth in the claims, are medically necessary.

- Ms. Hull will discuss the Form 855s as well as other documentation submitted by the various clinical laboratories referenced in the Indictment, including representations contained within the forms as to providers' ownership, management, location(s), and promises made in those forms to comply with applicable rules and regulations and to not submit false claims.

### 3. Medicare's Coverage for Laboratory Testing

- Ms. Hull will testify that this case implicates claims submitted to Medicare for laboratory services, namely, genetic testing, including cardiovascular genetic ("cardio") tests.

- Ms. Hull will explain Medicare's reimbursement policies with respect to such testing, and he will testify that Medicare reimburses for the test at rates varying from approximately a few hundred dollars to several thousand dollars for a panel of tests. Ms. Hull will explain that Medicare does not pay for every potential medical service, and instead, many services are expressly excluded from coverage.

- Ms. Hull will testify that as a condition of Medicare payment, a physician or other Medicare provider must certify that the services performed were medically necessary as required by Title 42, United States Code, Section 1395n(a)(2)(B).

- Ms. Hull will testify that Medicare generally does not pay for "screening" tests, unless specifically covered by statute, which the genetic tests billed in this case were not. Rather, lab testing must be "reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member." 42 U.S.C. § 1395y(a)(1)(A); *see also* 42 C.F.R. § 411.15(a)(1); 42 C.F.R. § 410.10(e).

- Ms. Hull will explain that laboratory tests must also be ordered by the physician who is treating the beneficiary, that is, the physician who furnishes a consultation or treats a beneficiary for a specific medical problem and who uses the results of the test in the management of the beneficiary's specific medical problem. Ms. Hull will testify that Medicare does not cover genetic tests that are not ordered by the beneficiary's treating physician because CMS has determined that tests not ordered by the physician treating the beneficiary are not reasonable and necessary. *See* 42 C.F.R. § 410.32(a).

- Certain screening tests are exempted from the general exclusion from coverage, such as routine mammography or colonoscopy exams (among other routine screening exams). Ms. Hull will contrast routine screening tests expressly covered under statute from genetic testing billed in this case, which is not generally eligible for reimbursement by Medicare on the basis that such testing is not reasonable and not necessary.

- Ms. Hull will discuss and explain that Medicare publishes guidance regarding what services it does and does not cover in a variety of publications, including National Coverage Determinations ("NCDs") and Local Coverage Determinations ("LCDs"). Ms. Hull will discuss the applicable NCDs and LCDs

published in the relevant Medicare Administrative Contractor ("MAC") geographic jurisdictions, during the charged conspiracy.

- Even if a genetic test satisfies the applicable statutory and regulatory requirements above, the test must also satisfy applicable LCD coverage limitations. Ms. Hull will discuss the LCDs issued by the MACs for the relevant Medicare jurisdictions and their respective limitations of coverage of specific genetic tests as well as billing trends associated with the publication and implementation of certain LCDs and NCDs.

- Ms. Hull will also explain Medicare's rules related to providers' record-keeping requirements and requirements related to documenting medical necessity in the patient record. Specifically, Ms. Hull will explain that Medicare requires ordering/referring physicians to document medical necessity and other coverage for genetic testing. Medicare regulations require health care providers enrolled with Medicare to maintain complete and accurate patient medical records reflecting the medical assessment and diagnoses of their patients, as well as records documenting actual treatment of the patients to whom services were provided and for whom claims for payment were submitted by the physician.

### 4. Information Relied Upon By Ms. Hull

- To date, Ms. Hull has been provided the following records by the prosecution team to assist in her review, which have been provided to the defense in this case, in addition to publicly available statutes, regulations, and guidance, some of which is referenced herein:
    o Medicare enrollment records for the laboratories referenced in the Indictment in this case;
    o The Indictment in this case; and
    o Part B billing data for the laboratories referenced in the Indictment in this case and related to the Indictment in this case.

Ms. Hull may answer hypothetical questions drawn from the facts of this case regarding how Medicare coverage guidelines are applied in different scenarios. Further, Ms. Hull may summarize billing data in this case and testify regarding summaries under FRE 1006.

### C. **Marylee Robinson**

The anticipated testimony of witness Marylee Robinson, CFA/CFE, Managing Director, Stout Risius Ross, Inc., described below, is not expert in nature, pursuant to FRE 701 and 702, but the government is providing you with notice out of abundance of caution and should the defendant wish to address this issue pretrial.

Ms. Robinson has experience providing fraud and forensic accounting services in white collar cases, including the analysis and summarization of government payor healthcare claims, as well as the summarization of bank account activity. Her CV is attached as **Attachment C**. Ms. Robinson will testify as a fact witness regarding her review and summary of voluminous evidence, including claims data, bank records, and search warrant evidence, including reports from American Health Screening and other related entities. Ms. Robinson will summarize the voluminous contents of admissible documents, all of which has been previously provided to you in discovery. Ms. Robinson may also testify to tracing methodologies utilized to identify the fraudulent proceeds alleged in the Indictment, including specifically in Counts 7-9.

Stout is being compensated by the United States for its time in consulting and testifying in this case at a rate of $395/hour. In sending this notice regarding Ms. Robinson's anticipated testimony, the government does not contend or concede that it qualifies as expert testimony under Federal Rule of Evidence 702, 703, or 705, or that it implicates the disclosure requirements of Federal Rule of Criminal Procedure 16(a)(1)(G), Federal Rule of Evidence 702, or *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

Even if the anticipated testimony of Ms. Robinson is somehow deemed to be expert in nature (which the government does not believe it to be), the defense will not be at any disadvantage because the government is providing notice equivalent to that for expert testimony. *See* Federal Rule of Criminal Procedure 16(a)(1)(G) (requiring a written summary of any testimony that the government intends to use under FRE 702, 703, or 705, if requested by the defense). Further, the United States may choose not to attempt to elicit the testimony outlined in this Notice, but provides this information out of an abundance of caution in order to comply with the applicable rules.

\* \* \*

The United States provides further notice that this disclosure may be further supplemented to comply with Rule 16 or address issues that arise or new information that is provided in preparation for trial, including any additional opinions these witnesses may give.

Pursuant to Rule 16(b)(1)(C), please provide an initial written summary of any testimony that Defendant plans to use under Federal Rules of Evidence 702, 703, or 705 by November 22, 2024.

[Continued on the next page.]

Sincerely,

*/s/ Brynn A. Schiess*
BRYNN A. SCHIESS
Assistant Chief
GARY WINTERS
Acting Assistant Chief
Fraud Section, Criminal Division
U.S. Department of Justice
202-374-3484 (Schiess)
202-491-4181 (Winters)
Brynn.schiess@usdoj.gov
Gary.winters@usdoj.gov

UNIVERSITY OF PENNSYLVANIA - PERELMAN SCHOOL OF MEDICINE
Curriculum Vitae


Rajat Deo, MD, MTR

Address:                  Hospital of the University of Pennsylvania- Pavilion
                          Cardiac Electrophysiology Program
                          One Convention Avenue
                          Level 2/City Side
                          Philadelphia, PA 19104 USA


Education:
            1996    S.B.      Massachusetts Institute of Technology (Biology)
            2001    M.D.      University of Michigan Medical School (Internal Medicine)
            2011    M.T.R.    University of Pennsylvania, Perelman School of Medicine
                             (Masters of Science in Translational Research)


Postgraduate Training and Fellowship Appointments:
            2001-2002       Intern, Internal Medicine, University of Texas Southwestern
                            Medical Center (Parkland Hospital)
            2002-2004       Resident, Internal Medicine, University of Texas
                            Southwestern Medical Center (Parkland Hospital)
            2004-2006       Fellow, Cardiovascular Disease, University of California, San
                            Francisco
            2006-2008       Fellow, Cardiac Electrophysiology, Johns Hopkins Hospital


Faculty Appointments:
            2008-2009       Instructor, Medicine, University of Pennsylvania School of
                            Medicine
            2009-2018       Assistant Professor of Medicine (Cardiovascular Medicine),
                            University of Pennsylvania School of Medicine
            2018-present    Associate Professor of Medicine (Cardiovascular Medicine),
                            University of Pennsylvania School of Medicine


Hospital and/or Administrative Appointments:
            2020-present    Director, Penn Arrythmia Genetics Program, Penn Medicine


Other Appointments:
            2013-2014       Team Cardiologist, Philadelphia 76ers, Member of National
                            Basketball Association
            2013-present    Cardiologist, Department of Athletics, Penn Medicine


Specialty Certification:
            2004            American Board of Internal Medicine (Internal Medicine)
            2007            American Board of Internal Medicine (Cardiovascular
                            Disease)

Rajat Deo, MD, MTR                                                                                                  Page 2

|       |                                                                    |
|-------|--------------------------------------------------------------------|
| 2010  | American Board of Internal Medicine (Clinical Cardiac Electrophysiology) |

Licensure:

|       |                                        |
|-------|----------------------------------------|
| 2004  | California State Medical Licensure      |
| 2007  | Maryland State Medical Licensure        |
| 2008  | Pennsylvania State Medical Licensure    |

Awards, Honors and Membership in Honorary Societies:

|       |                                                                            |
|-------|----------------------------------------------------------------------------|
| 1995  | Burchard Scholar, Humanities Department, MIT                                |
| 1995  | Howard Hughes Research Fellowship                                           |
| 1996  | MIT Achievement Recognition (cumulative GPA 4.9/5.0)                        |
| 2002  | Runner-up, Clinical Vignette Presentation, American College of Physicians  |
| 2004  | Nominee, Outstanding Resident Teacher, University of Texas Southwestern Medical School |
| 2006  | Finalist, Young Investigators Award Competition, American College of Cardiology Foundation |
| 2006  | NIH Clinical Research Loan Repayment Program Award                          |
| 2007  | Finalist, Northwestern Cardiovascular YIA Forum                            |
| 2007  | First place, American Association of Cardiologists of Indian Origin, YIA Competition |
| 2008  | Clinical Translational Scientist Award/NIH sponsored K12                    |
| 2008  | NIH Loan Repayment Program Award - Renewal                                  |
| 2009  | Junior Investigator Pilot Grant Program Award, University of Pennsylvania School of Medicine |
| 2009  | McCabe Research Award for Clinical Research, University of Pennsylvania School of Medicine |
| 2009  | Kynett-FOCUS Junior Faculty Award for Research in Women's Cardiovascular Health, University of Pennsylvania School of Medicine |
| 2011  | Fellow of the American College of Cardiology                                |
| 2020  | Outstanding Reviewer for *Circulation*                                      |
| 2021  | Joan and Douglas P. Zipes Publication of the Year Award (by *Heart Rhythm*) |
| 2023  | Robert S. Post, MD, Distinguished Visiting Lectureship, Case Western Reserve University |

Memberships in Professional and Scientific Societies:

International:

| 2006-Present | Heart Rhythm Society (Member)                                                |
|--------------|-----------------------------------------------------------------------------|
| 2016-Present | Kidney Disease Improving Global Outcome (KDIGO) Arrhythmia Working Group. (Steering Committee Member) |

Rajat Deo, MD, MTR                                                                                     Page 3

| | |
|---|---|
| 2018-Present | Lancet Commission on Sudden Cardiac Death (international working group focused on identifying key areas for SCD prevention and cardiac arrest treatment) (Steering Committee Member) |

National:

| | |
|---|---|
| 2004-Present | American College of Cardiology (Fellow 2011-present) |
| 2004-Present | American Heart Association (Member) |
| 2015-Present | American Heart Association (Member) |
| 2016-2020 | NHLBI - Sudden Cardiac Death Prevention Working Group (Member) |
| 2017-Present | EMPA-KIDNEY (Steering Committee Member) |
| 2019-Present | American Heart Association Innovative Project Award  (Review Committee) |
| 2021-2022 | Temporary Member, NIH Cancer, Heart and Sleep Epidemiology Study Section |
| 2022-Present | NIH Cardiovascular and Respiratory Diseases Study Section  (Member) |
| 2021-Present | 2024 Heart Rhythm Society Expert Consensus Statement on Arrhythmias in the Athlete (Writing committee member) |

Editorial Positions:

| | |
|---|---|
| 2006-Present | Reviewer for *American Journal of Cardiology* |
| 2007-Present | Reviewer for *Hypertension* |
| 2009-Present | Reviewer for *Circulation* |
| 2009-Present | Reviewer for *Heart Rhythm* |
| 2009-Present | Reviewer for *Journal of the American Society of Nephrology* |
| 2009-Present | Reviewer for *Journal of Interventional Cardiac Electrophysiology* |
| 2009-Present | Reviewer for *Journal of Cardiovascular Electrophysiology* |
| 2009-Present | Reviewer for *American Heart Journal* |
| 2010-Present | Reviewer for *Circulation:  Cardiovascular Quality and Outcomes* |
| 2011-Present | Reviewer for *Archives of Internal Medicine* |
| 2011-Present | Reviewer for *Journal of the American College of Cardiology* |
| 2011-Present | Reviewer for *Journal of the Renin Angiotensin Aldosterone System* |
| 2012-Present | Reviewer for *Circulation Journal* |
| 2012-Present | Reviewer for *Clinical Journal of the American Society of Nephrology* |
| 2012-Present | Reviewer for *Journal of Translational Medicine* |
| 2013-Present | Reviewer for *European Heart Journal* |
| 2014-Present | Reviewer for *JAMA Internal Medicine* |
| 2014-Present | Reviewer for *American Journal of Kidney Diseases* |
| 2014-Present | Reviewer for *Heart* |
| 2015-Present | Reviewer for *Annals of Internal Medicine* |

Rajat Deo, MD, MTR                                                                                        Page 4

| | | |
|---|---|---|
| 2016-Present | Reviewer for *JAMA Cardiology* | |
| 2016-Present | Reviewer for *Journal of the American Medical Association* | |
| 2018-Present | Reviewer for *Annals of Internal Medicine* | |
| 2020-Present | Editorial Board for *Circulation* | |
| 2020-Present | Editorial Board for *Heart Rhythm O2* | |
| 2024-Present | Reviewer for *New England Journal of Medicine* | |

Academic and Institutional Committees:

| | |
|---|---|
| 2008-2010 | Member, Institutional Review Board, University of Pennsylvania |

Major Academic and Clinical Teaching Responsibilities:

| | |
|---|---|
| 1994 | Chairman, Tutorial Services, Undergraduate Biology Program, Massachusetts Institute of Technology |
| 2000-2001 | Biochemistry Section Leader, first year medical students, University of Michigan Medical School |
| 2003-2004 | Resident Instructor, Introduction to Clinical Medicine, second year medical students, University of Texas Southwestern Medical School |
| 2003-2004 | Instructor, USMLE I preparatory course, University of Texas Southwestern Medical School |
| 2004-2006 | Instructor (Cardiovascular), third and fourth year medical students, University of California, San Francisco School of Medicine |
| 2005 | Clinical Instructor (small group), first year medical students, University of California, San Francisco School of Medicine |
| 2005 | Small group clinical instructor to first year medical students, University of California, San Francisco School of Medicine |
| 2007-2008 | Established and participate in weekly Electrophysiology Teaching Conference, Johns Hopkins Hospital |
| 2008-present | Faculty for Electrophysiology Case Review Sessions |
| 2008-present | Faculty for Electrocardiogram Interpretation Sessions |
| 2008-present | Faculty Discussant for General Cardiology Journal Club Meetings |
| 2011-present | Lecture to Penn School of Medicine Fourth Year Medical Students "Sudden Cardiac Death in Heart Failure" for the Frontiers: Pathophysiological Basis of Heart Failure Therapy Course |
| 2012-2020 | Lecture to Penn School of Engineering Students BE301 Signals & Systems; Topic "Electrocardiography" |
| 2019 | "Role of Genetic Testing in Arrhythmic Disorders" Faculty for the State-of-the-Art Arrhythmia Symposium, University of Pennsylvania, Philadelphia, PA |
| 2019 | "Racial Differences in Sudden Cardiac Death" Faculty for International Ventricular Tachycardia Symposium, Philadelphia, PA |
| 2021 | "Sudden Cardiac Death in HFpEF - Beyond EF" - Faculty for the UPENN HFpEF Symposium, Philadelphia, PA |
| 2021 | "ECG Identification of Genetically Linked Arrhythmia Syndromes and VT/VF Risk." Josephson Keynote ECG Lecture, Faculty for the State-of-the-Art Arrhythmia Symposium, University of Pennsylvania, Philadelphia, PA |

Lectures by Invitation:

| | |
|---|---|
| Jun, 2002 | "Megestrol Acetate-Induced Adrenal Insufficiency", American College of Physicians/American Society of Internal Medicine, Regional Competition Clinical Vignette Competition, Dallas, TX |
| Oct, 2002 | "Pre-Treatment with Calcium Channel Blockers Improves Microcirculatory Function after Fibrinolytic Therapy", Pathways to Heart Failure poster presentation, University of Texas Southwestern Cardiovascular Symposium |
| Oct, 2003 | "Correlating Plasma Levels of Monocyte Chemoattractant Protein-1 with Traditional Cardiovascular Risk Factors and Subclinical Atherosclerosis", Pathways to Heart Failure poster presentation, University of Texas Southwestern Cardiovascular Symposium |
| Sep, 2004 | "Association between Plasma Levels of Monocyte Chemoattractant Protein-1 with Traditional Cardiovascular Risk Factors and Subclinical Atherosclerosis", American Heart Association (AHA) Western States Affiliate, Young Investigators Forum, Palo Alto, CA |
| Nov, 2007 | "Risk Stratification for Sudden Cardiac Death," Lecture, Cardiac Electrophysiology Meeting, Cornell University Medical Center, New York, NY |
| Dec, 2007 | "Kidney Dysfunction and Sudden Cardiac Death," Lecture, Cardiac Electrophysiology Morning Conference, University of Pennsylvania, Philadelphia, PA |
| Jan, 2008 | "Noninvasive Predictors of Sudden Cardiac Death," Special Lecture, University of Michigan Medical School, Ann Arbor, MI |
| Jan, 2008 | "Kidney Dysfunction and Sudden Cardiac Death," Cardiology Grand Rounds, University of Utah, Salt Lake City, UT |
| May, 2008 | "The Role of ICD's in Patients with End Stage Renal Disease," Faculty for the Hearth Rhythm Society's Annual Scientific Sessions, San Francisco, CA |
| Sep, 2009 | "Risk Stratification Post MI - Moving Beyond Low Ejection Fraction," Faculty for the State of the Art Arrhythmia Symposium, University of Pennsylvania, Philadelphia, PA |
| Apr, 2010 | "Managed Care's Role of Stroke Prevention and Anticoagulation in Managing Atrial Fibrillation Patients," Invited speaker at Spring Managed Care Forum, Richmond, VA |
| Sep, 2010 | "Risk Stratification for SCD in hypertrophic cardiomyopathy," Invited speaker at State of the Art Arrhythmia Symposium, University of Pennsylvania, Philadelphia, PA |
| Apr, 2011 | Chair of "Sudden Cardiac Death Risk Stratification" Session, Faculty for American College of Cardiology's Scientific Sessions, Atlanta, GA |
| May, 2011 | "Risk Factor and Prediction Modeling for Sudden Cardiac Death," Invited Speaker at Cardiology Grand Rounds, University of Pennsylvania, Philadelphia, PA |
| May, 2011 | Chair of "Novel Risk Factors for Sudden Cardiac Death", Faculty |

Rajat Deo, MD, MTR                                                                                        Page 6

|  | for Heart Rhythm Society's Annual Scientific Sessions, San Francisco, CA |
|---|---|
| May, 2011 | Chair of "Identifying Arrhythmic Risk and Indications for ICD Therapy", Faculty for Heart Rhythm Society's Annual Scientific Sessions, San Francisco, CA |
| Sep, 2011 | "Genetics for the Electrophysiologist," Invited Speaker at the State of the Art Arrhythmia Symposium, University of Pennsylvania, Philadelphia, PA |
| May, 2012 | "ECG Localization of the Site of orgin of Idiopathic PVC's and VT: What Have We Learned?," Invited Speaker at the Heart Rhythm Society's Annual Scientific Sessions, Boston, MA |
| May, 2012 | "Cardiac Arrhythmias in the Psychiatric Patient: What to Know and How to Treat?," Invited speaker at the American Psychiatric Association's Annual Meeting, Philadelphia, PA |
| Nov, 2012 | "Risk Stratification: Development of a Risk Score for Sudden Cardiac Death", Invited Speaker at the American Heart Association's Annual Scientific Sessions, Los Angeles, CA |
| May, 2013 | "Sudden Cardiac Death, Arrhythmias and Potential Interventions in Chronic Kidney Disease", Invited Keynote Lecture at the Danish Nephrology Society, Horsens, Denmark |
| May, 2013 | Chair of "Predicting Arrhythmic Events: Novel Mechanisms and Methods", Faculty for Heart Rhythm Society's Annual Scientific Sessions, Denver, CO |
| Sep, 2013 | "Sudden Cardiac Death, Arrhythmias, and Potential Interventions in Chronic Kidney Disease", Invited Speaker at Cardiology Grand Rounds, Washington Hospital Center, Washington, DC |
| Nov, 2013 | Chair and Faculty Discussant, "Epidemiology of Atrial Fibrillation and Sudden Death", Faculty for American Heart Association's Annual Scientific Sessions, Dallas, TX |
| Nov, 2013 | Poster Moderator, "Epidemiology of Atrial Fibrillation and Sudden Cardiac Death", Faculty for American Heart Association's Annual Scientific Sessions, Dallas, TX |
| May, 2014 | "Genetic Testing: Who needs it and what do I do with the results?" Invited Speaker at the Heart Rhythm Society's Annual Scientific Sessions, San Francisco, CA |
| May, 2014 | Chair of "Identifying and Treating Arrhythmias in Kidney Disease," Faculty for Heart Rhythm Society's Scientific Sessions, San Francisco, CA |
| Nov, 2014 | Chair of "Novel Risk Ractors for Atrial Fibrillation," Faculty for American Heart Association's Scientific Sessions, Chicago, IL |
| Nov, 2014 | Chair of "Nonsustained Ventricular Tachycardia: New Insights for Risk Stratification and Management", Faculty for American Heart Association's Annual Scientific Sessions, Chicago, IL |
| Nov, 2014 | "Prevention and Management of Nonvalvular Atrial Fibrillation", Invited Speaker at American Heart Association's Annual Scientific Sessions, Chicago, IL |

| | |
|---|---|
| May, 2015 | "Clinical Triad: Anticoagulants Update - What the Internist Needs to Know,"American College of Physician's Internal Medicine Meeting, Boston, MA |
| Sep, 2015 | "Influence of Renal Dysfunction on Arrhythmia Management," Faculty for the State-of-the-Art Arrhythmia Symposium, University of Pennsylvania |
| Oct, 2015 | "Electrophysiology for the General Cardiology Fellow: Things you need to know for the National Boards and Clinical Practice," Faculty for the PENNSYLVANIA ACC Fellow-In-Training Educational Conference, Philadelphia, PA |
| Nov, 2015 | Chair of "New epidemiology in old Atrial Fibrillation," American Heart Association's Annual Scientific Sessions, Orlando, FL |
| Feb, 2016 | "Anticoagulation for Atrial Fibrillation: Real World Evidence for the Novel Oral Anticoagulants," Faculty for CADECI (Annual Congress of Interventional Cardiology), Guadalajara, Mexico |
| May, 2016 | "Sudden Cardiac Death Prevention Working Group," NHLBI, Bethesda, MD |
| Oct, 2016 | "Kidney Disease: Improving Global Outcomes (KDIGO) Chronic Kidney Disease and Arrhythmia Conference, Berlin, Germany |
| Mar, 2017 | "Atrial Fibrillation: A Self-Assessment Session," American College of Cardiology's Annual Scientific Sessions, Washington DC |
| May, 2017 | "Current Clinical Practice in the Context of Real World Data:  State of the Art Strategies to Predict and Prevent Sudden Cardiac Death;" Heart Rhythm Society's Annual Scientific Sessions, Chicago, IL |
| Feb, 2018 | Cardiology Grand Rounds "Arrhythmia Risk: A Population-Based Perspective," Montefiore Medical Center / Albert Einstein College of Medicine, New York, NY |
| Nov, 2017 | Moderator for "The Role of Genetics in Cardiac Arrest and Trauma," American Heart Association's Annual Scientific Sessions, Anaheim, CA |
| Mar, 2018 | "Atrial Fibrillation Self-Assessment Session," Faculty for American College of Cardiology's Annual Scientific Sessions, Orlando, FL |
| May, 2018 | "Risk Stratification for Sudden Cardiac Death - is there anything beyond EF?" Heart Rhythm Society's Annual Scientific Sessions, Boston, MA |
| May, 2018 | "Risk Stratification for Sudden Cardiac Death - Is there anything beyond EF?" Faculty for Heart Rhythm Society's Annual Scientific Sessions, Boston, MA |
| Sep, 2018 | "What's New in Atrial Fibrillation Epidemiology?" Faculty for the State-of-the-Art Arrhythmia Symposium, University of Pennsylvania, Philadelphia, PA |
| Apr, 2019 | Cardiology Grand Rounds, "Arrhythmia Risk: Perspectives from the Intersection of Electrophysiology and Population Science," Temple Heart & Vascular Institute, Philadelphia, PA. |
| May, 2019 | Lecture, "Racial Differences in Sudden Cardiac Death Risk" in the Session: Sudden Cardiac Death Risk Assessment in the Population. |

|         |         |
|---------|---------|
|         | Faculty for Heart Rhythm Society's Annual Scientific Sessions, San Francisco, CA |
| May, 2019 | Lecture, "Explaining Differences in SCD in Blacks and Whites" in the Session: Diversifying Arrhythmias.  Faculty for Heart Rhythm Society's Annual Scientific Sessions.  San Francisco, CA |
| May, 2019 | Lecture, "Explaining Differences in SCD in Blacks and Whites," Faculty for Heart Rhythm Society's Annual Scientific Sessions, San Francisco, CA |
| May, 2019 | Lecture, "Racial Differences in Sudden Cardiac Death Risk," Faculty for Heart Rhythm Society's Annual Scientific Sessions, San Francisco, CA |
| Nov, 2019 | "Featured Science in Electrophysiology", Moderator and Discussant. American Heart Association's Annual Scientific Sessions, Philadelphia, PA |
| Aug, 2020 | "New Risk Factors for SCD and How to Monitor these Patients?" Keynote Lecture for Indian Heart Rhythm Society, Virtual meeting |
| Jul, 2021 | Lecture, "COVID-19 and Cardiac Arrhythmias: New Approaches to Managing Cardiac Arrhythmias."  Faculty for Heart Rhythm Society's Annual Scientific Sessions, Boston, MA |
| Jul, 2021 | Lecture, "NICM and ICDs:  What we learned from the DANISH trial?" Faculty for Heart Rhythm Society's Annual Scientific Sessions, Boston, MA |
| Oct, 2022 | Lecture, "COVID-19 and cardiac arrhythmias" Faculty for International Ventricular Tachycardia Symposium, New York |
| Mar, 2023 | "Return-to-play for Elite Level Athletes with Sudden Cardiac Death Predisposing Genetic Heart Disease." Discussant at Late Breaking Clinical Trials, Faculty for American College of Cardiology's Annual Scientific Sessions,  New Orleans, LA |
| May, 2023 | Lecture, "Why are race and ethnicity important to consider for understanding SCD risk prediction?"  Faculty for Heart Rhythm Society's Annual Scientific Sessions, New Orleans, LA |
| Apr, 2024 | Moderator, "EP Questions in Population Science," Faculty for American College of Cardiology's Annual Scientific Sessions, Atlanta, GA |

Organizing Roles in Scientific Meetings:

|         |         |
|---------|---------|
| May, 2016 | Steering Committee Member for NHLBI, Sudden Cardiac Death Prevention Working Group Meeting; Bethesda, MD |
| Oct, 2016 | Steering Committee Member for Kidney Disease: Improving Global Outcomes (KDIGO) Chronic Kidney Disease and Arrhythmia Conference; Berlin, Germany |
| Oct, 2019 | Steering Committee Member for Kidney Disease: Improving Global Outcomes (KDIGO) Chronic Kidney Disease and Cardiovascular Disease; Mexico City, Mexico |
| Nov, 2019 | Steering Committee Member; Consensus Conference on Improving Cardiovascular Disease Care in Solid Organ Transplant Recipients; |

Rajat Deo, MD, MTR                                                    Page 9

Washington DC

Bibliography:

Research Publications, peer reviewed (print or other media):

1. Romero EE, **Deo R**, Velazquez-Estades LJ, Roth DA: Cloning, structural organization, and transcriptional activity of the rat vitamin K-dependent gamma-glutamyl carboxylase gene. Biochem Biophys Res Commun 248(3): 783-788, July 1998.

2. Romero EE, Velásquez-Estades lF, **Deo R**, Schapiro B, and Roth DA: Cloning of rat vitamin K-dependent gamma-glutamyl carboxylase and developmentally regulated gene expresión in implanted embryos. Exp Cell Res 243(2): 334-46, Sep 1998.

3. **Deo R**, Khera A, McGuire DK, Murphy SA, Meo Neto J, Morrow DA, de Lemos JA: Association among plasma levels of monocyte chemoattractant protein-1, traditional cardiovascular risk factors, and subclinical atherosclerosis. J Am Coll Cardiol 44(9): 1812-1818, Nov 2004.

4. **Deo R**, Wassel Fyr CL, Angleman S, Green C, Harris TB, Fried LF, Newman AB, Kritchevsky SB, Chertow GM, Cummings SR, Shlipak MG: Kidney dysfunction and fatal cardiovascular disease - an association independent of atherosclerotic events: Results from the Health, Aging, and Body Composition (Health ABC) study. Am Heart J 155(1): 62-68, Jan 2008.

5. **Deo R**, Lin F, Vittinghoff E, Tseng ZH, Hulley S, Shlipak MG: Kidney Dysfunction and Sudden Cardiac Death among Women with Coronary Heart Disease. Hypertension 51(6): 1578-1582, Jun 2008.

6. **Deo R**, Shlipak MG, Ix JH, Ali S, Schiller NB, Whooley MA: Association of Cystatin C with Ischemia in Patients with Coronary Heart Disease. Clin Cardiol 32(11): E18-22, Nov 2009. PMCID: PMC2818322

7. **Deo R**, Katz R, Kestenbaum B, Fried L, Sarnak MJ, Psaty BM, Siscovick DS, Shlipak MG: Impaired kidney function and atrial fibrillation in elderly subjects. J Card Fail 16(1): 55-60, Jan 2010. PMCID: PMC2818049

8. **Deo R**, Sotoodehnia N, Katz R, Sarnak M, Fried LF, Chonchol M, Kestenbaum B, Psaty B, Siscovick D, Shlipak MG: Cystain C and Sudden Cardiac Death Risk in the Elderly. Circ Cardiovasc Qual Outcomes 3(2): 159-164, Mar 2010. PMCID: PMC2871673

9. Hennessy S, Leonard CE, Freeman CP, **Deo R**, Newcomb C, Kimmel SE, Strom BL, Bilker WB: Validation of diagnostic codes for outpatient-originating sudden cardiac death and ventricular arrhythmia in Medicaid and Medicare claims data. Pharmacoepidemiol Drug Saf 19(6): 555-562, Jun 2010. PMCID: PMC2924585

10. Marcus GM, Alonson A, Peralta CA, Lettre G, Vittinghoff E, Lubitz SA, Fox ER, Levitzky YS, Mehra R, Kerr KF, **Deo R**, Sotoodehnia N, Akylbekova M, Ellinor PT, Paltoo DN, Soliman EZ, Benjamin EJ, Heckbert SR: European ancestry as a risk factor for atrial fibrillation in African Americans. <u>Circulation</u> 122(20): 2009-2015, Nov 2010. PMCID: PMC3058884

11. Smith JG, Magnani JW, Palmer C, Meng YA, Soliman EZ, Musani SK, Kerr KF, Schnabel RB, Lubitz SA, Sotoodehnia N, Redline S, Pfeufer A, Müller M, Evans DS, Nalls MA, Liu Y, Newman AB, Zonderman AB, Evans MK, **Deo R**, Ellinor PT, Paltoo DN, Newton-Cheh C, Benjamin EJ, Mehra R, Alonso A, Heckbert SR, Fox ER.: Genome-wide association studies of the PR interval in African Americans. <u>PLoS Genet</u> 7(2): e1001304. doi: 10.1371/journal.pgen.1001304, Feb 2011. PMCID: PMC3037415

12. Anter E, Hutchinson MD, **Deo R**, Haqqani HM, Callans DJ, Gerstenfeld EP, Garcia F, Bala R, Lin D, Riley MP, Litt H, Woo JY, Acker MA, Szeto WY, Zado ES, Marchlinski FE, Dixit S: Surgical Ablation of Refractory Ventricular Tachycardia in Patients with Nonischemic Cardiomyopathy. <u>Circ Arrhythm Electrophysiol</u> 4(4): 494-500, Aug 2011.

13. Bala R, Ren JF, Hutchinson MD, Desjardins B, Tschabrunn C, Gerstenfeld EP, **Deo R**, Dixit S, Garcia FC, Cooper J, Lin D, Riley MP, Tzou WS, Verdino R, Epstein AE, Callans DJ, Marchlinski FE: Assessing Epicardial Substrate Using Intracardiac Echocardiography During VT Ablation. <u>Circ Arrhythm Electrophysiol</u> 4(5): 667-673, Oct 2011. PMCID: PMC3220997

14. **Deo R**, Vittininghoff E, Lin F, Tseng ZH, Hulley SB, Shlipak MG: Risk Factor and Prediction Modeling for Sudden Cardiac Death in Women with Coronary Artery Disease <u>Arch Intern Med</u> 171(19): 1703-1709, Oct 2011. PMCID: PMC3547327

15. Schnabel RB, Kerr KF, Lubitz SA, Alkylbekova EL, Marcus GM, Sinner MF, Magnani JW, Wolf PA, **Deo R**, Lloyd-Jones DM, Lunetta KL, Mehra R, Levy D, Fox ER, Arking DE, Mosley TH, Müller-Nurasyid M, Young TR, Wichmann HE, Seshadri S, Farlow DN, Rotter JI, Soliman EZ, Glazer NL, Wilson JG, Breteler MM, Sotoodehnia N, Newton-Cheh C, Kääb S, Ellinor PT, Alonso A, Benjamin EJ, Heckbert SR.: Large-Scale Candidate Gene Analysis in Whites and African-Americans idenitifies IL6R Polymorphism in Relation to Atrial Fibrillation: The NHLBI CARe Project. <u>Circ Cardiovasc Genet</u> 4(5): 557-564, Oct 2011.

16. **Deo R**, Shlipak MG, Katz R, Sotoodehnia N, Psaty BM, Sarnak MJ, Fried LF, Chonchol M, deBoer I, Enquobahrie D, Siscovick D, Kestenbaum B: Vitamin D, Parathyroid Hormone, and Sudden Cardiovascular Death: the Cardiovascular Health Study. <u>Hypertension</u> 58(6): 1021-1028, Dec 2011. PMCID: PMC3337033

17. Tzou WS, Zado ES, Lin D, Callans DJ, Dixit S, Cooper JM, Bala R, Garcia F, Hutchinson MD, Riley MP, **Deo R**, Gerstenfeld EP, Marchlinski FE: Sinus

Rhythm ECG Criteria Associated with Basal-Lateral Ventricular Tachycardia Substrate in Pateints with Nonischemic Cardiomyopathy. <u>J Cardiovasc Electrophysiol</u> 22(12): 1351-1358, Dec 2011.

18. **Deo R**, Albert CM: Epidemiology and genetics of sudden cardiac death. <u>Circulation</u> 125(4): 620-637, Jan 2012. PMCID: PMC3399522

19. Frankel DS, Mountantonakis SE, Zado ES, Anter E, Bala R, Cooper JM, **Deo R**, Dixit S, Epstein AE, Garcia FC, Gerstenfeld EP, Hutchinson MD, Lin D, Patel VV, Riley MP, Robinson MR, Tzou WS, Verdino RJ, Callans DJ, Marchlinski FE: Noninvasive programmed ventricular stimulation early after ventricular tachycardia ablation to predict risk of late recurrence. <u>J Am Coll Cardiol</u> 59(17): 1529-1535, Apr 2012.

20. Tomson TT, Kapa SJ, Bala R, Riley MP, Lin D, Epstein AE, **Deo R**, Dixit S: Risk of stroke and atrial fibrillation after radiofrequency catheter ablation of typical atrial flutter. <u>Heart Rhythm</u> 9(11): 1779-1784, Nov 2012.

21. Butler AM, Yin X, Evans DS, Nalls MA, Smith EN, Tanaka T, Li G, Buxbaum, Whitsel EA, Alonso A, Arking DE, Benjamin EJ, Berenson GS, Bis JC, Chen W, **Deo R**, Ellinor PT,Heckbert SR, Heiss G, Hsueh W-C, Keating BJ, Kerr KF, Li Y, Limacher M, Liu Y, Lubitz SA, Marciante KD, Mehra R, Men YA, Newman AB, Newton-Cheh C, North KE, Palmer CD, Psaty BM, Quibrera PM, Redline S, Reiner AP, Rotter JI, Schnabel RB, Schork NJ, Singleton AB, Smith JG, Soliman EZ, Srinivasan SR, Zhang Z-M, Zonderman AB, Ferrucci L, Murray SS, Evans MK, Sotoodehnia N, Magnani JW, Avery CL.: Novel loci associated with PR interval in a genome-wide Association Study of ten African American cohorts. <u>Circ Cardiovasc Genet</u> 5(6): 639-646, Dec 2012. PMCID: PMC3560365

22. Mathew J, Katz R, St. John Sutton M, Dixit S, Gerstenfeld Ed, Ghio S, Gold M, Linde C, Shlipak M, **Deo R**.: Chronic Kidney Disease and Cardiac Remodeling in Patients with Mild Heart Failure: Results from the Resynchronization Reverses Remodeling in Systolic Left Ventricular Dysfunction (REVERSE) study. <u>Eur J Heart Fail</u> 14(12): 1420-1428, Dec 2012. PMCID: PMC3506959

23. Moss JD, Gerstenfeld EP, **Deo R**, Hutchinson MD, Callans DJ, Marchlinski FE, Dixit S: ECG criteria for accurate localization of left anterolateral and posterolateral accessory pathways. <u>Pacing Clin Electrophysiol</u> 35(12): 1444-1450, Dec 2012.

24. Magnani JW, Wang N, Nelson KP, Connelly S, **Deo R**, Rodondi N, Schelbert Erik B, Garcia ME, Phillips CL, Shlipak MG, Harris TB, Ellinor PT, Benjamin EJ: Electrocardiographic PR Interval and Adverse Outcomes in Older Adults: the Health, Aging and Body Composition Study. <u>Circ Arrhythm Electrophysiol</u> 6(1): 84-90, Feb 2013. PMCID: PMC3613778

25. **Deo R**, Nalls MA, Avery CL, Gustav SJ, Evans DS, Keller MF, Butler AM,

Buxbaum SG, Guo LP, Miguel QP, Smith EN, Tanaka T, Akylbekova EL, Alonso A, Arking DE, Benjamin EMJ, Berenson GS, Bis JC, Chen LY, Chen W, Cummings SR, Ellinor PT, Evans MK, Ferrucci L, Fox ER, Heckbert SR, Heiss G, Hsueh W, Kerr KF, Limacher MC, Liu Y, Lubitz SA, Magnani JW, Mehra R, Marcus G M, Murray SS, Newman AB, Njajou O, North KE, Paltoo DN, Psaty BM, Redline SS, Reiner AP, Robinson JG, Rotter JI, Samdarshi TaE, Schnabel RB, Schork NJ, Singleton AB, Siscovick , Soliman EZ, Sotoodehnia N, Srinivasan SR, Taylor Herman A, Trevisan M, Zhang Z, Zonderman , Newton-Cheh C, Whitsel EA: Common genetic variation near the Connexin-43 gene is associated with resting heart rate in African Americans: A Genome-wide Association Study of 13,372 participants. <u>Heart Rhythm</u> 10(3): 401-408, Mar 2013.

26. Ky B, Shults J, Keane MG, Sutton M, Wolf M, Feldman HI, Reese PP, Anderson CA, Townsend RR, **Deo R**, Lo J, Gadegbeku C, Carlow D, Sulik MJ, Leonard MB: FGF23 modifies the relationship between vitamin D and cardiac remodeling. <u>Circ Heart Fail</u> 6(4): 817-824, Jul 2013. PMCID: PMC3867268

27. Kapa S, Epstein AE, Callans DJ, Garcia FC, Lin D, Bala R, Riley MP, Hutchinson MD, Gerstenfeld EP, Tzou W, Marchlinski FE, Frankel DS, Cooper JM, Supple G, **Deo R**, Verdino RJ, Patel VV, Dixit S: Assessing arrhythmia burden after catheter ablation of atrial fibrillation using an implantable loop recorder: the ABACUS study. <u>J Cardiovasc Electrophysiol</u> 24(8): 875-881, Aug 2013.

28. Hussein AA, Gottdiener JS, Bartz T M, Sotoodehnia N, DeFilippi C, See V, **Deo R**, Siscovick D, Stein PK, Lloyd-Jones D: Inflammation and sudden cardiac death in a community-based population of older adults: The Cardiovascular Health Study. <u>Heart Rhythm</u> 10(10): 1425-1432, Oct 2013.

29. Hussein AA, Gottdiener JS, Bartz TM, Sotoodehnia N, DeFilippi C, Dickfeld T, **Deo R**, Siscovick D, Stein PK, Lloyd-Jones D: Cardiomyocyte injury assessed by a highly sensitive troponin assay and sudden cardiac death in the community: the Cardiovascular Health Study. <u>J Am Coll Cardiol</u> 62(22): 2112-2120, Dec 2013. PMCID: PMC4157919

30. Carballeira PL, Deyell MW, Frankel DS, Benhayon D, Squara F, Chik W, Kohari M, **Deo R**, Marchlinski FE: Ventricular premature depolarization QRS duration as a new marker of risk for the development of ventricular premature depolarization-induced cardiomyopathy. <u>Heart Rhythm</u> 11(2): 299-306, Feb 2014.

31. Aldhoon B, Frankel DS, Hutchinson MD, Callans DJ, Epstein AE, Dixit S, Riley MP, Lin D, Garcia FC, Supple GE, Cooper JM, Bala R, **Deo R**, Zado ES, Marchlinski FE: Unipolar voltage abnormality is associated with greater left ventricular dysfunction in ischemic cardiomyopathy. <u>J Cardiovasc Electrophysiol</u> 25(3): 293-298, Mar 2014.

32. Bansal N, Hyre AA, Yang W, Christenson RH, DeFilippi CR, **Deo R**, Dries DL, Go AS, He J, Kusek JW, Lash JP, Raj D, Rosas S, Wolf M, Zhang X, Shlipak MiG, Feldman HI: High-Sensitivity Troponin T and N-Terminal Pro-B-Type Natriuretic Peptide (NT-proBNP) and Risk of Incident Heart Failure in Patients with CKD: The Chronic Renal Insufficiency Cohort (CRIC) Study. J Am Soc Nephrol 26(4): 946-956, April 2014 Notes:  PMCID: PMC4378105

33. Kini V, Soufi MK, **Deo R**, Epstein AE, Bala R, Riley M, Groeneveld PW, Shalaby A, Dixit S: Appropriateness of primary prevention implantable cardioverter-defibrillators at the time of generator replacement: are indications still met? J Am Coll Cardiol 63(22): 2388-2394, Jun 2014.

34. **Deo R**, Yang W, Khan AM, Bansal N, Zhang X, Leonard Mb, Keane MG, Soliman EZ, Steigerwalt S, Townsend RR, Shlipak MG, Feldman HI: Serum aldosterone and death, end-stage renal disease, and cardiovascular events in blacks and whites: findings from the Chronic Renal Insufficiency Cohort (CRIC) Study. Hypertension 64(1): 103-110, Jul 2014. PMCID: PMC4089190

35. Mathew JS, Sachs MC, Katz R, Patton KK, Heckbert SR, Hoofnagle AN, Alonso A, Chonchol M, Deo **R**, Ix JH, Siscovick DS, Kestenbaum B, De Boer IH: Fibroblast growth factor-23 and incident atrial fibrillation: the Multi-Ethnic Study of Atherosclerosis (MESA) and the Cardiovascular Health Study (CHS). Circulation 130(4): 298-307, Jul 2014. PMCID: PMC4108550

36. Adabag S, Huxley RR, Lopez FL, Chen LY, Sotoodehnia N, Siscovick D, **Deo R**, Konety S, Alonso A, Folsom AR: Obesity related risk of sudden cardiac death in the Atherosclerosis Risk in Communities Study. Heart  101(3): 215-221, Feb 2015. PMCID: PMC4791977

37. **Deo R**, Shou H, Soliman EZ, Yang W, Arkin JM, Zhang X, Townsend RR, Go AS, Shlipak MG, Feldman HI: Electrocardiographic Measures and Prediction of Cardiovascular and Non-cardiovascular Death in CKD. J Am Soc Nephrol 27(2): 559-569, Feb 2015. PMCID: PMC4731112

38. Mathew JS, Leary PJ, Bansal N, **Deo R**, Lima JA, Siscovick DS, Kestenbaum B, Kawut SM, de Boer IH: Mineral Metabolism and the Right Ventricle: The Multi-Ethnic Study of Atherosclerosis (MESA). Am J Kidney Dis 65(3): 521-523, Mar 2015. PMCID: PMC4377296

39. **Deo R**, Katz R, De Boer IH, Sotoodehnia N, Kestenbaum B, Mukamal KJ, Chonchol M, Sarnak MJ, Siscovick D, Shlipak MG, Ix JH: Fibroblast Growth Factor 23 and Sudden Versus Non-sudden Cardiac Death: the Cardiovascular Health Study. Am J Kidney Dis 66(1): 40-46, Jul 2015. PMCID: PMC4485528

40. Unger ED, Dubin RF, **Deo R**, Daruwalla V, Friedman JL, Medina C, Beussink L, Freed BH, Shah SJ: Association of chronic kidney disease with abnormal cardiac

mechanics and adverse outcomes in patients with heart failure and preserved ejection fraction. <u>Eur J Heart Fail</u> 18(1): 103-112, Jan 2016. PMCID: PMC4713321

41. Amdur RL, Mukerjee M, Go A, Barrows IR, Ramezani A, Shoji J, Reilly MP, Gnanaraj J, **Deo R**, Roas S, Keane M, Master S, Teal V, Soliman EZ, Yang P, Feldman H, Kusek JW, Tracey CM, Raj DS: Interleukin-6 is a Risk Factor for Atrial Fibrillation in Chronic Kidney Disease: Findings from the CRIC Study. <u>PLoS One</u> 11(2): e0148189, Feb 2016. PMCID: PMC4739587

42. Patel PJ, Borovskiy Y, Killian A, Verdino RJ, Epstein AE, Callans DJ, Marchlinski FE, **Deo R**: Optimal QT interval correction formula in sinus tachycardia for identifying cardiovascular and mortality risk: Findings from the Penn Atrial Fibrillation Free study. <u>Heart Rhythm</u> 13(2): 527-535, Feb 2016. PMCID: PMC4724451

43. Navaneethan SD, Roy J, Tao K, Brecklin CS, Chen J, **Deo R**, Flack JM, Ojo AO, Plappert TJ, Raj DS, Saydain G, Sondheimer JH, Sood R, Steigerwalt SP, Townsend RR, Dweik RA, Rahman M: Prevalence, Predictors, and Outcomes of Pulmonary Hypertension in CKD. <u>J Am Soc Nephrol</u> 27(3): 877-886, Mar 2016. PMCID: PMC4769189

44. Drawz PE, Alper AB, Anderson AH, Brecklin CS, Charleston J, Chen J, **Deo R**, Fischer MJ, He J, Hsu CY, Huan Y, Keane MG, Kusek JW, Makos GK, Miller ER 3rd, Soliman EZ, Steigerwalt SP, Taliercio JJ, Townsend RR, Weir MR, Wright JT Jr. Xie D, Rahman M: Masked Hypertension and Elevated Nightime Blood Pressure in CKD: Prevalence and Association with Target Organ Damage. <u>Clin J Am Soc Nephrol</u> 11(4): 642-652, Apr 2016.

45. Bansal N, Xie D, Tao K, Chen J, **Deo R**, Horwitz E, Hsu CY, Kallem RK, Keane MG, Lora CM, Raj D, Soliman EZ, Strauss L, Wolf M, Go AS: Atrial Fibrillation and Risk of ESRD in Adults with CKD. <u>Clin J Am Soc Nephrol</u> 11(7): 1189-1196, Jul 2016.

46. Dobre M, Roy J, Tao K, Anderson AH, Bansal N, Chen J, **Deo R**, Drawz P, Feldman HI, Hamm LL, Hostetter T, Kusek JW, Lora C, Ojo AO, Shrama K, Rahman M: Serum Bicarbonate and Structural and Functional Cardiac Abnormalities in Chronic Kidney Disease - A Report from the Chronic Renal Insufficiency Cohort Study. <u>Am J Nephrol</u> 43(6): 411-420, Jul 2016. PMCID: PMC4936954

47. Mehta R, Cai X, Lee J, Scialla JJ, Bansal N, Sondheimer JH, Chen J, Hamm LL, Ricardo AC, Navaneethan SD, **Deo R**, Rahman M, Feldman HI, Go AS, Isakova T, Wolf M: Association of Fibroblast Growth Factor 23 With Atrial Fibrillation in Chronic Kidney Disease, From the Chronic Renal Insufficiency Cohort Study. <u>JAMA Cardiol</u> 1(5): 548-556, Aug 2016. PMCID: PMC4992989

48. **Deo R**, Norby FL, Katz R, Sotoodehnia N, Adabag S, DeFilippi CR, Kestenbaum B, Chen LY, Heckbert SR, Folsom AR, Kronmal RA, Konety S, Patton KK, Siscovick D, Shlipak MG, Alonso A: Development and Validation of a Sudden Cardiac Death Prediction Model for the General Population. <u>Circulation</u> 134(11): 806-816, Sep 2016. PMCID: PMC5021600

49. Evans DS, Avery CL, Nalls MA, Li G, Barnard J, Smith EN, Tanaka T, Butler AM, Buxbaum SG, Alonso A, Arking DE, Berenson GS, Bis JC, Buyske S, Carty CL, Chen W, Chung MK, Cummings SR, **Deo R**, Eaton CB, Fox ER, Heckbert SR, Heiss G, Hindorff LA, Hsueh W, Isaacs A, Jamshidi Y, Kerr KF, Liu F, Liu Y, Lohman KK, Magnani JW, Maher JF, Mehra R, Meng YA, Musani SK, Newton-Cheh C, North KE, Psaty BM, Redline S, Rotter JI, Schnabel RB, Schork NJ, Shohet RV, Singleton AB, Smith JD, Soliman EZ, Srinivasan SR, Taylor HA, Van Wagoner DR, Wilson JG, Young T, Zhang Z, Zonderman AB, Evans MK, Ferrucci L, Murray SS, Tranah GJ, Whitsel EA, Reiner AP, Sotoodehnia N: Fine-mapping, Novel Loci Identification, and SNP Association Transferability in a Genome-Wide Association Study of QRS Duration in African Americans. <u>Hum Mol Genet</u> 25(19): 4350-4368, Oct 2016. PMCID: PMC5291202

50. Lash JP, Ricardo AC, Roy J, **Deo R**, Fischer M, Flack J, He J, Keane M, Lora C, Ojo A, Rahman M, Steigerwalt S, Tao K, Wolf M, Wright JT, Go AS: Race/Ethnicity and Cardiovascular Outcomes in Adults With CKD: Findings From the CRIC (Chronic Renal Insufficiency Cohort) and Hispanic CRIC Studies. <u>Am J Kidney Dis</u> 68(4): 545-553, Oct 2016.

51. Liang JJ, Elafros MA, Muser D, Pathak RK, Santangeli P, Zado ES, Frankel DS, Supple GE, Schaller RD, **Deo R**, Garcia FC, Lin D, Hutchinson MD, Riley MP, Callans DJ, Marchlinski FE, Dixit S.: Pulmonary Vein Antral Isolation and Nonpulmonary Vein Trigger Ablation Are Sufficient to Achieve Favorable Long-Term Outcomes Including Transformation to Paroxysmal Arrhythmias in Patients With Persistent and Long-Standing Persistent Atrial Fibrillation. <u>Circ Arrhythm Electrophysiol</u> 9(11): e004239, Nov 2016.

52. Suzuki T, Agarwal SK, **Deo R**, Sotoodehnia N, Grams ME, Selvin E, Calkins H, Rosamond W, Tomaselli G, Coresh J, Matsushita K: Kidney function and sudden cardiac death in the community: The Atherosclerosis Risk in Communities (ARIC) Study. <u>Am Heart J</u> 180: 46-53, 10 2016. PMCID: PMC5074685

53. **Deo R**, Khodneva YA, Shlipak MG, Soliman EZ, Judd SE, McClellan WM, Brown TM, Rhodes JD, Gutierrez OM, Shah SJ, Albert CM, Safford MM.  : Albuminuria, Kidney Function and Sudden Cardiac Death: Findings from the Reasons for Geographic and Racial Differences in Stroke (REGARDS) Study. <u>Heart Rhythm</u>  14(1): 65-71, Jan 2017.

54. Dubin RF, **Deo R**, Bansal N, Anderson AH, Yang P, Go AS, Keane M, Townsend R, Porter A, Budoff M, Malik S, He J, Rahman M, Wright J, Cappola T, Kallem R,

Roy J, Sha D, Shlipak MG: Associations of Conventional Echocardiographic Measures with Incident Heart Failure and Mortality: The Chronic Renal Insufficiency Cohort. <u>Clin J Am Soc Nephrol</u> 12(1): 60-68, Jan 2017. PMCID: PMC5220650

55. Hughes-Austin JM, Rifkin DE, Beben T, Katz R, Sarnak MJ, **Deo R**, Hoofnagle AN, Homma S, Siscovick DS, Sotoodehnia N, Psaty BM, de Boer IH, Kestenbaum B, Shlipak MG, Ix JH: The Relation of Serum Potassium Concentration with Cardiovascular Events and Mortality in Community-Living Individuals. <u>Clin J Am Soc Nephrol</u> 12(2): 245-252, Feb 2017. PMCID: PMC5293337

56. **Deo R**, Adabag S, Alonso A: Response by Deo et al to Letters Regarding Article, "Development and Validation of a Sudden Cardiac Death Prediction Model for the General Population". <u>Circulation</u> 135(10): e638-e639, Mar 2017.

57. Enriquez A, Santangeli P, Zado ES, Liang J, Castro S, Garcia FC, Schaller RD, Supple GE, Frankel DS, Callans DJ, Lin D, Dixit S, **Deo R**, Riley MP, Marchlinski FE.: Postoperative atrial tachycardias after mitral valve surgery: Mechanisms and outcomes of catheter ablation. <u>Heart Rhythm</u> 14(4): 520-526, Apr 2017.

58. Tamura MK, Vittinghoff E, Hsu C, Tam K, Seliger SL, Sozio S, Fischer M, Chen J, Lustigova E, Strauss L, **Deo R**, Go AS, Yaffe K: Loss of executive function after dialysis initiation in adults with chronic kidney disease. <u>Kidney Int</u> 91(4): 948-953, Apr 2017. PMCID: PMC5357463

59. Christophersen IE, Rienstra M, Roselli C, Yin X, Geelhoed B, Barnard J, Lin H, Arking DE, Smith AV, Albert CM, Chaffin M, Tucker NR, Li M, Klarin D, Bihlmeyer NA, Low S, Weeke PE, Müller-Nurasyid M, Smith JG, Brody JA, Niemeijer MN, Dörr M, Trompet S, Huffman J, Gustafsson S, Schurmann C, Kleber ME, Lyytikäinen L, Seppälä I, Malik R, Horimoto AR, Perez M, Sinisalo J, Aeschbacher S, Thériault S, Yao J, Radmanesh F, Weiss S, Teumer A, Choi SH, Weng L, Clauss S, **Deo R**, Rader DJ, Shah SH, Sun A, Hopewell JC, Debette S, Chauhan G, Yang Q, Worrall BB, Paré G, Kamatani Y, Hagemeijer YP, Verweij N, Siland JE, Kubo M, Smith JD, Van Wagoner DR, Bis JC, Perz S, Psaty BM, Ridker PM, Magnani JW, Harris TB, Launer LJ, Shoemaker MB, Padmanabhan S, Haessler J, Bartz TM, Waldenberger M, Lichtner P, Arendt M, Krieger JE, Kähönen M, Risch L, Mansur AJ, Peters A, Smith BH, Lind L, Scott SA, Lu Y, Bottinger EB, Hernesniemi J, Lindgren CM, Wong JA, Huang J, Eskola M, Morris AP, Ford I, Reiner AP, Delgado G, Chen LY, Chen YI, Sandhu RK, Li M, Boerwinkle E, Eisele L, Lannfelt L, Rost N, Anderson CD, Taylor KD, Campbell A, Magnusson PK, Porteous D, Hocking LJ, Vlachopoulou E, Pedersen NL, Nikus K, Orho-Melander M, Hamsten A, Heeringa J, Denny JC, Kriebel J, Darbar D, Newton-Cheh C, Shaffer C, Macfarlane PW, Heilmann-Heimbach S, Almgren P, Huang PL, Sotoodehnia N, Soliman EZ,Uitterlinden AG, Hofman A, Franco OH, Völker U, Jöckel K, Sinner MF, Lin HJ, Guo X, Dichgans M,

Ingelsson E, Kooperberg C, Melander O, Loos RJF, Laurikka J, Conen D, Rosand J, van der Harst P, Lokki M, Kathiresan S, Pereira A, Jukema JW, Hayward C, Rotter JI, März W, Lehtimäki T, Stricker BH, Chung MK, Felix SB, Gudnason V, Alonso A, Roden DM, Kääb S, Chasman DI, Heckbert SR, Benjamin EJ, Tanaka T, Lunetta KL, Lubitz SA, Ellinor PT: Large-scale analyses of common and rare variants identify 12 new loci associated with atrial fibrillation. <u>Nature Genet</u> 49(6): 946-952, Jun 2017. PMCID: PMC5585859

60. Leonard CE, Hennessy S, Han X, Siscovick DS, Flory JH, **Deo R**: Pro- and Antiarrhythmic Actions of Sulfonylureas: Mechanistic and Clinical Evidence. <u>Trends Endocrinol Metab</u> 28(8): 561-586, Aug 2017. PMCID: PMC5522643

61. Bansal N, Zelnick LR, Alonso A, Benjamin EJ, de Boer IH, **Deo R**, Katz R, Kestenbaum B, Mathew J, Robinson-Cohen C, Sarnak MJ, Shlipak MG, Sotoodehnia N, Young B, Heckbert SR: eGFR and Albuminuria in Relation to Risk of Incident Atrial Fibrillation: A Meta-Analysis of the Jackson Heart Study, the Multi-Ethnic Study of Atherosclerosis, and the Cardiovascular Health Study. <u>Clin J Am Soc Nephrol</u> 12(9): 1386-1398, Sep 2017. PMCID: PMC5586568

62. Snitker S, Doerfler RM, Soliman EZ, **Deo R**, St Peter WL, Kramlik S, Fischer MJ, Navaneethan S, Delafontaine P, Jaar Bernard G, Ojo A, Makos GK, Slaven A, Weir MR, Zhan M, Fink JC: Association of QT-Prolonging Medication Use in CKD with Electrocardiographic Manifestations. <u>Clin J Am Soc Nephrol</u> 12(9): 1409-1417, Sep 2017. PMCID: PMC5586585

63. Liang JJ, Betensky BP, Muser D, Zado ES, Anter E, Desai ND, Callans DJ, **Deo R**, Frankel DS, Hutchinson MD, Lin D, Riley MP, Schaller RD, Supple GE, Santangeli P, Acker MA, Bavaria JE, Szeto WY, Vallabhajosyula P, Marchlinski FE, Dixit S.: Long-term outcome of surgical cryoablation for refractory ventricular tachycardia in patients with non-ischemic cardiomyopathy. <u>Europace</u> 20(3): e30-e41, Mar 2018.

64. Pathak RK, Fahed J, Santangeli P, Hyman MC, Liang JJ, Kubala M, Hayashi T, Muser D, Pathak M, Kochar A, Castro SA, Garcia FC, Frankel DS, Supple GE, Schaller RD, Lin D, Riley MP, **Deo R**, Epstein AE, Zado ES, Dixit S, Callans DJ, Marchlinski FE: Long-Term Outcome of Catheter Ablation for Treatment of Bundle Branch Re-Entrant Tachycardia. <u>JACC Clin Electrophysiol</u> 4(3): 331-338, Mar 2018.

65. Leonard CE, Brensinger CM, Aquilante CL, Bilker WB, Boudreau DM, **Deo R**, Flory JH, Gagne JJ, Mangaali MJ, Hennessy S: Comparative Safety of Sulfonylureas and the Risk of Sudden Cardiac Arrest and Ventricular Arrhythmia. <u>Diabetes care</u> 41(4): 713-722, Apr 2018. PMCID: PMC5860838

66. Patel PJ, Katz R, Borovskiy Y, Killian A, Levine JM, McNaughton NW, Callans D, Supple G, Dixit S, Epstein AE, Marchlinski FE, **Deo R**: Race and stroke in an

atrial fibrillation inception cohort: Findings from the Penn Atrial Fibrillation Free study. <u>Heart Rhythm</u> 15(4): 487-493, Apr 2018. PMCID: PMC5879006

67. Liang JJ, Elafros MA, Mullen MT, Muser D, Hayashi T, Enriquez A, Pathak RK, Zado ES, Santangeli P, Arkles JS, Schaller RD, Supple GE, Frankel DS, Garcia FC, **Deo R**, Lin D, Riley MP, Nazarian S, Dixit S, Marchlinski FE, Callans DJ: Anticoagulation use and clinical outcomes after catheter ablation in patients with persistent and longstanding persistent atrial fibrillation. <u>J Cardiovasc Electrophysiol</u> 29(6): 823-832, Jun 2018.

68. Bansal N, Roy J, Chen H, **Deo R**, Dobre M, Fischer MJ, Foster E, Go AS, He J, Keane MG, Kusek JW, Mohler E, Navaneethan SD, Rahman M, Hsu C: Evolution of Echocardiographic Measures of Cardiac Disease From CKD to ESRD and Risk of All-Cause Mortality: Findings From the CRIC Study. <u>Am J Kidney Dis</u> 72(3): 390-399, Sep 2018. PMCID: PMC6109597

69. Schrauben SJ, Hsu JY, Rosas SE, Jaar BG, Zhang X, **Deo R**, Saab G, Chen J, Lederer S, Kanthety R, Hamm LL, Ricardo AC, Lash JP, Feldman HI, Anderson AH: CKD Self-management: Phenotypes and Associations With Clinical Outcomes. <u>Am J Kidney Dis</u> 72(3): 360-370, Sep 2018. PMCID: PMC6109611

70. Harhay MN, Xie D, Zhang X, Hsu C, Vittinghoff E, Go AS, Sozio SM, Blumenthal J, Seliger S, Chen J, **Deo R**, Dobre M, Akkina S, Reese PP, Lash JP, Yaffe K, Tamura MK: Cognitive Impairment in Non-Dialysis-Dependent CKD and the Transition to Dialysis: Findings From the Chronic Renal Insufficiency Cohort (CRIC) Study. <u>Am J Kidney Dis</u> 72(4): 499-508, Oct 2018. PMCID: PMC6153064

71. **Deo R**, Safford MM, Khodneva YA, Jannat-Khah DP, Brown TM, Judd SE, McClellan WM, Rhodes JD, Shlipak MG, Soliman EZ, Albert CM: Differences in Risk of Sudden Cardiac Death Between Blacks and Whites. <u>J Am Coll Cardiol</u> 72(20): 2431-2439, Nov 2018. PMCID: PMC9704756

72. Bansal N, Xie D, Sha D, Appel LJ, **Deo R**, Feldman HI, He J, Jamerson K, Kusek JW, Messe S, Navaneethan SD, Rahman M, Ricardo AC, Soliman EZ, Townsend R, Go AS: Cardiovascular Events after New-Onset Atrial Fibrillation in Adults with CKD: Results from the Chronic Renal Insufficiency Cohort (CRIC) Study. <u>J Am Soc Nephrol</u> 29(12): 2859-2869, Dec 2018. PMCID: PMC6287862

73. Yaeger A, Cash NR, Parham T, Frankel DS, **Deo R**, Schaller RD, Santangeli P, Nazarian S, Supple GE, Arkles J, Riley MP, Garcia FC, Lin D, Epstein AE, Callans DJ, Marchlinski FE, Kolansky DM, Mora JI, Amaro A, Schwab R, Pack A, Dixit S: A Nurse-Led Limited Risk Factor Modification Program to Address Obesity and Obstructive Sleep Apnea in Atrial Fibrillation Patients. <u>J Am Heart Assoc</u> 7(23): e010414, Dec 2018. PMCID: PMC6405543

74. **Deo R**, Safford MM, Albert CM: Reply: Potential for Improving the Public Health Through Race and Sudden Cardiac Death Research. J Am Coll Cardiol 73(10): 1233-1234, Mar 2019.

75. Shirai Y, Liang JJ, Santangeli P\, Arkles JS, Schaller RD, Supple GE, Lin D, Nazarian S, **Deo R**, Dixit S, Epstein AE, Callans DJ, Marchlinski FE, Frankel DS: Long-term outcome and mode of recurrence following noninducibility during noninvasive programmed stimulation after ventricular tachycardia ablation. Pacing Clin Electrophysiol 42(3): 333-340, Mar 2019.

76. Zhao Di, Post WS, Blasco-Colmenares E, Cheng A, Zhang Y, **Deo R**, Pastor-Barriuso R, Michos ED, Sotoodehnia N, Guallar E: Racial Differences in Sudden Cardiac Death. Circulation 139(14): 1688-1697, Apr 2019. PMCID: PMC6443438

77. Bajaj A, Xie D, Cedillo-Couvert E, Charleston J, Chen J, **Deo R**, Feldman HI, Go AS, He J, Horwitz E, Kallem R, Rahman M, Weir MR, Anderson AH, Rader DJ: Lipids, Apolipoproteins, and Risk of Atherosclerotic Cardiovascular Disease in Persons With CKD. Am J Kidney Dis 73(6): 827-836, Jun 2019. PMCID: PMC6615056

78. Mendelson TB, Santangeli P, Frankel DS, Arkles JS, Supple GE, Lin D, Riley MP, Callans DJ, Nazarian S, Hyman MC, Kumareswaran R, Epstein AE, **Deo R**, Dixit S, Garcia FC, Zado ES, Hutchinson MD, Sadek MM, Cooper JM, Marchlinski FE, Trerotola SO, Schaller RD: Feasibility of complex transfemoral electrophysiology procedures in patients with inferior vena cava filters. Heart Rhythm 16(6): 873-878, Jun 2019.

79. Muser D, Hayashi T, Castro SA, Supple GE, Schaller RD, Santangeli P, Arkles J, Kumareswaran R, Nazarian S, **Deo R**, Lin D, Dixit S, Epstein AE, Callans DJ, Marchlinski FE, Frankel DS: Noninvasive Programmed Ventricular Stimulation-Guided Management Following Ventricular Tachycardia Ablation. JACC Clin Electrophysiol 5(6): 719-727, Jun 2019.

80. Liang JJ, Shirai Y, Briceño DF, Muser D, Enriquez A, Lin A, Hyman MC, Kumareswaran R, Arkles JS, Santangeli P, Schaller RD, Supple GE, Frankel DS, **Deo R**, Epstein AE, Garcia FC, Riley MP, Nazarian S, Lin D, Callans DJ, Marchlinski FE, Dixit S: Electrocardiographic and Electrophysiologic Characteristics of Idiopathic Ventricular Arrhythmias Originating From the Basal Inferoseptal Left Ventricle. JACC Clin Electrophysiol 5(7): 833-842, Jul 2019.

81. Lamprea-Montealegre JA, Zelnick LR, Shlipak MG, Floyd JS, Anderson AH, He J, Christenson R, Seliger SL, Soliman EZ, Deo R, Ky B, Feldman HI, Kusek JW, deFilippi CR, Wolf MS, Shafi T, Go AS, Bansal N: Cardiac Biomarkers and Risk of Atrial Fibrillation in Chronic Kidney Disease: The CRIC Study. J Am Heart Assoc 8(15): e012200, Aug 2019. PMCID: PMC6761652

82. Bansal N, Zelnick L, Go A, Anderson A, Christenson R, **Deo R**, Defilippi C, Lash J, He J, Ky B, Seliger S, Soliman E, Shlipak M: Cardiac Biomarkers and Risk of Incident Heart Failure in Chronic Kidney Disease: The CRIC (Chronic Renal Insufficiency Cohort) Study. <u>J Am Heart Assoc</u> 8(21): e012336, Nov 2019. PMCID: PMC6761652

83. Bansal N, Zelnick L, Shlipak MG, Anderson A, Christenson R, **Deo R**, deFilippi C, Feldman H, Lash J, He J, Kusek J, Ky B, Seliger S, Soliman EZ, Go AS: Cardiac and Stress Biomarkers and Chronic Kidney Disease Progression: The CRIC Study. <u>Clinical chemistry</u> 65(11): 1448-1457, Nov 2019.

84. Briceño DF, Liang JJ, Shirai Y, Markman TM, Chahal AA, Tschabrunn C, Zado ES, Hyman MC, Kumareswaran R, Arkles J, Santangeli P, Schaller R, Supple G, Frankel DS, **Deo R**, Riley MP, Nazarian S, Lin D, Epstein AE, Garcia F, Dixit S, Callans DJ, Marchlinski FE: Characterization of Structural Changes in Arrhythmogenic Right Ventricular Cardiomyopathy with Recurrent Ventricular Tachycardia after Ablation: Insights from Repeat Electroanatomic Voltage Mapping. <u>Circ Arrhythm Electrophysiol</u> 13(1): e007611, Jan 2020.

85. Afshinnia F, Zeng L, Byun J, Wernisch S, **Deo R**, Chen J, Hamm L, Miller ER, Rhee EP, Fischer MJ, Sharma K, Feldman HI, Michailidis G, Pennathur S: Elevated lipoxygenase and cytochrome P450 products predict progression of chronic kidney disease. <u>Nephrol Dial Transplant</u> 35(2): 303-312, Feb 2020. PMCID: PMC7391277

86. Leonard CE, Brensinger CM, Dawwas GK, **Deo R**, Bilker WB, Soprano SE, Dhopeshwarkar N, Flory JH, Bloomgarden ZT, Gagne JJ, Aquilante CL, Kimmel SE, Hennessy S: The risk of sudden cardiac arrest and ventricular arrhythmia with rosiglitazone versus pioglitazone: real-world evidence on thiazolidinedione safety. <u>Cardiovasc Diabetol</u> 19(1): 25, Feb 2020. PMCID: PMC7041286

87. Yaeger A, Keenan BT, R Cash N, Parham T, **Deo R**, Frankel DS, Schaller RD, Santangeli P, Nazarian S, Supple GE, Arkles J, Kumareswaran R, Hyman MC, Riley MP, Garcia FC, Lin D, Epstein AE, Callans DJ, Mora JI, Amaro A, Schwab R, Pack A, Marchlinski FE, Dixit S: Impact of a Nurse-Led Limited Risk Factor Modification Program on Arrhythmia Outcomes in Patients with Atrial Fibrillation Undergoing Catheter Ablation. <u>J Cardiovasc Electrophysiol</u> 31(2): 423-431, Feb 2020.

88. Markman TM, Geng Z, Epstein AE, Nazarian S, **Deo R**, Marchlinski FE, Groeneveld PW, Frankel DS: Trends in Antiarrhythmic Drug Use Among Patients in the United States Between 2004 and 2016. <u>Circulation</u> 141(11): 937-939, Mar 2020.

89. Briceño DF, Santangeli P, Frankel DS, Liang JJ, Shirai Y, Markman T, Enriquez A, Walsh K, Riley MP, Nazarian S, Lin D, Kumareswaran R, Arkles JS, Hyman MC, **Deo R**, Supple GE, Garcia FC, Dixit S, Epstein AE, Callans DJ, Marchlinski FE,

Schaller RD: QRS morphology in lead V1 for the rapid localization of idiopathic ventricular arrhythmias originating from the left ventricular papillary muscles: A novel electrocardiographic criterion. <u>Heart Rhythm</u>  17(10): 1711-1718, May 2020.

90. Stein NR, Zelnick LR, Anderson AH, Christenson RH, deFilippi CR, **Deo R**, Go AS, He J, Ky B, Lash JP, Seliger SL, Soliman EZ, Shlipak MG, Bansal N: Associations between Cardiac Biomarkers and Cardiac Structure and Function in CKD. <u>Kidney Int Rep</u>  5(7): 1052-1060, May 2020. PMCID: PMC7335964

91. Tummalapalli SL, Zelnick LR, Andersen AH, Christenson RH, deFilippi CR, **Deo R**, Go AS, He J, Ky B, Lash JP, Seliger SL, Soliman EZ, Shlipak MG, Bansal N: Association of Cardiac Biomarkers with the Kansas City Cardiomyopathy Questionnaire in Patients with Chronic Kidney Disease without Heart Failure. <u>J Am Heart Assoc</u>  9(13): e014385, Jun 2020. PMCID: PMC7670503

92. Madrigal JM, Cedillo-Couvert E, Ricardo AC, Appel LJ, Anderson CAM, **Deo R**, Hamm LL, Cornish-Zirker D, Tan TC, Sha D, Hsu JY, Zenk SN, Saunders MR, Persky V, Lash JP: Neighborhood Food Outlet Access and Dietary Intake among Adults with Chronic Kidney Disease: Results from the Chronic Renal Insufficiency Cohort Study. <u>J Acad Nutr Diet</u> 120(7): 1151-1162, Jul 2020. PMCID: PMC7321867

93. Bhatla A, Mayer MM, Adusumalli S, Hyman MC, Oh E, Tierney A, Moss J, Chahal AA, Anesi G, Denduluri S, Domenico CM, Arkles J, Abella BS, Bullinga JR, Callans DJ, Dixit S, Epstein AE, Frankel DS, Garcia FC, Kumareswaram R, Nazarian S, Riley MP, Santangeli P, Schaller RD, Supple GE, Lin D, Marchlinski F, **Deo R**: COVID-19 and cardiac arrhythmias. <u>Heart Rhythm</u> 17(9): 1439-1444, Sep 2020. PMCID: PMC7307518

94. Walsh KA, Supple GE, Garcia FC, Frankel DS, Lin D, Kumareswaran R, Hyman M, Arkles JS, **Deo R**, Riley MP, Schaller RD, Nazarian S, Santangeli P, Dixit S, Epstein AE, Callans DJ, Marchlinski FE: Ablation of Ventricular Arrhythmias from the Left Ventricular Apex in Patients without Ischemic Heart Disease. <u>JACC Clin Electrophysiol</u> 6(9): 1089-1102, Sep 2020.

95. Wang K, Zelnick LR, Anderson A, Cohen J, Dobre M, **Deo R**, Feldman H, Go A, Hsu J, Jaar B, Kansal M, Shlipak M, Soliman E, Rao P, Weir M, Bansal N; CRIC Study Investigators: Cardiac Biomarkers and Risk of Mortality in CKD (the CRIC Study). <u>Kidney Int Rep</u> 5(11): 2002-2012, Sep 2020. PMCID: PMC7609912

96. Markman TM, Kuo L, Mustin E, Amankwah NA, Supple GE, Dixit S, Nazarian S, Arkles J, Hyman M, Lin D, Epstein AE, Santangeli P, **Deo R**, Schaller RD, Frankel DS: Time Course and Predictors of Worsening Tricuspid Regurgitation Following Right Ventricular Lead Implantation.  <u>Circ Arrhythm Electrophysiol</u>  13(11): e009177, Oct 2020.

97. Patel RB, Delaney JA, Hu M, Patel H, Cheng J, Gottdiener J, Kizer JR, Marcus GM, Turakhia MP, **Deo R**, Heckbert SR, Psaty BM, Shah SJ: Characterization of cardiac mechanics and incident atrial fibrillation in participants of the Cardiovascular Health Study. JCI Insight 5(19): e141656, Oct 2020. PMCID: PMC7566702

98. Orlandi PF, Xie D, Yang W, Cohen JB, **Deo R**, Ricardo AC, Schrauben S, Wang X, Hamm LL, He J, Sondheimer JH, Kallem K, Townsend R, Raj D, Parsa A, Anderson AH, Feldman HI: Slope of Kidney Function and its Association with Longitudinal Mortality and Cardiovascular Disease among Individuals with CKD. J Am Soc Nephrol 31(12): 2912-2923, Dec 2020. PMCID: PMC7790212

99. Mariani MV, Pothineni NVK, Arkles J, **Deo R**, Frankel D, Supple G, Garcia F, Lin D, Hyman MC, Kumareswaran R, Riley M, Nazarian S, Schaller RD, Epstein AE, Bermudez C, Dixit S, Callans D, Marchlinski FE, Santangeli P: Catheter ablation of atrial arrhythmias following lung transplant: Electrophysiological findings and outcomes. J Cardiovasc Electrophysiol 32(1): 49-57, Jan 2021.

100. Pothineni NVK, Amankwah N, Santangeli P, Schaller RD, Supple GE, **Deo R**, Nazarian S, Garcia FC, Dixit S, Callans DJ, Marchlinski FE, Frankel DS: Continuous rhythm monitoring-guided anticoagulation after atrial fibrillation ablation. J Cardiovasc Electrophysiol 32(2): 345-353, Jan 2021.

101. Kuo L, Muser D, Shirai Y, Lin A, Liang J, Schaller RD, Hyman M, Kumareswaran R, Arkles J, Supple GE, Frankel DS, Garcia F, Tschabrunn C, Nazarian S, Dixit S, Lin D, Riley MP, Callans DJ, **Deo R**, Epstein A, Zado ES, Marchlinski FE, Santangeli P: Periprocedural Acute Kidney Injury in Patients With Structural Heart Disease Undergoing Catheter Ablation of VT. JACC Clin Electrophysiol 7(2): 174-186, Feb 2021.

102. Bhatla A, Borovskiy Y, Katz R, Hyman MC, Patel PJ, Arkles J, Callans DJ, Chokshi N, Dixit S, Epstein AE, Frankel DS, Garcia FC, Kumareswaran R, Liang JJ, Lin D, Messé SR, Nazarian S, Riley MP, Santangeli P, Schaller RD, Supple GE, Kasner SE, Marchlinski F, **Deo R**: Stroke, Timing of Atrial Fibrillation Diagnosis, and Risk of Death. Neurology 96(12): e1655-e1662, Mar 2021.

103. Cho ME, Sweeney C, Fino N, Greene T, Ramkumar N, Huang Y, Ricardo AC, Shafi T, **Deo R**, Anderson A, Mills KT, Cheung AK; CRIC Study Investigators.: Longitudinal Changes in Prorenin and Renin in the Chronic Renal Insufficiency Cohort. Am J Nephrol 52(2): 141-151, Mar 2021. PMCID: PMC8049970

104. Muser D, Nucifora G, Muser D, Nucifora G, Pieroni M, Castro SA, Casado Arroyo R, Maeda S, Benhayon DA, Liuba I, Sadek M, Magnani S, Enriquez A, Liang JJ, Sassone B, Desjardins B, Dixit S, **Deo R**, Garcia FC, Callans DJ, Frankel DS, Selvanayagam JB, Marchlinski FE, Santangeli P: Prognostic Value of

Nonischemic Ringlike Left Ventricular Scar in Patients With Apparently Idiopathic Nonsustained Ventricular Arrhythmias. <u>Circulation</u> 143(14): 1359-1373, Apr 2021.

105. Peng G, Lin AN, Obeng-Gyimah E, Hall SN, Yang YW, Chen S, Riley M, **Deo R**, Ali A, Arkles J, Epstein AE, Dixit S: Implantable loop recorder for augmenting detection of new-onset atrial fibrillation after typical atrial flutter ablation. <u>Heart Rhythm O2</u> 2(3): 255-261, Apr 2021. PMCID: PMC8322804

106. Cohen JB, Yang W, Li L, Zhang X, Zheng Z, Orlandi P, Bansal N, **Deo R**, Lash JP, Rahman M, He J, Shafi T, Chen J, Cohen DL, Matsushita K, Shlipak MG, Wolf M, Go AS, Feldman HI: Time-Updated Changes in Estimated GFR and Proteinuria and Major Adverse Cardiac Events: Findings from the Chronic Renal Insufficiency Cohort (CRIC) Study. <u>Am J Kidney Dis.</u> 79(1): 36-44, May 2021.

107. Bansal N, Zelnick LR, Soliman EZ, Anderson A, Christenson R, DeFilippi C, **Deo R**, Feldman HI, He J, Ky B, Kusek J, Lash J, Seliger S, Shafi T, Wolf M, Go AS, Shlipak MG: Change in Cardiac Biomarkers and Risk of Incident Heart Failure and Atrial Fibrillation in CKD: The Chronic Renal Insufficiency Cohort (CRIC) Study. <u>Am J Kidney Dis</u> 77(6): 907-919, Jun 2021.

108. Poudel B, Rosenson RS, Bittner V, Gutiérrez OM, Anderson AH, Woodward M, **Deo R**, Carson AP, Mues KE, Dluzniewski PJ, Jaar BG, Lora CM, Taliercio J, Muntner P, Colantonio LD; Chronic Renal Insufficiency Cohort (CRIC) Study Investigators: Atherosclerotic Cardiovascular Disease Events in Adults With CKD Taking a Moderate- or High-Intensity Statin: The Chronic Renal Insufficiency Cohort (CRIC) Study. <u>Kidney Med</u> 3(5): 722-731, Jun 2021. PMCID: PMC8515092

109. Schrauben SJ, Appel L, Rivera E, Lora CM, Lash JP, Chen J, Hamm LL, Fink JC, Go AS, Townsend RR, **Deo R**, Dember LM, Feldman HI, Diamantidis CJ; CRIC Study Investigators: Mobile Health (mHealth) Technology: Assessment of Availability, Acceptability, and Use in CKD. <u>Am J Kidney Dis</u> 77(6): 941-950, Jun 2021. PMCID: PMC8154635

110. Pothineni NVK, Lin A, Frankel DS, Supple GE, Garcia FC, Lin D, Hyman MC, Kumareswaran R, Arkles J, Riley M, **Deo R**, Epstein AE, Nazarian S, Schaller RD, Callans DJ, Marchlinski FE, Santangeli P, Dixit S: Impact of left atrial posterior wall isolation on arrhythmia outcomes in patients with atrial fibrillation undergoing repeat ablation. <u>Heart Rhythm O2</u> 2(5): 489-497, Jul 2021. PMCID: PMC8505210

111. Zelnick LR, Shlipak MG, Soliman EZ, Anderson A, Christenson R, Lash J, **Deo R**, Rao P, Afshinnia F, Chen J, He J, Seliger S, Townsend R, Cohen DL, Go A, Bansal N: Prediction of Incident Atrial Fibrillation in Chronic Kidney Disease: The Chronic Renal Insufficiency Cohort Study. <u>Clin J Am Soc Nephrol</u> 16(7):

1015-1024, Jul 2021. PMCID: PMC8425618

112. Toth-Manikowski SM, Yang W, Appel L, Chen J, **Deo R**, Frydrych A, Krousel-Wood M, Rahman M, Rosas SE, Sha D, Wright J, Daviglus ML, Go AS, Lash JP, Ricardo AC; Chronic Renal Insufficiency Cohort (CRIC) Study Investigators: Sex Differences in Cardiovascular Outcomes in CKD: Findings From the CRIC Study. Am J Kidney Dis 78(2): 200-209, Aug 2021. PMCID: PMC8316276

113. Tauber K, Singhal S, Jarrar D, Bullinga JR, **Deo R**, Marchlinski FE, Pechet T, Acker M, Szeto W, Ibrahim ME: Optimal surgical approach to left atrioesophageal fistula following catheter radiofrequency ablation. Ann Thorac Surg 114(3): e161-e163, Sep 2021.

114. Lin AN, Peng G, Pothineni NK, Winn SP, Hall SN, **Deo R**, Riley M, Epstein AE, Arkles J, Dixit S: Race Does Not Provide Protection From New-Onset Atrial Fibrillation After Typical Flutter Ablation in Male Veteran Patients. JACC Clin Electrophysiol 7(10): 1312-1314, Oct 2021.

115. Frazier R, Cai X, Lee J, Bundy JD, Jovanovich A, Chen J, **Deo R**, Lash JP, Anderson AH, Go AS, Feldman HI, Shafi T, Rhee EP, Miyazaki M, Chonchol M, Isakova T; Chronic Renal Insufficiency Cohort (CRIC) Study Investigators: Deoxycholic Acid and Risks of Cardiovascular Events, ESKD, and Mortality in CKD: The CRIC Study. Kidney Med 4(1): 100387, Nov 2021. PMCID: PMC8767130

116. Markman TM, Brown CR, Yang L, Guandalini GS, Hyman MC, Arkles JS, Santangeli P, Schaller RD, Supple GE, **Deo R**, Nazarian S, Dixit S, Callans DJ, Epstein AE, Marchlinski FE, Groeneveld PW, Frankel DS: Persistent Opioid Use After Cardiac Implantable Electronic Device Procedures. Circulation 144(20): 1590-1597, Nov 2021.

117. Kalim S, Berg AH, Karumanchi SA, Thadhani R, Allegretti AS, Nigwekar S, Zhao S, Srivastava A, Raj D, **Deo R**, Frydrych A, Chen J, Sondheimer J, Shafi T, Weir M, Lash JP; CRIC Study Investigators: Protein carbamylation and chronic kidney disease progression in the Chronic Renal Insufficiency Cohort Study. Nephrol Dial Transplant 37(1): 139-147, Dec 2021. PMCID: PMC8719615

118. Kula AJ, Katz R, Zelnick LR, Soliman E, Go A, Shlipak M, **Deo R**, Ky B, DeBoer I, Anderson A, Christenson R, Seliger SL, Defilippi C, Feldman HI, Wolf M, Kusek J, Shafi T, He J, Bansal N: Association of circulating cardiac biomarkers with electrocardiographic abnormalities in chronic kidney disease. Nephrol Dial Transplant 36(12): 2282-2289, Dec 2021. PMCID: PMC8826765

119. Dawwas GK, Hennessy S, Brensinger CM, **Deo R**, Bilker WB, Soprano SE, Dhopeshwarkar N, Flory JH, Bloomgarden ZT, Aquilante CL, Kimmel SE, Leonard CE: Comparative Safety of Dipeptidyl Peptidase-4 Inhibitors and Sudden

Cardiac Arrest and Ventricular Arrhythmia: Population-Based Cohort Studies. Clin Pharmacol Ther 111(1): 227-242, Jan 2022.

120. Daw JM, Chahal CAA, Arkles JS, Callans DJ, Dixit S, Epstein AE, Frankel DS, Garcia FC, Hyman MC, Kumareswaran R, Lin D, Nazarian S, Riley MP, Santangeli P, Schaller RD, Supple GE, Tschabrunn C, Marchlinski FE, **Deo R**: Longitudinal electrocardiographic assessment in Brugada syndrome. Heart Rhythm O2 3(3): 233-240, Feb 2022. PMCID: PMC9207730

121. Zelnick LR, Shlipak MG, Soliman EZ, Anderson A, Christenson R, Kansal M, **Deo R**, He J, Jaar BG, Weir MR, Rao P, Cohen DL, Cohen JB, Feldman HI, Go A, Bansal N; CRIC Study Investigators: Prediction of Incident Heart Failure in CKD: The CRIC Study. Kidney Int Rep 7(4): 708-719, Feb 2022. PMCID: PMC9039424

122. Bundy JD, Rahman M, Matsushita K, Jaeger BC, Cohen JB, Chen J, **Deo R**, Dobre MA, Feldman HI, Flack J, Kallem RR, Lash JP, Seliger S, Shafi T, Weiner SJ, Wolf M, Yang W, Allen NB, Bansal N, He J; CRIC Study Investigators: Risk Prediction Models for Atherosclerotic Cardiovascular Disease in Patients with Chronic Kidney Disease: The CRIC Study. J Am Soc Nephrol 33(3): 601-611, Mar 2022. PMCID: PMC8975076

123. Siripanthong B, Asatryan B, Hanff TC, Chatha SR, Khanji MY, Ricci F, Muser D, Ferrari VA, Nazarian S, Santangeli P, **Deo R**, Cooper LT Jr, Mohiddin SA, Chahal CAA: The Pathogenesis and Long-Term Consequences of COVID-19 Cardiac Injury. JACC Basic Transl Sci 7(3): 294-308, Mar 2022. PMCID: PMC8828362

124. Markman TM, Pothineni NVK, Zghaib T, Smietana J, McBride D, Amankwah NA, Linn KA, Kumareswaran R, Hyman M, Arkles J, Santangeli P, Schaller RD, Supple GE, Frankel DS, **Deo R**, Lin D, Riley MP, Epstein AE, Callans DJ, Marchlinski FE, Hamilton R, Nazarian S: Effect of Transcutaneous Magnetic Stimulation in Patients With Ventricular Tachycardia Storm: A Randomized Clinical Trial. JAMA Cardiol 7(4): 445-449, Apr 2022. PMCID: PMC8851364

125. Pothineni NVK, Cherian T, Patel N, Smietana J, Frankel DS, **Deo R**, Epstein AE, Marchlinski FE, Schaller RD: Subcutaneous Implantable Cardioverter-defibrillator Explantation-A Single Tertiary Center Experience. J Innov Card Rhythm Manag 13(4): 4947-4953, Apr 2022. PMCID: PMC9023024

126. EMPA-KIDNEY Collaborative Group: Design, recruitment, and baseline characteristics of the EMPA-KIDNEY trial. Nephrol Dial Transplant 37(7): 1317-1329, Jun 2022. PMCID: PMC9217655

127. Shea MK, Wang J, Barger K, Weiner DE, Booth SL, Seliger SL, Anderson AH, **Deo R**, Feldman HI, Go AS, He J, Ricardo AC, Tamura MK; Cric Study Investigators:

Vitamin K Status and Cognitive Function in Adults with Chronic Kidney Disease: The Chronic Renal Insufficiency Cohort. <u>Curr Dev Nutr</u> 6(8): nzac111, Jun 2022. PMCID: PMC9362761

128. Taliercio JJ, Nakhoul G, Mehdi A, Yang W, Sha D, Schold JD, Kasner S, Weir M, Hassanein M, Navaneethan SD, Krishnan G, Kanthety R, Go AS, **Deo R**, Lora CM, Jaar BG, Chen TK, Chen J, He J, Rahman M; CRIC study Investigators: Aspirin for Primary and Secondary Prevention of Mortality, Cardiovascular Disease, and Kidney Failure in the Chronic Renal Insufficiency Cohort (CRIC) Study. <u>Kidney Med</u> 4(11): 100547, Oct 2022. PMCID: PMC9630782

129. Amankwah NA, Pothineni NVK, Guandalini G, Santangeli P, Schaller R, Supple GE, **Deo R**, Nazarian S, Lin D, Epstein AE, Dixit S, Callans DJ, Marchlinski FE, Frankel DS: Impact of atrial fibrillation recurrences during the blanking period following catheter ablation on long-term arrhythmia-free survival: a prospective study with continuous monitoring. <u>J Interv Card Electrophysiol</u> 65(2): 519-525, Nov 2022.

130. Pothineni NVK, Soliman EZ, Cushman M, Howard G, Howard VJ, Kasner SE, Judd S, Rhodes JD, Marchlinski FE, **Deo R**: Continuous cardiac rhythm monitoring post-stroke: A feasibility study in REGARDS. <u>J Stroke Cerebrovasc Dis</u> 31(11), Nov 2022.

131. Chee J, Lin AN, Julien H, Lin D, Schaller RD, Frankel DS, Supple GE, Santangeli P, Riley MP, Nazarian S, **Deo R**, Arkles J, Kumareswaran R, Hyman MC, Guandalini G, Epstein AE, Zado ES, Callans DJ, Marchlinski FE, Dixit S: Impact of Left Ventricular Papillary Muscle Ventricular Arrhythmia Ablation on Mitral Valve Function. <u>JACC Clin Electrophysiol</u> 8(12): 1475-1483, Dec 2022.

132. Markman TM, Jarrah AA, Tian Y, Mustin E, Guandalini GS, Lin D, Epstein AE, Hyman MC, **Deo R**, Supple GE, Arkles JS, Dixit S, Schaller RD, Santangeli P, Nazarian S, Riley M, Callans DJ, Marchlinski FE, Frankel DS.: Safety of Pill-in-the-Pocket Class 1C Antiarrhythmic Drugs for Atrial Fibrillation. <u>JACC Clin Electrophysiol</u> 8(12): 1515-1520, Dec 2022.

133. The EMPA-KIDNEY Collaborative Group; Herrington WG, Staplin N, Wanner C, Green JB, Hauske SJ, Emberson JR, Preiss D, Judge P, Mayne KJ, Ng SYA, Sammons E, Zhu D, Hill M, Stevens W, Wallendszus K, Brenner S, Cheung AK, Liu ZH, Li J, Hooi LS, Liu W, Kadowaki T, Nangaku M, Levin A, Cherney D, Maggioni AP, Pontremoli R, **Deo R**, Goto S, Rossello X, Tuttle KR, Steubl D, Petrini M, Massey D, Eilbracht J, Brueckmann M, Landray MJ, Baigent C, Haynes R: Empagliflozin in Patients with Chronic Kidney Disease. <u>N Engl J Med</u> 388(2): 117-127, Jan 2023. PMCID: PMC7614055

134. Wen D, Zhou L, Zheng Z, Surapaneni A, Ballantyne CM, Hoogeveen RC, Shlipak MG, Waikar SS, Vasan RS, Kimmel PL, Dubin RF, **Deo R**, Feldman HI, Ganz P,

Coresh J, Grams ME, Rhee EP; CKD Biomarkers Consortium.: Testican-2 Is Associated with Reduced Risk of Incident ESKD. <u>J Am Soc Nephrol</u> 34(1): 122-131, Jan 2023. PMCID: PMC10101586

135. Husain-Syed F, DiFrancesco MF, **Deo R**, Barr RG, Scialla JJ, Bluemke DA, Kronmal RA, Lima JAC, Praestgaard A, Tracy RP, Shlipak M, Kawut SM, Kim JS.: Associations between eGFR and albuminuria with right ventricular measures: the MESA-Right Ventricle study. <u>Clin Kidney J</u> 16(9): 1508-1520, Apr 2023. PMCID: PMC10469092

136. Asatryan B, Shah RA, Sharaf Dabbagh G, Landstrom AP, Darbar D, Khanji MY, Lopes LR, van Duijvenboden S, Muser D, Lee AM, Haggerty CM, Arora P, Semsarian C, Reichlin T, Somers VK, Owens AT, Petersen SE, **Deo R**, Munroe PB, Aung N, Chahal CAA; Genotype-First Approach Investigators: Predicted Deleterious Variants in Cardiomyopathy Genes Prognosticate Mortality and Composite Outcomes in UK Biobank. <u>JACC Heart Fail</u> 12(5): 918-932, May 2023.

137. Dubin RF, **Deo R**, Ren Y, Lee H, Shou H, Feldman H, Kimmel P, Waikar SS, Rhee EP, Tin A, Chen J, Coresh J, Go AS, Kelly T, Rao PS, Chen TK, Segal MR, Ganz P: Analytical and Biological Variability of a Commercial Modified Aptamer Assay in Plasma Samples of Patients with Chronic Kidney Disease. <u>J Appl Lab Med</u> 8(3): 491-503, May 2023.

138. Imaizumi T, Fujii N, Hamano T, Yang W, Taguri M, Kansal M, Mehta R, Shafi T, Taliercio J, Go A, Rao P, Hamm LL, **Deo R**, Maruyama S, Fukagawa M, Feldman HI; CRIC Study Investigators: Excess risk of cardiovascular events in patients in the United States vs. Japan with chronic kidney disease is mediated mainly by left ventricular structure and function. <u>Kidney Int</u> 103(5): 949-961, May 2023. PMCID: PMC10869952

139. Arceluz MR, Thind M, Garcia FC, Guandalini GS, Santangeli P, Hyman M, **Deo R**, Frankel DS, Supple GE, Schaller RD, Callans DJ, Nazarian S, Dixit S, Kumareswaran R, Zado ES, Marchlinski FE: Sinus rhythm electrocardiographic abnormalities, sites of origin, and ablation outcomes of ventricular premature depolarizations initiating ventricular fibrillation. <u>Heart Rhythm</u> 20(6): 844-852, Jun 2023.

140. **Deo R**, Dubin RF, Ren Y, Murthy AC, Wang J, Zheng H, Zheng Z, Feldman H, Shou H, Coresh J, Grams M, Surapaneni AL, Bhat Z, Cohen JB, Rahman M, He J, Saraf SL, Go AS, Kimmel PL, Vasan RS, Segal MR, Li H, Ganz P: Proteomic cardiovascular risk assessment in chronic kidney disease. <u>Eur Heart J</u> 44(23): 2095-2110, Jun 2023. PMCID: PMC10281556

141. Kiernan E, Surapaneni A, Zhou L, Schlosser P, Walker KA, Rhee EP, Ballantyne CM, **Deo R**, Dubin RF, Ganz P, Coresh J, Grams ME: Alterations in the

Circulating Proteome Associated with Albuminuria. <u>J Am Soc Nephrol</u> 34(6): 1078-1089, Jun 2023. PMCID: PMC10278823

142. Wettersten N, Katz R, Greenberg JH, Gutierrez OM, Lima JAC, Sarnak MJ, Schrauben S, **Deo R**, Bonventre J, Vasan RS, Kimmel PL, Shlipak M, Ix JH: Association of Kidney Tubule Biomarkers With Cardiac Structure and Function in the Multiethnic Study of Atherosclerosis. <u>Am J Cardiol</u> 196: 11-18, Jun 2023. PMCID: PMC10204591

143. Garg L, Moss J, Hyman MC, Arkles J, Callans DJ, Dixit S, Epstein AE, Frankel DS, Garcia FC, Kumareswaran R, Sharkoski T, Markman TM, Nazarian S, Riley MP, Santangeli P, Schaller RD, Supple GE, Marchlinski F, **Deo R**: Simultaneous comparison of patch versus multielectrode cardiac monitoring for the detection of arrhythmias: The COMPARE study. <u>Heart Rhythm</u> 20(8): 1202-1203, Aug 2023.

144. Eberly LA, Lin A, Park J, Khoshnab M, Garg L, Chee J, Kallan MJ, Walsh K, Supple GE, Schaller RD, Santangeli P, Riley MP, Nazarian S, Arkles J, Hyman M, Lin D, Guandalini G, Kumareswaran R, **Deo R**, Zado ES, Epstein A, Frankel DS, Callans DJ, Marchlinski FE, Dixit S: Presence of sinus rhythm at time of ablation in patients with persistent atrial fibrillation undergoing pulmonary vein isolation is associated with improved long-term arrhythmia outcomes. <u>J Interv Card Electrophysiol</u> 66(6): 1455-1464, Sep 2023.

145. Dubin RF*, **Deo R***, Ren Y, Wang J, Zheng Z, Shou H, Go AS, Parsa A, Lash JP, Rahman M, Hsu CY, Weir MR, Chen J, Anderson A, Grams ME, Surapaneni A, Coresh J, Li H, Kimmel PL, Vasan RS, Feldman H, Segal MR, Ganz P; CRIC Study Investigators; CKD Biomarkers Consortium.: Proteomics of CKD progression in the chronic renal insufficiency cohort. <u>Nat Commun</u> 14(1): 6340, Oct 2023, PMCID: PMC10564759. Notes: **\* These authors contributed equally to this manuscript.**

146. Rosso M, Ramaswamy S, Kvantaliani N, Mulatu Y, Little JN, Marczak I, Brahmaroutu A, **Deo R**, Lewey J, Messé SR, Cucchiara BL, Levine SR, Kasner SE: Stroke-Heart Syndrome: Does Sex Matter? <u>J Am Heart Assoc</u> 12(21): e029799, Nov 2023. PMCID: PMC10727394

147. Thind M, Arceluz MR, Lucena-Padros I, Kubala M, Mirwais M, Bode W, Cerantola M, Sugrue A, Van Niekerk C, Vigdor A, Patel NA, AlSalem AB, Zado ES, Kumareswaran R, Lin D, Arkles JS, Garcia FC, Guandalini GS, Markman TM, Riley MP, **Deo R**, Schaller RD, Nazarian S, Dixit S, Epstein AE, Supple GE, Frankel DS, Tschabrunn CM, Santangeli P, Callans DJ, Hyman MC, Marchlinski FE: Identifying Origin of Nonpulmonary Vein Triggers Using 2 Stationary Linear Decapolar Catheters: A Novel Algorithm. <u>JACC Clin Electrophysiol</u> 9(11): 2275-2287, Nov 2023.

148. Pothineni NVK, Batnyam U, Schwennesen H, Tierney A, Messé SR, Cucchiara B,

Mendelson TB, Luebbert JJ, Yang W, Kumareswaran R, Hyman MC, Lin D, Dixit S, Epstein AE, Arkles JS, Nazarian S, Schaller RD, Supple GE, Callans D, Yaeger A, Frankel DS, Santangeli P, Kasner SE, Marchlinski FE, **Deo R**: Evaluation of organized atrial arrhythmias after cryptogenic stroke. <u>Heart Rhythm O2</u> 5(1): 34-40, Dec 2023. PMCID: PMC10837165

149. Schaller RD, Hyman M, Supple GE, Santangeli P, Riley MP, Nazarian S, Arkles J, Garcia F, Lin D, Guandalini G, Kumareswaran R, **Deo R**, Bode W, Markman T, Epstein A, Callans DJ, Dixit S, Brozoski J, Marchlinski FE, Frankel DS: Defibrillation testing of the subcutaneous implantable cardioverter-defibrillator at the time of generator replacement. <u>Heart Rhythm</u> 21(1): 117-118, Jan 2024.

150. Rosso M, Ramaswamy S, Mulatu Y, Little JN, Kvantaliani N, Brahmaroutu A, Marczak I, Lewey J, **Deo R**, Messé SR, Cucchiara BL, Levine SR, Kasner SE: Rising Cardiac Troponin: A Prognostic Biomarker for Mortality After Acute Ischemic Stroke. <u>J Am Heart Assoc</u> 13(4): e032922, Feb 2024. PMCID: PMC11010097

151. Raad M, Yogasundaram H, Oranefo J, Guandalini G, Markman T, Hyman M, Schaller R, Supple G, **Deo R**, Nazarian S, Riley M, Lin D, Garcia F, Dixit S, Epstein AE, Callans D, Marchlinski FE, Frankel DS: Class 1C Antiarrhythmics for Premature Ventricular Complex Suppression in Nonischemic Cardiomyopathy With Implantable Cardioverter-Defibrillators. <u>JACC Clin Electrophysiol</u> 10(6): 846-853, May 2024.

152. Baudier RL, Orlandi PF, Yang W, Chen HY, Bansal N, Blackston JW, Chen J, **Deo R**, Dobre M, He H, He J, Ricardo AC, Shafi T, Srivastava A, Xie D, Susztak K, Feldman HI, Anderson AH; CRIC Study Investigators: Matrix Metalloproteinase-2 and CKD Progression: The Chronic Renal Insufficiency Cohort (CRIC) Study. <u>Kidney Med</u> 6(8): 100850, Jun 2024. PMCID: PMC11315214

153. Thind M, Oraii A, Chaumont C, Arceluz MR, Sekigawa M, Yogasundaram H, Sugrue A, Mirwais M, AlSalem AB, Zado ES, Guandalini GS, Markman TM, **Deo R**, Schaller RD, Dixit S, Epstein AE, Supple GE, Tschabrunn CM, Santangeli P, Callans DJ, Hyman MC, Nazarian S, Frankel DS, Marchlinski FE.: Predictors of nonpulmonary vein triggers for atrial fibrillation: A clinical risk score. <u>Heart Rhythm</u> 21(6): 806-811, Jun 2024.

154. Chaumont C, Oraii A, Garcia FC, Supple GE, Santangeli P, Kumareswaran R, Dixit S, Markman TM, Schaller RD, Zado ES, Guandalini GS, Lin D, Riley MP, Shivamurthy P, Enriquez A, Epstein AE, **Deo R**, Nazarian S, Callans DJ, Frankel DS, Anselme F, Marchlinski FE, Hyman MC: The Safety and Efficacy of Epicardial Carbon Dioxide Insufflation Compared With Conventional Epicardial Access. <u>JACC Clin Electrophysiol</u> 10(7): 1565-1573, Jul 2024.

155. Schlosser P, Surapaneni AL, Borisov O, Schmidt IM, Zhou L, Anderson A, **Deo R**,

Dubin R, Ganz P, He J, Kimmel PL, Li H, Nelson RG, Porter AC, Rahman M, Rincon-Choles H, Shah V, Unruh ML, Vasan RS, Zheng Z, Feldman HI, Waikar SS, Köttgen A, Rhee EP, Coresh J, Grams ME; Chronic Renal Insufficiency Cohort (CRIC) Study Investigators and the CKD Biomarkers Consortium.: Association of Integrated Proteomic and Metabolomic Modules with Risk of Kidney Disease Progression. <u>J Am Soc Nephrol</u> 35(7): 923-935, Jul 2024. PMCID: PMC11230725

156. Dubin RF, **Deo R**, Ren Y, Wang J, Pico AR, Mychaleckyj JC, Kozlitina J, Arthur V, Lee H, Shah A, Feldman H, Bansal N, Zelnick L, Rao P, Sukul N, Raj DS, Mehta R, Rosas SE, Bhat Z, Weir MR, He J, Chen J, Kansal M, Kimmel PL, Ramachandran VS, Waikar SS, Segal MR, Ganz P; CRIC Study Investigators: Incident heart failure in chronic kidney disease: proteomics informs biology and risk stratification. <u>Eur Heart J</u> 45(30): 2752-2767, Aug 2024. PMCID: PMC11313584

157. Markman TM, Lin D, Nazarian S, van Niekerk CJ, Mirwais M, Garg L, Bode W, Smietana J, Sugrue A, Patel NA, Patel D, Ha B, Hyman MC, Riley M, Callans DJ, **Deo R**, Yang R, Schaller RD, Kumareswaran R, Guandalini GS, Epstein AE, Marchlinski FE, Frankel DS: Intraoperative Pectoral Nerve Blocks During Cardiac Implantable Electronic Device Procedures. <u>Heart Rhythm</u> Aug 2024 Notes: Online ahead of print.

158. Xiao C, Tamura MK, Pan Y, Rao V, Missikpode C, Vlasschaert C, Nakao T, Sun X, Li C, Huang Z, Anderson A, Uddin MM, Kim DK, Taliercio J, **Deo R**, Bhat Z, Xie D, Rao P, Chen J, Lash JP, He J, Natarajan P, Hixson JE, Yaffe K, Kelly TN; CRIC Study Investigators: Clonal hematopoiesis of indeterminate potential is associated with reduced risk of cognitive impairment in patients with chronic kidney disease. <u>Alzheimers Dement</u> Aug 2024 Notes: Online ahead of print.

159. **Deo R**, Dubin RF, Ren Y, Wang J, Feldman H, Shou H, Coresh, J, Grams ME, Surapaneni AL, Cohen JB, Kansal M, Rahman M, Dobre M, He J, Kelly T, Go AS, Kimmel PL, Vasan RS, Segal MR, Li H, Ganz P: Proteomic Assessment of the Risk of Secondary Cardiovascular Events among Individuals with Chronic Kidney Disease <u>J Am Soc Nephrol</u> 2024 Notes: Accepted for publication; In press.

<u>Research Publications, peer-reviewed reviews:</u>

1. **Deo R**, de Lemos JA: B-type natriuretic peptide in ischemic heart disease. <u>Curr Cardiol Rep</u> 5(4): 271-277, Jul 2003.

2. **Deo R**, Berger R: The clinical utility of entrainment pacing. <u>J Cardiovasc Electrophysiol</u> 20(4): 466-470, Apr 2009.

3. Mountantonakis S, **Deo R**: Biomarkers in Atrial Fibrillation, Ventricular Arrythmias, and Sudden Cardiac Death. <u>Cardiovasc Ther</u> 30(2): e74-80, Apr 2012.

4. Whitman IR, Feldman HI, **Deo R**: CKD and sudden cardiac death: epidemiology, mechanisms and therapeutic approaches. J Am Soc Nephrol 23(12): 1929-1939, Dec 2012. PMCID: PMC3507359

5. Pathak RK, Sanders P, **Deo R**: Primary prevention implantable cardioverter-defibrillator and opportunities for sudden cardiac death risk assessment in non-ischaemic cardiomyopathy. Eur Heart J 39(31): 2859-2866, Aug 2018. PMCID: PMC6100755

6. Siripanthong B, Nazarian S, Muser D, **Deo R**, Santangeli P, Khanji MY, Cooper LT Jr, Chahal CAA.: Recognizing COVID-19-related myocarditis: The possible pathophysiology and proposed guideline for diagnosis and management. Heart Rhythm 17(9): 1463-1471, Sep 2020. PMCID: PMC7199677

7. Pothineni NVK, Santangeli P, **Deo R**, Marchlinski FE, Hyman MC: COVID-19 and electrophysiology procedures - review, reset, reboot!!! J Interv Card Electrophysiol 59(2): 303-305, Nov 2020.

Editorials, Reviews, Chapters, including participation in committee reports:

1. **Deo R**, Cannon CP, de Lemos JA: ST Segment Elevation Myocardial Infarction. Essential Cardiology, Principles and Practices. Humana Press, 2nd edition: 489-520, Dec 2005.

2. Goldschlager NF, **Deo R** : Update on Pharmacologic Strategies for Atrial Fibrillation: Rate, Rhythm, and Beyond. John Hopkins Advanced Studies in Medicine 6(5): 213-223, May 2006.

3. **Deo R**: Cor Pulmonale. The AHA Clinical Cardiac Consult. J. V. (Ian) Nixon. Assoc. Eds: Aurigemma GP, Bolger A, Chaitman B, Crawford MH, Fletcher G, Francis GS, Gersony WM, Harrington RA, Ott P, Wenger N. (eds.). Published by Lippincott Williams & Wilkins. 2nd ed: 142, Aug 2010.

4. **Deo R**, Varosy PD: Invited commentary-Global arrhythmia burden: the public health implications of the rise in atrial fibrillation comment on "The increasing burden of atrial fibrillation compared with heart failure and myocardial infarction". Arch Intern Med 172(9): 741-742, May 2012.

5. Weber B and **Deo R**: Inherited Ventricular Arrhythmias. Cardiovascular Genetics and Genomics in Clinical Practice. Demos Medical, Page: 153-168, Nov 2014.

6. Obeng-Gyimah EK, **Deo R**: Cardiorenal Resynchronization Therapy: Strengthening the Heart and Kidneys. Clin J Am Soc Nephrol 10(10): 1705-1707, Sep 2015. PMCID: PMC4594077

7. Patel PJ, **Deo R**: Atrial Fibrillation and the Risk of Stroke: Does Timing Matter? <u>Circ Arrhythm Electrophysiol</u>  8(5): 1002-1004, Oct 2015.

8. **Deo R**, Epstein AE: Moving Further Upstream in the Prevention of Cardiac Arrest and its Complications. <u>J Am Coll Cardiol</u> 67(17): 1991-1993, May 2016.

9. Benjamin EJ, Blaha MJ, Chiuve SE, Cushman M, Das SR, **Deo R**, de Ferranti SD, Floyd J, Fornage M, Gillespie C, Isasi CR, Jiménez MC, Jordan LC, Judd SE, Lackland D, Lichtman JH, Lisabeth L, Liu S, Longenecker CT, Mackey RH, Matsushita K, Mozaffarian D, Mussolino ME, Nasir K, Neumar RW, Palaniappan L, Pandey DK, Thiagarajan RR, Reeves MJ, Ritchey M, Rodriguez CJ, Roth GA, Rosamond WD, Sasson C, Towfighi A, Tsao CW, Turner MB, Virani SS, Voeks JH, Willey JZ, Wilkins JT, Wu JH, Alger HM, Wong SS, Muntner P: Heart Disease and Stroke Statistics-2017 Update: A Report From the American Heart Association. <u>Circulation</u> 135(10): e146-e603, Mar 2017. PMCID: PMC5408160

10. Hyman MC, **Deo R**: Proteomics of Atrial Fibrillation Evolving From a Coarse Understanding to a Fine Phenotype. <u>JAMA Cardiol</u> 2(5): 474-475, May 2017.

11. Benjamin EJ, Virani SS, Callaway CW, Chamberlain AM, Chang AR, Cheng S, Chiuve SE, Cushman M, Delling FN, **Deo R**, de Ferranti SD, Ferguson JF, Fornage M, Gillespie C, Isasi CR, Jiménez MC, Jordan LC, Judd SE, Lackland D, Lichtman JH, Lisabeth L, Liu S, Longenecker CT, Lutsey PL, Mackey JS, Matchar DB, Matsushita K, Mussolino ME, Nasir K, O'Flaherty M, Palaniappan LP, Pandey A, Pandey DK, Reeves MJ, Ritchey MD, Rodriguez CJ, Roth GA, Rosamond WD, Sampson UKA, Satou GM, Shah SH, Spartano NL, Tirschwell DL, Tsao CW, Voeks JH, Willey JZ, Wilkins JT, Wu JH, Alger HM, Wong SS, Muntner P: Heart Disease and Stroke Statistics-2018 Update: A Report From the American Heart Association. <u>Circulation</u> 137(12): e67-e492, Mar 2018.

12. Arscott WT, Lal P, Mamtani R, O'Quinn R, **Deo R**, Jones J: Long-term Survival After Treating Cardiac Metastasis With Radiation and Immune Therapy: A Case Report. <u>Cureus</u> 10(5): e2607, May 2018. PMCID: PMC6039219

13. Turakhia MP, Blankestijn PJ, Carrero J, Clase CM, **Deo R**, Herzog CA, Kasner SE, Passman RS, Pecoits-Filho R, Reinecke H, Shroff GR, Zareba W, Cheung M, Wheeler DC, Winkelmayer WC, Wanner C: Chronic kidney disease and arrhythmias: conclusions from a Kidney Disease: Improving Global Outcomes (KDIGO) Controversies Conference. <u>Eur Heart J</u> 39(24): 2314-2325, Jun 2018. PMCID: PMC6012907

14. Yannopoulos D, Bartos JA, Aufderheide TP, Callaway CW, **Deo R**, Garcia S, Halperin HR, Kern KB, Kudenchuk PJ, Neumar RW, Raveendran G: The Evolving Role of the Cardiac Catheterization Laboratory in the Management of Patients With Out-of-Hospital Cardiac Arrest: A Scientific Statement From the American Heart Association. <u>Circulation</u> 139(12): e530-e552, Mar 2019.

15. Hyman MC, **Deo R**: Post-cardiac arrest evaluation: understanding non-shockable rhythms. Eur Heart J 40(47): 3835-3837, Dec 2019.

16. Patel PJ, **Deo R**: Atrial fibrillation in sub-Saharan Africa: Not so black and white? J Cardiovasc Electrophysiol 30(12): 3017-3019, Dec 2019.

17. Pothineni NVK, **Deo R**.: Screening for Atrial Fibrillation: Closing the "LOOP" Circulation 141: 1523-1526, May 2020.

18. Ganz P, **Deo R**, Dubin RF.: Proteomics for personalized cardiovascular risk assessment: in pursuit of the Holy Grail. Eur Heart J 41: 4008-4010, Nov 2020. PMCID: PMC7672528

19. **Deo R**, Pothineni NVK: The "Shocking" Reality of ICD Therapies. J Am Coll Cardiol 77(20): 2463-2465, May 2021.

20. Chokshi NP, **Deo R**: Teaming up to return to play: A shared responsibility to optimize care. Heart Rhythm O2 3(2): 141-142, Feb 2022. PMCID: PMC9043381

21. Hyman MC, **Deo R**: Sudden Cardiac Death: In Search of a New Standard. JACC Clin Electrophysiol 9(3): 414-415, Mar 2023.

22. Marijon E, Narayanan K, Smith K, Barra S, Basso C, Blom MT, Crotti L, D'Avila A, **Deo R**, Dumas F, Dzudie A, Farrugia A, Greeley K, Hindricks G, Hua W, Ingles J, Iwami T, Junttila J, Koster RW, Le Polain De Waroux JB, Olasveengen TM, Ong MEH, Papadakis M, Sasson C, Shin SD, Tse HF, Tseng Z, Van Der Werf C, Folke F, Albert CM, Winkel BG.: The Lancet Commission to reduce the global burden of sudden cardiac death: a call for multidisciplinary action. Lancet 402(10405): 883-936, Sep 2023.

23. Petzl AM, **Deo R**.: Left Atrial Cardiomyopathy: A Puzzling Disease Process Short of an Easy Answer. J Am Heart Assoc 13(7): e034268, Apr 2024. PMCID: PMC11179779

24. Lampert R, Chung EH, Ackerman MJ, Arroyo AR, Darden D, **Deo R**, Dolan J, Etheridge SP, Gray BR, Harmon KG, James CA, Kim JH, Krahn AD, La Gerche A, Link MS, MacIntyre C, Mont L, Salerno JC, Shah MJ.: 2024 HRS expert consensus statement on arrhythmias in the athlete: Evaluation, treatment, and return to play. Heart Rhythm May 2024 Notes: Online ahead of print.

25. Tertulien T, **Deo R**: Social Determinants of Health and Ventricular Tachycardia. JACC Clin Electrophysiol Jul 2024 Notes: Online ahead of print.

Contributions to peer-reviewed research publications, participation cited but not by authorship:

1. Wanner C, Herzog CA, Turakhia MP; Conference Steering Committee.: Chronic kidney disease and arrhythmias: highlights from a Kidney Disease: Improving Global Outcomes (KDIGO) Controversies Conference. Kidney Int 94(2): 231-234, Aug 2018.

2. Schrauben SJ, Shou H, Zhang X, Anderson AH, Bonventre JV, Chen J, Coca S, Furth SL, Greenberg JH, Gutierrez OM, Ix JH, Lash JP, Parikh CR, Rebholz CM, Sabbisetti V, Sarnak MJ, Shlipak MG, Waikar SS, Kimmel PL, Vasan RS, Feldman HI, Schelling JR; CKD Biomarkers Consortium and the Chronic Renal Insufficiency Cohort (CRIC) Study Investigators.: Association of Multiple Plasma Biomarker Concentrations with Progression of Prevalent Diabetic Kidney Disease: Findings from the Chronic Renal Insufficiency Cohort (CRIC) Study. J Am Soc Nephrol.   (eds.). 32(1): 115-126, Jan 2021. PMCID: PMC7894671

3. Bernstein RA, Kamel H, Granger CB, Piccini JP, Sethi PP, Katz JM, Vives CA, Ziegler PD, Franco NC, Schwamm LH; STROKE-AF Investigators: Effect of Long-term Continuous Cardiac Monitoring vs Usual Care on Detection of Atrial Fibrillation in Patients With Stroke Attributed to Large- or Small-Vessel Disease: The STROKE-AF Randomized Clinical Trial. JAMA 325: 2169-2177, Jun 2021. PMCID: PMC8170544

4. Denburg MR, Xu Y, Abraham AG, Coresh J, Chen J, Grams ME, Feldman HI, Kimmel PL, Rebholz CM, Rhee EP, Vasan RS, Warady BA, Furth SL; CKD Biomarkers Consortium.: Metabolite Biomarkers of CKD Progression in Children. Clin J Am Soc Nephrol 16(8): 1178-1189, Aug 2021. PMCID: PMC8455058

5. Greenberg JH, Abraham AG, Xu Y, Schelling JR, Feldman HI, Sabbisetti VS, Ix JH, Jogalekar MP, Coca S, Waikar SS, Shlipak MG, Warady BA, Vasan RS, Kimmel PL, Bonventre JV, Denburg M, Parikh CR, Furth S; CKD Biomarkers Consortium; CKD Biomarker consortium.: Urine Biomarkers of Kidney Tubule Health, Injury, and Inflammation are Associated with Progression of CKD in Children. J Am Soc Nephrol 16(8): 1178-1189, Aug 2021. PMCID: PMC8722795

6. Chen TK, Coca SG, Estrella MM, Appel LJ, Coresh J, Thiessen Philbrook H, Obeid W, Fried LF, Heerspink HJL, Ix JH, Shlipak MG, Kimmel PL, Parikh CR, Grams ME; CKD Biomarkers Consortium (BioCon).: Longitudinal TNFR1 and TNFR2 and Kidney Outcomes: Results from AASK and VA NEPHRON-D. J Am Soc Nephrol 33(5): 996-1010, May 2022. PMCID: PMC9063900

7. Sapa H, Gutiérrez OM, Shlipak MG, Katz R, Ix JH, Sarnak MJ, Cushman M, Rhee EP, Kimmel PL, Vasan RS, Schrauben SJ, Feldman HI, Seegmiller JC, Brunengraber H, Hostetter TH, Schelling JR; CKD Biomarkers Consortium.: Association of Uremic Solutes With Cardiovascular Death in Diabetic Kidney Disease. Am J Kidney Dis.   (eds.). 80(4): 502-512, Oct 2022. PMCID: PMC9554797

8. Schwamm LH, Kamel H, Granger CB, Piccini JP, Katz JM, Sethi PP, Sidorov EV, Kasner SE, Silverman SB, Merriam TT, Franco N, Ziegler PD, Bernstein RA; STROKE AF Investigators.: Predictors of Atrial Fibrillation in Patients With Stroke Attributed to Large- or Small-Vessel Disease: A Prespecified Secondary Analysis of the STROKE AF Randomized Clinical Trial. <u>JAMA Neurol</u> 80(1): 99-103, Jan 2023. PMCID: PMC9664367

9. Bernstein RA, Kamel H, Granger CB, Piccini JP, Katz JM, Sethi PP, Pouliot E, Franco N, Ziegler PD, Schwamm LH; STROKE AF Investigators.: Atrial Fibrillation In Patients With Stroke Attributed to Large- or Small-Vessel Disease: 3-Year Results From the STROKE AF Randomized Clinical Trial. <u>JAMA Neurol</u> 80: 1277-1283, Dec 2023. PMCID: PMC10616765

10. Mayne KJ, Staplin N, Keane DF, Wanner C, Brenner S, Cejka V, Stegbauer J, Judge PK, Preiss D, Emberson J, Trinca D, Dayanandan R, Lee R, Nolan J, Omata A, Green JB, Cherney DZI, Hooi LS, Pontremoli R, Tuttle KR, Lees JS, Mark PB, Davies SJ, Hauske SJ, Steubl D, Brückmann M, Landray MJ, Baigent C, Haynes R, Herrington WG; EMPA-KIDNEY Collaborative Group.: Effects of Empagliflozin on Fluid Overload, Weight, and Blood Pressure in CKD. <u>J Am Soc Nephrol</u> 35(2): 202-215, Feb 2024. PMCID: PMC7615589

<u>Alternative Media:</u>
1. Rajat Deo: Sudden Cardiac Death in Postmenopausal Women. <u>Cardiac Rhythm Newshttp://www.cxvascular.com/crn-videos/cardiac-rhythm-news</u> Aug 2011.

**<u>PLEASE SEE NEXT PAGE FOR ALL GRANT SUPPORT</u>**

## GRANT SUPPORT

### CURRENT GRANT SUPPORT:

**D24 AC00253-00** (PI – Alur; **Clinical PI – Deo**)                08/30/24 – 08/29/28
ARPA-H: *Safe and Explainable AI enabled Decision Making for Personalized Clinical Decision Support*

Our overall goal is to develop algorithms for training of neurosymbolic models. We are evaluating inpatient cardiac telemetry data (raw, digital tracings) to predict ventricular arrhythmias and in-hospital cardiac arrest.

**R01 HL159081** (**Multiple PI – Rajat Deo** / Ruth Dubin / Peter Ganz)        07/02/21 – 07/01/25
NIH/NHLBI: *Proteomics of Cardiovascular Risk: The Multiethnic Study of Atherosclerosis*

Our overall goal is to evaluate novel protein biomarkers for subclinical cardiovascular disease. We will develop prediction models and utilize pathway analyses to understand subclinical cardiovascular disease and its progression across the longitudinal imaging obtained in MESA.

**R01 HL161303** (**Multiple PI - Rajat Deo**/ Wei Yang/ Wen Guo)        04/01/22 -- 03/31/26
NIH/NHLBI: *Dynamic Longitudinal Functional Models with Applications to the CRIC Study*

The goals of this project are to develop novel dynamic longitudinal functional models and to apply them to electrocardiographic data that are measured repeatedly over time in the Chronic Renal Insufficiency Cohort. We are validating our discovery using an external cohort of CKD patients collected from Penn Medicine.

**R01 MH130435** (**Role: co-Investigator**)                09/01/22 – 08/31/25
NIH/NIMH: *Drug Interactions Involving Second-generation Antipsychotic Agents Leading to Sudden Cardiac Arrest*
The goals of this project are to 1) Perform high-throughput pharmacoepidemiology screening to identify drugs that may increase the rate of out-of-hospital SCA/VA in persons taking commonly used second generation antipsychotic agents and 2) In two independent validation populations, conduct hypothesis-driven etiologic pharmacoepidemiology studies to either confirm or refute high-priority potential drug interactions identified in Aim 1, and to elucidate factors that place patients at increased risk of out-of-hospital SCA/VA associated with specific drug pairs.

**R01 HL169458** (**Role: co-Investigator**)                07/01/23 – 06/30/28
NIH/NHLBI: *Methods for Enhancing Polygenic Risk Prediction Models for Complex Disease*
This project is designed to develop novel methods for polygenic scores with applications in cardiovascular disease.

### PAST GRANT SUPPORT:

**U01 DK108809** (**Multiple PI – Rajat Deo** / Ruth Dubin / Peter Ganz)        08/01/16 - 07/31/24
NIH/NIDDK: *Identifying Modifiable Biomarkers / Mediators for Cardiovascular Disease in CKD*

In this project, we leveraged large-scale proteomics (SOMAscan, SomaLogic, Boulder, CO) to identify novel protein biomarkers of cardiovascular disease in participants from the Chronic Renal Insufficiency Cohort Study.

Rajat Deo, MD, MTR                                                                                    Page 37

**Ambulatory Monitoring Study post COVID-19 (PI – Rajat Deo)**        12/01/20 – 12/31/22
*Cardiac Arrhythmia Extended monitoring among high-risk COVID-19 survivors (CARE-COVID)*
Sponsor: iRhythm Technologies, Inc.

The objectives of the study were to determine prevalence and burden of cardiac arrhythmias among
COVID-19 survivors, who were hospitalized in the ICU or had evidence of cardiac injury.

**U01 AI034989 (Role: co-Investigator)**                                        01/01/19 – 12/31/19
NIH/NIAID: *Electrocardiographic feature extraction in the Women's HIV Study*

The overall objective of this project was to develop novel statistical methods for analyzing
electrocardiogram (ECG) data that are measured at baseline in the Women's Interagency HIV
Study (WIHS) cohort.  Functional ECG features that are associated with cardiac structure and
function, neurocognition, and HIV infection status were characterized.

**K23 DK089118 (PI – Rajat Deo)**                                               07/01/10 – 08/30/15
NIH/NIDDK: *Renin-Angiotensin-Aldosterone System and Cardiac Arrhythmias in People with Chronic
Kidney Disease*

This is an ancillary study to the Chronic Renal Insufficiency Cohort (CRIC) that evaluated the role of
the renin-angiotensin-aldosterone system in atrial fibrillation and fatal cardiovascular disease among
people with chronic kidney disease.  The study evaluated baseline aldosterone with markers of
conduction disease with various arrhythmic endpoints. As part of the study, the PI led the adjudication
of atrial fibrillation and sudden cardiac death in the CRIC study.

**McCabe Fund Pilot Award**, Univ. of Pennsylvania  **(PI - Rajat Deo)**        07/01/09 to 06/30/11
*Genetic Polymorphisms in the Renin-Angiotension-Aldosterone System and Cardiac Arrhythmias*

Goals: To better understand the role of the renin-angiotension-aldosterone system (RAAS) in cardiac
arrhythmias including sudden cardiac death and atrial fibrillation among a cohort of participants with
chronic kidney disease (CKD).

**Junior Investigator Pilot Grant**, Univ. of Pennsylvania **(PI – Rajat Deo)**  07/01/09 to 06/30/11
*Renin-Angiotension-Aldosterone System and Cardiac Arrhythmias*

Goals: To evaluate whether renin and aldosterone levels are associated with atrial fibrillation and
sudden cardiac death among patients in the Penn Medicine Biobank.

**Kynett-FOCUS Junior Faculty Investigator Award  (PI - Rajat Deo)**            10/01/09 to 09/30/10
University of Pennsylvania
*A Comparison of Risk Factors for Cardiovascular Death and Sudden Cardiac Death Using a Competing
Risk Analysis in Women*

Goals: To compare risk factors for sudden cardiac death to those of non-sudden cardiovascular death
among women enrolled in the Hormone and Estrogen Replacement Study.

**KL2-RR024132  (Role - Scholar)**                                              07/01/08 to 06/30/10
NIH/NCRR: *Institutional Clinical and Translational Science Award (CTSA)*

The ojectives of this institutional training award are to develop interdisciplinary structures designed to
foster and facilitate research and education.



# Shauna Hull, BSN, RN, CPC
**Qlarant Job Title:** Project Manager I

## EDUCATION
- Bachelor of Science-Nursing, University of Central Oklahoma, Edmond, OK, 2005

## Summary:
Completes desk review or field audits to meet applicable contract requirements and to identify evidence of potential overpayment or fraud. Completes inquiry letters, investigation finding letters and case summaries. Investigates and refers all potential fraud leads to the investigators/auditors. Collaborates with law enforcement and conduct medical reviews along with testifying in trials as needed. Participates in internal and external focus groups and other projects, as required. Identifies opportunities to improve processes and procedures. Mentor and provide guidance to junior and level one analysts. Performs a variety of tasks some requiring independent thought and research. Seasoned registered nurse with 19+ years' healthcare experience.

## Experience
**May 2017 – Present**                          **Qlarant (formerly Health Integrity), Dallas, TX**
*Project Manager I*
*Claims Analyst Lead*
*Claims Analyst II*
- See summary

**July 2015 – May 2017**                          **Professional Healthcare Solutions, Yukon, OK**
*Medical Review*

- Medical record and claims review for Medicare and Medicaid fraud, waste and abuse.
- Investigated and referred all potential fraud leads to the investigators/auditors.
- Mentor and provide guidance to junior and new medical reviewers.

**February 2014 – June 2015**                          **Option One, Oklahoma City, OK**
*Lead Infusion Nurse*

- Managed infusion suites in office, performed infusions within patient's homes and coordinated home nursing visits to include ensuring all state laws and regulations were followed.

**January 2008 – May 2014**                          **Oklahoma Heart Hospital, Oklahoma City, OK**
*Registered Nurse, Post Coronary Care Unit*

- Direct bedside care for telemetry patients to include pre and post-catherization and pre and post-surgical patients for 60 bed unit. Coordinated care with physician and medical team to ensure that patients had positive outcomes.

**September 2007 – January 2008**                          **Loving Care Home Health; Yukon, OK**



*Registered Nurse, Home Health/Hospice*

- Managed caseload of 15-20 patients to provide education, treatment, education, continuing support of intravenous therapy, venipuncture, transport of labwork and wound care of all types. Developed patient care plans. Hospice care provided on occasion. Coordinated with other agencies for services outside of the scope of practice of the company.

**April 2006 – August 2007**                    **Oklahoma Heart Hospital, Oklahoma City, OK**
*Registered Nurse, Post Coronary Care Unit*

- Refer to job description above.

**June 2005 – March 2006**                    **VA Medical Center; Oklahoma City, OK**
*Registered Nurse, Surgical/Telemetry unit*

- Direct bedside care for med-surgical/telemetry patients for 30 bed unit. Charge nurse on occasion for unit. Coordinated with physician and medical team to ensure that patients had positive outcomes.

**October 1998 – June 2005**                    **University of Central Oklahoma, Edmond, OK**
*College*

- Attending college with graduation in May 2005 with a Bachelor of Science in Nursing.

**January 1993 – October 1998**                    **United States Air Force**
*Security Police, Law Enforcement*

- Performed, supervised and led security police activities including weapon system, resource security, antiterrorism, law enforcement/investigations, air base defense, armament and equipment, training, pass and registration, information security and combat arms.

**Special Skills, Professional Certifications, and Affiliations**
**Certifications/Licenses:**        Compact license-Registered Nurse, Oklahoma
                                    Certified Professional Coder

# Marylee Robinson
Managing Director





**Baltimore, MD USA**
Office: +1.410.775.4073
Mobile: +1.410.340.6496
mrobinson@stout.com

## Education

M.B.A., Accounting
Loyola University Maryland
B.S., Finance
University of Maryland, College Park

## Designations

Certified Public Accountant (CPA)
Certified in Financial Forensics (CFF)
Certified Fraud Examiner (CFE)

## Practice Areas

Complex Business Litigation
Intellectual Property Disputes
Investigations

## Industry Focus

Consumer, Retail, Food & Beverage
Financials
Healthcare & Life Sciences
Technology, Media &
Telecommunications

Marylee Robinson specializes in providing expert testimony and litigation consulting services, including determinations of damages in commercial litigation matters and conducting fraud and forensic accounting investigations.

Ms. Robinson has over 20 years of experience preparing damages opinions in significant intellectual property infringement and breach of contract matters. These matters have included preparing lost profits, disgorgement of profits, price erosion and reasonable royalty damage opinions involving design and utility patents, trademarks, trade dress, and copyrights. Her experience in these matters has covered such industries as pharmaceuticals, software, and most recently consumer electronic devices, including smartphones and tablets.

Ms. Robinson also has extensive experience providing fraud and forensic accounting services in white collar crime cases with an emphasis on matters involving the analysis of voluminous documents and data. Her fraud and forensic accounting experience includes assistance to the Department of Justice in a series of investigations of corporate executives indicted for white collar crimes in both the banking and healthcare industries. Ms. Robinson is frequently involved in the analysis and summarization of government payor healthcare claims as well as the summarization of the bank account activity of potential targets and/or defendants.  Such analysis has been used to support money laundering and wire count charges in federal court as well as to assist in sentencing and forfeiture efforts.

Further, Ms. Robinson has been retained as an expert in multiple matters and has provided testimony in federal court.

## Professional Memberships

- American Bar Association, Section of Litigation
- American Institute of Certified Public Accountants
- Association of Certified Fraud Examiners
- International Women's Insolvency & Restructuring Confederation (IWIRC), Greater Maryland
- Maryland Association of Certified Public Accountants

# Marylee Robinson
Managing Director



---

**Testimony, Expert Reports, and Declaration Experience:**

Trial Testimony in re: <u>United States of America</u> v. Daniel M. Carver, et al (Case No. 9:22-CR-80022), October 2, 2023.

Trial Testimony in re: <u>United States of America</u> v. Ron K. Elfenbein, (Case No. 1:22-CR-00146), July 27, 2023.

Trial Testimony in re: <u>United States of America</u> v. Gilbert R. Ghearing (Case No. 2:19-CR-00010), March 3, 2023.

Trial Testimony in re: <u>United States of America</u> v. Steven J. Valentino, et al. (Case No. 2:20-CR-00309-BMS), September 19-20, 2022.

Expert Report in re: First Home Mortgage Corporation v. <u>Michael J. Farrell, et al</u> (Case No. C-03-CV-19-000145), July 30, 2021.

Trial Testimony in re: <u>United States of America</u> v. Richard Ayazyan, et al. (Case No. 2:20-CR-00579-SVW), June 16-17, 2021 and June 28, 2021.

Expert Report in re: United States of America v. <u>Ashish Sawhney</u> (Case No. 1:20-CR-00192-AGT), May 18, 2021.

Deposition in re: <u>Brightview Group, LP</u> v. Andrew M. Teeters, et al. (Case No. SAG-19-2774), September 8, 2020.

Rebuttal Expert Report in re: <u>Brightview Group, LP</u> v. Andrew M. Teeters, et al. (Case No. SAG-19-2774), August 31, 2020.

Second Supplemental Expert Report in re: <u>Brightview Group, LP</u> v. Andrew M. Teeters, et al. (Case No. SAG-19-2774), July 20, 2020.

Supplemental Expert Report in re: <u>Brightview Group, LP</u> v. Andrew M. Teeters, et al. (Case No. SAG-19-2774), May 26, 2020.

Expert Report in re: <u>Brightview Group, LP</u> v. Andrew M. Teeters, et al. (Case No. SAG-19-2774), May 1, 2020.

Expert Report in re: <u>Phoenix Restoration Group, Inc., et al.</u> v. Liberty Mutual Group, Inc., et al. (Case No. 1:18-CV-2121-RCL), April 30, 2019.

Damages Opinion in re: BPTC One, LLC v. <u>Kettler Management, Inc</u>.(Case No. 434509-V; transferred to arbitrator), November 2, 2018.

Rebuttal Expert Report in re: Hasbro, Inc. v. <u>DC Comics and Warner Bros Entertainment Inc</u>. (Case No. 1:17-cv-6558-LGS), July 19, 2018.

Declaration In Support of Apple's Motion Regarding Ongoing Royalties in re: <u>Apple Inc</u>. v. Samsung Electronics Co. LTD, et al. (Case 5:12-cv-00630-LHK), November 13, 2017.

Trial Testimony in re: Alzheimer's Foundation et al. v. <u>Alzheimer's Disease and Related Disorders Association, Inc. et al</u>. (Case No. 10-cv-3314), September 1, 2017.

---

**Marylee Robinson**
Managing Director



Rebuttal Expert Report in re: Thousand Oaks Barrel Co., LLC v <u>Deep South Barrels</u> (Case No. 1:16-cv-01035), August 30, 2017.

Deposition in re: Thousand Oaks Barrel Co., LLC v <u>American Oak Barrel, Derek Noyes, Sr., and Kyeta King</u> (Case No. 1:16-cv-01334), April 12, 2017.

Expert Report in re: Thousand Oaks Barrel Co., LLC v <u>American Oak Barrel, Derek Noyes, Sr., and Kyeta King</u> (Case No. 1:16-cv-01334), March 2, 2017.

Deposition in re: Alzheimer's Foundation et al. v. <u>Alzheimer's Disease and Related Disorders Association, Inc. et al</u>. (Case No. 10-cv-3314), February 22, 2017.

Expert Report in re: Alzheimer's Foundation et al. v. <u>Alzheimer's Disease and Related Disorders Association, Inc. et al</u>. (Case No. 10-cv-3314), November 14, 2016.
Rebuttal Report Related to Plaintiff's Damages Claim in re: Cre-a-tv, Inc. vs. <u>1332 Londontown Road, LLC, et al</u>. (Case 06-C-15-069122), March 1, 2016.

Expert Report in re: <u>Privado Marketing Group LLC, et al</u>. vs. Eleftheria Rest Corp. (Case 13-cv-3137(ER), February 22, 2016.

Deposition in re: <u>Curtis A. Evans and WhipGolf, LLC</u> v. PlusOne Sports, LLC and Alex Van Alen (Case 1:15-cv-683-CMH/TCB), January 14, 2016.

Rebuttal Expert Report in re: <u>Curtis A. Evans and WhipGolf, LLC</u> v. PlusOne Sports, LLC and Alex Van Alen (Case 1:15-cv-683-CMH/TCB), January 8, 2016.

Supplemental Expert Report in re: <u>Curtis A. Evans and WhipGolf, LLC</u> v. PlusOne Sports, LLC and Alex Van Alen (Case 1:15-cv-683-CMH/TCB), December 17, 2015.

Expert Report in re: <u>Curtis A. Evans and WhipGolf, LLC v. PlusOne Sports</u>, LLC and Alex Van Alen (Case 1:15-cv-683-CMH/TCB), December 3, 2015.

Declaration Regarding Supplemental Damages in re: <u>Apple Inc</u> v. Samsung Electronics Co. LTD, et al. (Case 5:12-cv-00630-LHK), June 6, 2014.

Declaration in Support of Apple Inc.'s Post-Trial Motion for JMOL, Supplemental Damages, and Prejudgment Interest in re: <u>Apple Inc.</u> v. Samsung Electronics Co. LTD, et al. (Case5:11-cv-01846-LHK), December 13, 2013.

## Marylee Robinson
Managing Director



Declaration in Support of Apple's Opposition to Samsung's Administrative Motion for Relief from April 23, 2013 Case Management Order in re: <u>Apple Inc</u>. v. Samsung Electronics Co. LTD, et al. (Case5:11-cv-01846-LHK), July 3, 2013.

Reply Declaration in Support of Apple's Motions for a Permanent Injunction, for Damages Enhancement, for Supplemental Damages and for Prejudgment Interest; and Judgment as a Matter of Law (Renewed), New Trial, and Amended Judgment Order in re: <u>Apple Inc</u>. v. Samsung Electronics Co. LTD, et al. (Case5:11-cv-01846-LHK), November 9, 2012.

Deposition in re: <u>Apple Inc</u>. v. Samsung Electronics Co. LTD, et al. (Case5:11-cv-01846-LHK), November 5, 2012.

Declaration in Support of Apple's Motions for a Permanent Injunction, For Damages Enhancement, For Supplemental Damages and Prejudgment Interest in re: <u>Apple Inc</u>. v. Samsung Electronics Co. LTD, et al. (Case5:11-cv-01846-LHK), September 21, 2012.

Expert Report in re: <u>Taylor</u> v. Hernandez-Diaz (Case No. 347957), Montgomery County Circuit Court, MD, January 13, 2012.

## Publications

"Money laundering: The infiltration of the opioid epidemic into financial institutions," AICPA FLS Fraud Task Force: Eye on Fraud, Summer 2020, Issue 3.

"Red Flags Associated with Personal Bankruptcies Disclosures," The Baltimore Barrister, Volume 8, Number 3, Spring 2019.

"A Taxonomy of Tracing Rules: One Size Does Not Fit All," American Bankruptcy Institute Journal, Volume XXXVII, No. 9, September 2018.

"Trade Secret Damages: A Look at Available Remedies," The SRR Journal, Fall 2016.

"Lost Profits Involving Head-to-Head Competitors," American Bar Association Section of Litigation Expert Witnesses Newsletter, July 26, 2016.

"Akamai Technologies, Inc. v Limelight Networks, Inc.: Federal Circuit Weighs in on a Lost Profits Opinion Involving Head-to-Head Competitors," The SRR Journal, Spring 2016.

"IP Thought Leader Interview: A Discussion with AIPLA Executive Director Lisa Jorgenson", The SRR Journal, Fall 2015.

"The Value of a Girl Scout Cookie Name," Litigation Perspectives, Fall 2013.

**Marylee Robinson**
Managing Director



"A Step in the Right Direction for SEP Litigation," Corporate Counsel, April 2013.

"IP Licensing and Anti-kickback Considerations for Life Science Companies," Litigation Perspectives, Fall 2011.

"Patent Litigation Damages: Apportionment Yes, But How?" Litigation Perspectives, Spring 2011.

"Causation: A Driving Force to Lost Profit Damages," Expert Witnesses 2010 Annual Review (from the ABA Section of Litigation Expert Witnesses Committee), 2010.

"Damage limitations," World Trademark Review, December/January 2010.

### Speeches and Seminars

"Criminal Case on COVID Relief Fund: What Led to Prosecution of $20M PPP Fraud," presented at BSA Experience Conference, August 22, 2022.

"Asset Tracing: Follow The Money," presented at the Forensic Accounting and Asset Forfeiture/Asset Protection Conference, Florida Atlantic University and United States Treasury, May 5, 2022.

"Financial Tracing: From Investigation to Trial," presented to U.S Attorney's Office, Southern District of Florida, September 2020.

"A Taxonomy of Tracing Rules: One Size Does Not Fit All," presented at the ACFE Global Fraud Conference, June 25, 2019.

"The Nuts & Bolts of IP Damages," MACPA Forensic Valuation Conference, April 2016.

"Hot Topics in IP Damages in Canada and the United States," AICPA Forensic and Valuation Services Conference, November 2014.

"IP Valuation," Maryland State Bar Association IP Section Roundtable, September 2013.

"IP Valuation Basics and the Impact of Recent Transactions, Legislation & Litigation," United States Patent and Trademark Office, October 2012.

### Awards and Achievements

Recipient of the 2017 AICPA Forensic and Valuation Services (FVS) Standing Ovation Recognition.