IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | No. 3:24-CR-00250-S |
|---|---|
| v. | |
| KEITH J. GRAY (01) | |

# THE UNITED STATES OF AMERICA'S WITNESS LIST

Pursuant to the Court's orders (Dkts. 11 and 24), the United States, by and through the undersigned counsel, files this Witness List in advance of the February 24, 2025, trial.

| | Witness Name (Probable or Possible) | Fact, Expert, or Record Custodian | Summary of Anticipated Testimony |
|---|---|---|---|
| 1. | Armstrong, Betsy (Probable) | Fact | Betsy Armstrong was the bookkeeper for Parameno, the parent company for Gray's laboratories, Axis and Kingdom, among other related businesses. Armstrong will testify regarding wire payments made to American Health Screening ("AHS") at Gray's direction, as well as the explanations Gray gave her for the payments. |
| 2. | Cawthon, Don (Possible) | Fact | Don Cawthon, a Sergeant with the Medicaid Fraud Control Unit, Texas Office of Attorney General, participated in the investigation in this case. |
| 3. | Decker, Stephen (Probable) | Fact | Stephen Decker will testify about his role in the conspiracy as a so-called "sub-marketer" brought in by Scott Wohrman to obtain additional cardio genetic testing referrals for Gray's laboratories. |
| 4. | Deo, Rajat (Probable) | Expert | *See* Expert Disclosure, Dkts 33, 33-1, & 33-3. |
| 5. | Duckwiler, Douglas (Possible) | Fact | Douglas Duckwiler, a Medicare beneficiary for whom cardio genetic testing was ordered by Gray's laboratory, will testify he was contacted about |

| | Witness Name (Probable or Possible) | Fact, Expert, or Record Custodian | Summary of Anticipated Testimony |
|---|---|---|---|
| | | | genetic testing, sent a saliva swab kit in the mail, never received results nor discussed them with his doctor, and subsequently lodged a complaint with law enforcement. |
| 6. | Dudley, Corey (Probable) | Fact | Corey Dudley was a billing manager for Parameno-related entities, including Axis and Kingdom, and will testify regarding Gray's role in the claims selection and submission process. |
| 7. | Farr, Trevor (Possible) | Fact | Trevor Farr, a part-owner of Parameno, may testify regarding his knowledge of the business relationship between Gray and AHS. |
| 8. | Foster, Tanya (Possible) | Fact | Tanya Foster is a Medicare beneficiary for whom cardio genetic testing was ordered by Gray's laboratory. Foster will testify regarding how she was contacted and that she never received results nor discussed them with her doctor. |
| 9. | Freese, William (Possible) | Fact | William Freese, a Special Agent with Health and Human Services – Office of Inspector General, participated in the investigation in this case. |
| 10. | Harvey, Emily (Possible) | Fact | Emily Harvey is a Medicare beneficiary for whom cardio genetic testing was ordered by Gray's laboratory. |
| 11. | Heneghan, David (Probable) | Fact | David Heneghan co-owned and operated AHS along with Scott Wohrman. Heneghan will testify about his role at AHS running business operations and tracking expenses, as well as AHS's business model. |
| 12. | Moore, Curtiss (Possible) | Fact and Expert | Dr. Curtiss Moore is a cardiologist who may testify regarding signing an order for cardio genetic testing for a Medicare beneficiary for whom Gray's laboratory submitted claims to Medicare. |

**United States of America's Witness List—Page 2**

| | Witness Name (Probable or Possible) | Fact, Expert, or Record Custodian | Summary of Anticipated Testimony |
|---|---|---|---|
| 13. | Moore, Beatrice (Possible) | Fact | Beatrice Moore worked at Parameno as Gray's executive assistant and will testify regarding Axis and Kingdom business operations. |
| 14. | Omar, Gizman (Possible) | Fact | Gizman Omar worked at Parameno as Gray's executive assistant and will testify regarding Axis and Kingdom business operations. |
| 15. | Pittore, Carol (Possible) | Fact | Carol Pittore was employed by Open Med as a purported genetic counselor and may testify regarding business operations. |
| 16. | Robinson, Marylee (Probable) | Fact | Marylee Robinson reviewed financial records and claims data in this case and will testify regarding summary exhibits pursuant to FRE 1006. |
| 17. | Santone, Pamela (Possible) | Fact and Expert | Dr. Pamela Santone is a physician who may testify regarding an order for cardio genetic testing for a Medicare beneficiary for whom Gray's laboratory submitted claims to Medicare. |
| 18. | Schwarm (Hull), Shauna (Probable) | Expert | *See* Expert Disclosure, Dkts. 33, 33-1, & 33-2. |
| 19. | Sewell, Bradley (Probable) | Fact | Brad Sewell was a minority owner of Parameno who will testify about his involvement in the laboratory business and Gray's representations regarding the payments to AHS. |
| 20. | Sewell, Robert Howard (Probable) | Fact | Howard Sewell was another minority owner of Parameno who will testify regarding his knowledge about the relationship with AHS. |
| 21. | Shepard, Nicholas (Possible) | Fact | Nicholas Shepard, a Special Agent with the Federal Bureau of Investigation, participated in the investigation in this case. |
| 22. | Singleton, Michael (Probable) | Fact | Michael Singleton is an accountant with Clifton Lawson Allen, LLP, and will |

| | Witness Name (Probable or Possible) | Fact, Expert, or Record Custodian | Summary of Anticipated Testimony |
|---|---|---|---|
| | | | testify regarding his knowledge of the process and underlying documentation utilized to prepare and file Gray's tax returns, including those for his laboratories, Axis and Kingdom. |
| 23. | Standlee, Stephen (Probable) | Fact | Stephen Standlee worked as an IT specialist for Parameno, and he will testify regarding his knowledge of any software purchased from AHS. |
| 24. | Straight, Richard (Possible) | Fact | Richard Straight, a part-owner of Parameno, may testify regarding his knowledge of the business relationship between Gray and AHS. |
| 25. | Wohrman, Scott (Probable) | Fact | Scott Wohrman was an owner and operator of AHS and will testify to his role in the conspiracy, including relationship with Defendant. Wohrman, through AHS, received kickbacks from Gray in exchange for cardio genetic testing referrals. |
| 26. | Wright, Bryan (Possible) | Fact | Bryan Wright, who worked at Parameno, may testify regarding his knowledge of the business relationship between Gray and AHS. |
| 27. | Record Custodians (Possible) | | Absent a defense stipulation, the government may be required to call records custodians to introduce business records pursuant to FRE 902(11) and 803(6) from the following entities, among others: Bank of America, Hancock Whitney Bank, Bank of the West, Bank of America, JP Morgan Chase Bank, Qlarant Integrity Solutions, Novitas Solutions, Fulgent Genetics, Parameno Health, Sewell Automotive, and Texas Vehicle Exchange. |

(Continued on the next page.)

Respectfully submitted,

CHAD MEACHAM
ACTING UNITED STATES ATTORNEY

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION

By: *s/ Brynn A. Schiess*
Adam Tisdall, Trial Attorney
Brynn A. Schiess, Assistant Chief
Fraud Section, Criminal Division
U.S. Department of Justice
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   (202) 374-3484 (Schiess)
Telephone: (713) 567-9513 (Tisdall)
Brynn.Schiess@usdoj.gov
Adam.Tisdall@usdoj.gov

Dated: January 27, 2025