IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEITH J. GRAY | Case No. 3:24-CR-00250-S |

## UNITED STATES' WRITTEN STATEMENT REGARDING TRIAL

Pursuant to the Court's initial Scheduling Order in the above-referenced matter (Dkt. 11, ¶ 7(e)), the United States of America ("the government"), by and through the undersigned counsel, files this written statement regarding trial scheduled on February 24, 2025.

1. <u>The estimated length of trial</u>: The government anticipates its case-in-chief will be approximately 6 days in duration, including opening statements and reasonable-length cross-examinations of government witnesses.

2. <u>The status of any plea-bargaining negotiations</u>: The government's plea offers extended to the Defendant Keith Gray (both pre-indictment and post-indictment) have been rejected and there are no outstanding offers or negotiations. The government is prepared to begin trial as scheduled.

3. <u>Scheduling conflicts</u>: The government is unaware of any scheduling conflicts and intends to make travel arrangements for any out-of-town witnesses to be available to testify in-person the week of February 24, 2025.

**United States' Written Statement Regarding Trial—Page 1**

4. <u>Any additional matters</u>: The government separately filed a Trial Brief (*see* Dkt. 11, ¶ 7(f)) outlining anticipated issues that may arise at trial.  (Dkt. 32.)

       Respectfully submitted,

       CHAD MEACHAM
       ACTING UNITED STATES ATTORNEY

       GLENN S. LEON
       CHIEF, FRAUD SECTION
       CRIMINAL DIVISION
       U.S. DEPARTMENT OF JUSTICE

       <u>*/s/ Brynn A. Schiess*</u>
       Brynn A. Schiess, Assistant Chief
       Adam Tisdall, Trial Attorney
       Fraud Section, Criminal Division
       U.S. Department of Justice
       1100 Commerce Street, Suite 300
       Dallas, Texas 75242
       Phone: (202) 374-3484
       Email: Brynn.Schiess@usdoj.gov